IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|          Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:10-CR-170 |
| | ) | |
| JACK ROSGA, | ) | |
|          Defendant. | ) | |

## DEFENDANT ROSGA'S PROPOSED VOIR DIRE

Comes now, defendant Jack Rosga, by and through his counsel of record, Claire G. Cardwell, Esquire and Craig Mastantuono, Esquire and submits the following proposed voir dire:

1. Have any of you or one of your family members or personal friends had any experience or affiliation with a motorcycle club?

2. Have any of you viewed any documentaries relating to any motorcycle clubs, for example A & E Biography, History Channel "Gangland", or National Geographic? If so, did any of these programs negatively affect your opinion or perception of motorcycle clubs or those individuals who choose to affiliate themselves with such clubs?

3. Have any of you viewed any fictional series or movies about motorcycle clubs such as the "Sons of Anarchy"? If so, do you believe that such programs accurately depict the culture and activities of motorcycle clubs?

4. Do any of you believe that individuals who associate with or are members of motorcycle clubs tend to be more violent than citizens who do not associate with or join motorcycle clubs?

5. Do any of you feel that the testimony of a law enforcement officer should be given more weight than the testimony of any other witness?

6. Do any of you believe that a law enforcement officer is more worthy of belief than a witness who is not associated with law enforcement?

7. Do you believe that an organization's leader is always liable for the actions of its members?

8. Are you concerned about having any bias, sympathy, or prejudice toward either the government or the defendants on trial – for any reason – that could prevent you from rendering a verdict based solely on the evidence?

9. Does anyone have misgivings or hesitation – for any reason - over participating with others in making judgments and determining a verdict in this case?

10. Does anyone believe that they know anything about this case, from anything seen, heard, or read in the media or from any other source?

11. Does anyone here not want to be on this jury panel for any reason?

12. Does anyone here want to be on this jury panel for any particular reason?

13. Does anyone have a question they would like answered based upon what they've heard or seen here today?

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Claire Cardwell | Craig Mastantuono |
| Attorney for Defendant | Attorney for Defendant |
| Virginia State Bar No. 23812 | Wisconsin State Bar No. 1020125 |
| Stone, Cardwell & Dinkin, PLC | Mastantuono Law Office, S.C. |
| 101 Shockoe Slip, Suite K | 817 North Marshall Street |
| Richmond, Virginia 23219 | Milwaukee, Wisconsin 53202 |
| Phone (804) 359-0000 | Phone (414) 276-8662 |
| Fax (804) 257-5555 | Fax (414) 276-8661 |
| claire@stonecardwell.com | cmast@mastantuono-law.com |

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October, 2010, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to Peter S. Duffy, Assistant United States Attorney, Dennis M. Fitzpatrick, Assistant United States Attorney, and all other counsel of record.

_____/s/_____
Claire Cardwell
Attorney for Defendant
Virginia State Bar No. 23812
Stone, Cardwell & Dinkin, PLC
101 Shockoe Slip, Suite K
Richmond, Virginia 23219
Phone (804) 359-0000
Fax (804) 257-5555
claire@stonecardwell.com