IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:10-CR-170 |
| | ) | |
| JACK ROSGA, | ) | |
| Defendant. | ) | |

**DEFENDANTS' PROPOSED JURY INSTRUCTIONS**

Comes now the defendant, JACK ROSGA, by his counsel, Claire G. Cardwell, Esquire and Craig Mastantuono, Esquire and respectfully submits the following proposed jury instructions for the above styled case. Jury instructions labeled with a letter only are submitted on behalf of defendants Jack Rosga, William Davey, Mark Spradling and Leslie Werth. Those instructions which are labeled with a letter and hyphenated number are filed on behalf of specific defendants and reflect the respective number assigned to the defendant by this Court for instruction purposes. [Rosga -1, Davey -5, Spradling -20, Werth –23]:

Instruction No. A: Presumption of Innocence, Burden of Proof, and Reasonable Doubt

Instruction No. B: Credibility of Witnesses

Instruction No. C: Credibility of Witness-Informant

Instruction No. D: Credibility of Witness – Drug or Alcohol Abuser

Instruction No. E: The Theory of Defense

Instruction No. F: Credibility of Witness – Alleged Accomplice

Instruction No. G: Impeachment by Prior Inconsistencies

Instruction No. H: RICO- Conspiracy Elements

Instruction No. I: Evidence Received in the Case- Stipulations, Judicial Notice, and Inferences Permitted

Instruction No. J: Charts and Summaries – Admitted

Instruction No. K: Charts and Summaries – Not Admitted

Instruction No. L: Evidence Admitted For a Limited Purpose Only

Instruction No. M: Typewritten Transcripts of Tape Recorded Conversations

Instruction No. N: Acts and Declarations of Co-Conspirators

Instruction No. O: Multiple Defendants- Multiple Counts

Instruction No. P: Jury's Recollection Controls

Instruction No. A-5: Evidence Admitted Against Only One Defendant

Instruction No. B-5: Malicious Wounding and Lesser Included Offenses Combined Instruction

Instruction No. C-5: Assault- Effect of Words

Instruction No. A-23: Count III- Using/Carrying a Firearm During Commission of a Crime of Violence

Instruction No. B-23: Count III- Violence in Aid of Racketeering

Instruction No. C-23: Definition of in Furtherance

Respectfully submitted,

_____/s/_____  _____/s/_____
Claire Cardwell                Craig Mastantuono
Attorney for Defendant         Attorney for Defendant
Virginia State Bar No. 23812   Wisconsin State Bar No. 1020125
Stone, Cardwell & Dinkin, PLC  Mastantuono Law Office, S.C.
101 Shockoe Slip, Suite K      817 North Marshall Street
Richmond, Virginia 23219       Milwaukee, Wisconsin 53202
Phone (804) 359-0000           Phone (414) 276-8662
Fax (804) 257-5555             Fax (414) 276-8661
claire@stonecardwell.com       cmast@mastantuono-law.com

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October, 2010, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to Peter S. Duffy, Assistant United States Attorney, Dennis M. Fitzpatrick, Assistant United States Attorney, and all other counsel of record.

_____/s/_____
Claire Cardwell
Attorney for Defendant
Virginia State Bar No. 23812
Stone, Cardwell & Dinkin, PLC
101 Shockoe Slip, Suite K
Richmond, Virginia 23219
Phone (804) 359-0000
Fax (804) 257-5555
claire@stonecardwell.com