**CRIMINAL TRIAL PROCEEDINGS**
MINUTE SHEET                                                          DATE: 10-25-2010

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>UNITED STATES OF AMERICA<br>v.<br>JACK ROSGA (1), WILLIAM DAVEY (5),<br>MARK SPRADLING (20) and LESLIE WERTH (23) | CRIMINAL NO: 3:10CR00170<br><br>JUDGE: HUDSON<br><br>CT REPORTER: LISCIO, OCR |

MATTER COMES ON FOR:   JURY TRIAL ( ✓ )   BENCH TRIAL ( )

APPEARANCES:   DEFTS WITH COUNSEL  Day 4  Claire Cardwell & Craig Mastantuono (1), Horace Hunter (5), Reginald Barley (20) and Thomas Collins (23)  , ESQ. ( ✓ )
GOV'T  Peter Duffey, Stephen Miller, Theryn Gibbons and Sam Kaplan  , AUSA ( ✓ )
JURY PRESENT ( ✓ )

BAIL STATUS:   DEFENDANTS ON BOND ( )   DEFTS. INCARCERATED ( ✓ )

**TRIAL PROCEEDINGS:**
JURY SWORN & EXAMINED ON VOIR DIRE ( )   JURY EMPANELED & SWORN TO TRY ISSUE ( )
WITNESSES EXCLUDED ON MOTION OF:   GOV'T ( )   DEFENDANT ( )   COURT ( )
OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )
GOVERNMENT ADDUCED EVIDENCE ( ✓ )   RESTED ( Ⓐ )   MOTION ( )
DEFENDANT ADDUCED EVIDENCE ( )   RESTED ( Ⓐ )   MOTION ( )
REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )
EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( )
JURY CHARGED BY THE COURT ( )   ALTERNATE JUROR DISCHARGED ( )
OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY:
   DEFENDANT ( )   GOVERNMENT ( )   NONE NOTED ( )
JURY RETIRED ( ) at _____ a.m./p.m.   INQUIRIES OF THE JURY RECEIVED; ANSWERED ( )
JURY RETURNED VERDICT OF:   GUILTY AS CHARGED IN _____ ( )
                           NOT GUILTY AS CHARGED IN _____ ( )
JURY UNABLE TO AGREE ( )   MISTRIAL DECLARED ( )   JURY DISCHARGED ( )
JUDGMENT:   DEFENDANT _____ AS CHARGED IN _____ ( )
PSR ORDERED ( ) or WAIVED BY THE DEFENDANT ( )   SGO ENTERED ( )

CASE CON'T TO: Oct. 26 , 2010 at 9:00 am FOR Jury Trial, Day 5 ( ✓ )

DEFENDANT CONTINUED ON PRESENT BOND ( )   DEFENDANT REMANDED TO CUSTODY ( ✓ )

ALL EXHIBITS RETURNED TO COUNSEL ( ) _____

FURTHER NOTATIONS: See attached

Recesses) 10:38-10:55, 12:48-1:55, 2:56-3:16, 5:05-5:20

SET: 9:00   BEGAN: 9:14   ENDED: 5:43   TIME IN COURT: 6 HRS 30 MIN.

PAGE TWO  (2)

**MINUTE SHEET, CON'T.**
United States of America v. Jack Rosga (1), William Davey (5), Mark Spradling (20) and Leslie Werth (23)
Criminal Action No.  3:10CR00170-HEH

FURTHER NOTATIONS:

[A]   Motion by defendant Rosga to allow questioning of witness David Lowry in re: fraud conviction.
Argument heard.
Voir dire of Lowry under oath conducted by AUSA Miller, Court, and attorney Cardwell.
Motion denied.

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | VIRGINIA (Richmond Division) |

| UNITED STATES OF AMERICA<br>V.<br>JACK ROSGA, WILLIAM DAVEY,<br>MARK SPRADLING & LESLIE WERTH | **EXHIBIT AND WITNESS LIST**<br><br>Case Number: 3:10CR00170 |
|---|---|

| PRESIDING JUDGE<br>HUDSON | PLAINTIFF'S ATTORNEY<br>PETER S. DUFFEY, et al. | DEFENDANT'S ATTORNEY<br>CLAIRE G. CARDWELL, et al. |
|---|---|---|
| TRIAL DATE (S)<br>OCTOBER 25, 2010 (Day 4) | COURT REPORTER<br>K. LISCIO, OCR | COURTROOM DEPUTY<br>PIZZINI |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **GOVERNMENT** |
| 450 | | 10-25-10 | | ✓ | Brian McDermott |
| 11 | | | | ✓ | |
| 13 | | | | ✓ | |
| 270 | | | | ✓ | |
| 224-240 | | | | ✓ | Mark Kelly |
| 241 | | | | ✓ | |
| 241A | | | | ✓ | |
| 242-247 | | | | ✓ | |
| 249-250 | | | | ✓ | |
| 252-261 | | | | ✓ | |
| 19 | | | | ✓ | Denny Williams |
| 445 | | | | ✓ | |
| 20 | | | | ✓ | |
| 2 | | | | ✓ | Lyle Beatty |
| 3 | | | | ✓ | |
| 13 | | | | ✓ | |
| 4 | | | | ✓ | |
| 445 | | | | ✓ | |
| 6 | | | | ✓ | |
| 14 | | | | ✓ | |
| 9 | | | | ✓ | |
| 448 | | | | ✓ | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA vs. JACK ROSGA, et al. | | | | | CASE NO. 3:10CR00170-HEH |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | | | GOV'T. |
| 98-132 | | 10-25-10 | | ✓ | Richard Hankins |
| 133-180 | | | | ✓ | |
| | 27-JR | | | ✓ | |
| | 28-JR | | | ✓ | |
| | 31-JR | | | ✓ | |
| | 32-JR | | | ✓ | |
| | 33-JR | | | ✓ | |
| | 57-JR | | | ✓ | |
| | 58-JR | | | ✓ | |
| | 59-JR | | | ✓ | |
| | 46-JR | | | ✓ | |
| | 47-JR | | | ✓ | |
| | 49-JR | | | ✓ | |
| | 52-JR | | | ✓ | |
| 2 | | | | ✓ | David Lowry |
| 449 | | | | ✓ | |
| 23 | | | | ✓ | |
| 324 | | | | ✓ | |
| 406 | | | | ✓ | Jerry Delaney |

Page 2 of 2 Pages