IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:10-CR-170 |
| | ) | |
| JACK ROSGA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S OBJECTION TO ORAL JURY INSTRUCTION
AND MOTION FOR MISTRIAL**

Comes now the defendant, JACK ROSGA, by his counsel, Claire Cardwell and Craig Mastantuono, and objects to pursuant to Federal Rule of Criminal Procedure 30(b) to the Court's additional oral instruction to the jury after closing arguments and prior to jury deliberations, and moves the Court for mistrial on the following grounds:

(1) The defendant objects to the Court giving any instruction to the jury without affording the parties an opportunity to review said instruction and make any appropriate objections.

(2) In its additional instruction, the Court instructed the jury on the manner in which deliberations should proceed. For example, the Court instructed the jury not to voice a strong initial opinion too early in the deliberations, and instructed the jury not to take a "straw poll." This improperly invades the province of the jury to as to how they will proceed to deliberate.

(3) In its additional instruction, the Court made reference to the allegations in this case, and instructed the jury to carefully consider the evidence and whether the evidence was sufficient to "prove or disprove the allegations in the indictment." This reference improperly shifts the burden of proof to the defendant to disprove the allegations in the indictment.

Wherefore, the defense respectfully requests that the Court issue an order granting this motion, and declaring a mistrial.

Respectfully submitted,

| | |
|---|---|
|    /s/                       |    /s/                   |
| Claire Cardwell | Craig Mastantuono |
| Attorney for Defendant | Attorney for Defendant |
| Virginia State Bar No. 23812 | Wisconsin State Bar No. 1020125 |
| Stone, Cardwell & Dinkin, PLC | Mastantuono Law Office, S.C. |
| 101 Shockoe Slip, Suite K | 817 North Marshall Street |
| Richmond, Virginia 23219 | Milwaukee, Wisconsin 53202 |
| Phone (804) 359-0000 | Phone (414) 276-8662 |
| Fax (804) 257-5555 | Fax (414) 276-8661 |
| claire@stonecardwell.com | cmast@mastantuono-law.com |

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of October, 2010, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to Peter S. Duffy, Assistant United States Attorney, Dennis M. Fitzpatrick, Assistant United States Attorney, and all other counsel of record.

   /s/                      
Claire Cardwell
Attorney for Defendant
Virginia State Bar No. 23812
Stone, Cardwell & Dinkin, PLC
101 Shockoe Slip, Suite K
Richmond, Virginia 23219
Phone (804) 359-0000
Fax (804) 257-5555
claire@stonecardwell.com