IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| JACK ROSGA,<br>a/k/a "Milwaukee Jack," | ) |
| WILLIAM DAVEY,<br>a/k/a "Rebel," | ) Criminal No. 3:10CR170–HEH |
| MARK SPRADLING,<br>a/k/a "Lytnin'," | ) |
| LESLIE WERTH,<br>a/k/a "Les," | ) |
| Defendants. | ) |

FILED IN OPEN COURT
NOV - 3 2010
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## VERDICT FORM

WE, THE JURY, unanimously find the Defendant, **JACK ROSGA**,

### COUNT ONE

_____N/A_____ of conspiracy to violate R.I.C.O. as charged in Count
(Guilty or Not Guilty)

One of the Superseding Indictment.

If you found the defendant guilty, you must have found that two acts of racketeering activity were either planned or committed. Those acts may be either of the same or different types. Please indicate which type or types of racketeering activity you have found to have been the objective or objectives of the conspiracy he joined:

_____ Murder

_____ Robbery

_____ Arson

_____ Extortion

_____ Obstruction of Justice

_____ Interstate Travel in Aid of Racketeering

_____ Maintaining a Drug-Involved Premises

## COUNT TWO

_____N/A_____ of conspiracy to commit violence in aid of racketeering
(Guilty or Not Guilty)

as charged in Count Two of the Superseding Indictment.

2

WE, THE JURY, unanimously find the Defendant, **WILLIAM DAVEY**,

## COUNT ONE

__Not Guilty__ of conspiracy to violate R.I.C.O. as charged in Count
(Guilty or Not Guilty)

One of the Superseding Indictment.

If you found the defendant guilty, you must have found that two acts of racketeering activity were either planned or committed. Those acts may be either of the same or different types. Please indicate which type or types of racketeering activity you have found to have been the objective or objectives of the conspiracy he joined:

_____ Murder

_____ Robbery

_____ Arson

_____ Extortion

_____ Obstruction of Justice

_____ Interstate Travel in Aid of Racketeering

_____ Maintaining a Drug-Involved Premises

## COUNT TWO

__Not Guilty__ of conspiracy to commit violence in aid of racketeering
(Guilty or Not Guilty)

as charged in Count Two of the Superseding Indictment.

3

## COUNT THREE

__Not Guilty__ of violence in aid of racketeering as charged in Count
(Guilty or Not Guilty)

Three of the Superseding Indictment.

## COUNT FOUR

__Not Guilty__ of possession of firearms in furtherance of a crime of
(Guilty or Not Guilty)

violence as charged in Count Four of the Superseding Indictment.

4

WE, THE JURY, unanimously find the Defendant, **MARK SPRADLING**,

## COUNT ONE

___Not Guilty___ of conspiracy to violate R.I.C.O. as charged in Count
(Guilty or Not Guilty)

One of the Superseding Indictment.

If you found the defendant guilty, you must have found that two acts of racketeering activity were either planned or committed. Those acts may be either of the same or different types. Please indicate which type or types of racketeering activity you have found to have been the objective or objectives of the conspiracy he joined:

_____ Murder

_____ Robbery

_____ Arson

_____ Extortion

_____ Obstruction of Justice

_____ Interstate Travel in Aid of Racketeering

_____ Maintaining a Drug-Involved Premises

## COUNT TWO

___Not Guilty___ of conspiracy to commit violence in aid of racketeering
(Guilty or Not Guilty)

as charged in Count Two of the Superseding Indictment.

5

WE, THE JURY, unanimously find the Defendant, **LESLIE WERTH**,

## COUNT ONE

___Guilty___ of conspiracy to violate R.I.C.O. as charged in Count
(Guilty or Not Guilty)

One of the Superseding Indictment.

If you found the defendant guilty, you must have found that two acts of racketeering activity were either planned or committed. Those acts may be either of the same or different types. Please indicate which type or types of racketeering activity you have found to have been the objective or objectives of the conspiracy he joined:

_____ Murder

__✓__ Robbery

_____ Arson

_____ Extortion

_____ Obstruction of Justice

_____ Interstate Travel in Aid of Racketeering

__✓__ Maintaining a Drug-Involved Premises

## COUNT TWO

___Guilty___ of conspiracy to commit violence in aid of racketeering
(Guilty or Not Guilty)

as charged in Count Two of the Superseding Indictment.

## COUNT THREE

___Not Guilty___ of violence in aid of racketeering as charged in Count
(Guilty or Not Guilty)

Three of the Superseding Indictment.

6

## COUNT FOUR

__Not Guilty__ of possession of firearms in furtherance of a crime of
(Guilty or Not Guilty)

violence as charged in Count Four of the Superseding Indictment.

SO SAY WE ALL.

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office

_____      11/3/10
PRESIDING JUROR'S SIGNATURE     DATE

7