1  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF VIRGINIA
2          Richmond Division

3  UNITED STATES OF AMERICA        }
                                   }
4  v.                             }     Criminal Case No.:
                                   }     3:10 CR 170
5  JACK ROSGA, ET AL              }

6                                        December 2, 2010

7

8  **COMPLETE TRANSCRIPT OF TESTIMONY, MOTIONS, RULINGS OF**
   **THE COURT, AND JURY INSTRUCTIONS AT TRIAL**
9  **BEFORE THE HONORABLE HENRY E. HUDSON**
   **UNITED STATES DISTRICT COURT JUDGE**
10
   APPEARANCES:
11
   Dennis Fitzpatrick, Esquire
12 Peter S. Duffey, Esquire
   Theryn G. Gibbons, Esquire
13 OFFICE OF THE UNITED STATES ATTORNEY
        Counsel on behalf of the United States
14
   Claire G. Cardwell, Esquire
15 Craig A. Mastantuono, Esquire
        Counsel on behalf of Jack Rosga
16
   Angela D. Whitley, Esquire
17      Counsel on behalf of Mark Jason Fiel

18 Charles D. Lewis, Esquire
        Counsel on behalf of Harry R. McCall
19
   Ali J. Amirshahi, Esquire
20      Counsel on behalf of Christopher Timbers

21 John F. McGarvey, Esquire
        Counsel on behalf of Dennis Haldermann
22

23

24          KRISTA M. LISCIO, RMR
           OFFICIAL COURT REPORTER
25      UNITED STATES DISTRICT COURT

## E X A M I N A T I O N S

| | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| Agent Grabman | 38 | -- | -- | -- |

1          (The proceeding commenced at 9:09 a.m.)

2     THE COURT:  Good morning.

3     MR. DUFFEY:  Good morning.

4     MR. McGARVEY:  Good morning, Judge.

5     THE COURT:  Ready for the jury?

6     MR. FITZPATRICK:  Yes, sir.  Your Honor, if the

7  Court pleases, I did want to raise one issue that came

8  up in the opening statements yesterday.

9     THE COURT:  Yes, sir.

10    MR. FITZPATRICK:  Your Honor, especially during

11 Mr. Amirshahi's opening, he made a reference that

12 Mr. Timbers is the only African-American member of the

13 Outlaws.  Now, we're trying very hard in this case to

14 stay away from issues of race, but he necessarily

15 raised that issue by that statement.  That's now

16 hanging out there, and I think the government needs an

17 opportunity to rebut that.  The problem we're in is we

18 don't want to go so far as to bring in the inflammatory

19 language.

20    THE COURT:  And I'm not going to allow you to do

21 that.  If you want to ask one of the agents whether or

22 not there are other black members in the organization,

23 I think that would be permissible, but I'm not going to

24 allow you to go into the racial overtones of the

25 incident at the Hard Times Cafe.

1   MR. FITZPATRICK:  Correct, Your Honor.  And we

2   wouldn't do that.  I can submit to the Court that there

3   are two areas of evidence that we can get into that

4   was, I think, appropriately rebut it.  One is that

5   Mr. Timbers did not promote his heritage when he was in

6   the club.  And two, that they took steps, himself and

7   other people, to conceal his heritage.

8       THE COURT:  No, no.  I'm not getting into that.

9   That's denied.

10      MR. FITZPATRICK:  All right.  Thank you, Your

11  Honor.

12      MR. LEWIS:  Judge, I have just one quick issue.

13      THE COURT:  All right, Mr. Lewis, but hurry along,

14  sir.

15      MR. LEWIS:  Judge, in an effort to make things

16  move along more smoothly, I'd move that when one

17  defense counsel makes an objection, that it can be

18  adopted by all of the defense counsel.

19      THE COURT:  Any problem with that,

20  Mr. Fitzpatrick?

21      MR. FITZPATRICK:  That's fine.

22      THE COURT:  Okay.  That's fine.

23      Just to preserve the record, that motion will be

24  granted.

25      MR. LEWIS:  Thank you, Judge.

1    THE COURT:  Marshal, bring the jury in.

2        (The jury is present in the courtroom.)

3    THE COURT:  Good morning, ladies and gentlemen.

4    All right, Mr. Fitzpatrick, who'll be your next

5 witness, sir?

6    MR. DUFFEY:  It's actually mine.  Special Agent

7 Grabman.

8    THE COURT:  Special Agent Grabman, if you would

9 come forward, sir.

10    Agent Grabman, if you would raise your right hand,

11 place your left hand on the Bible, and face the Clerk

12 of the Court.

13    THE CLERK:  You do solemnly swear that the

14 testimony which you are about to give, in this case,

15 before this Court, shall be the truth, the whole truth,

16 and nothing but the truth, so help you God?

17    AGENT GRABMAN:  I do.

18    THE COURT:  Have a seat on the witness stand, sir.

19    Go right ahead.

20    MR. DUFFEY:  Thank you, sir.

21    Whereupon, **Special Agent Grabman**, having been

22 duly sworn in, testifies as follows:

23                    **DIRECT EXAMINATION**

24 BY MR. DUFFEY:

25 Q    Good morning, sir.  If you would introduce

1  yourself to the ladies and gentlemen of the jury.

2  A    Yes.  My name is Jeffrey P. Grabman.  G-R-A-B as

3  in boy, M-A-N.

4  Q    How are you employed, sir?

5  A    Special agent with the Bureau of Alcohol, Tobacco,

6  Firearms and Explosives.

7  Q    And how long have you been employed in that

8  capacity?

9  A    A little over 20 years.

10  Q    In you would, could you give the ladies and

11  gentlemen of the jury a little background on your

12  experience in investigating motorcycle clubs.

13  A    Yes.  As part of ATF's jurisdiction, we

14  investigate violent crime, and firearms and narcotics

15  trafficking.  One of the duties I've done over the

16  years is been involved in investigating outlaw

17  motorcycle gangs.  I've been involved in investigations

18  with the Hells Angels, the Warlocks, the Mongols, as

19  well as the Aryan Brotherhood associated with gangs,

20  the Outlaws.

21  Q    All total, how many other long-term investigations

22  have you been involved in?

23  A    Approximately probably at least eight that lasted

24  between one to two years.

25  Q    And did those other investigations involve you

1   going undercover?

2   A    Yes, they did, sir.

3   Q    All right.  And in fact, in this investigation of

4   the Outlaws you were also undercover?

5   A    Yes, sir.

6   Q    Can you discuss a little bit for the ladies and

7   gentlemen of the jury actually what does that mean when

8   you go undercover?

9   A    It basically means you basically assume a whole

10  new identity, a whole new life.  You move away from

11  where you're at.  You actually move into a different

12  residence, you assume a different name, different

13  family background, a different line of work, totally

14  fictitious identification.  You basically become a

15  whole different person.

16  Q    Do you take any steps -- when you said you assume

17  say a different family background, what steps do you

18  take to protect your new identity?

19  A    Well, we have things like at the undercover

20  residence -- we had an undercover house that I moved in

21  to, and I had an undercover business, I would have

22  pictures of family members which would be other

23  undercover people or other individuals that were posing

24  as my brother or my father, different people like that,

25  laying around the house for people to see.

1  Q    For people to see, who is it that you think will

2  see those pictures?

3  A    Targets of the investigation.

4  Q    Other targets that may come into your home as part

5  of the investigation?

6  A    Yeah.  We would regularly have people come over to

7  our house, come over to where I worked, which was also

8  at the clubhouse.  And they come in and just hang out

9  at the house and hang around.

10  Q    You mentioned a fictitious business.  Do you

11  actually take steps to get documentation of a

12  fictitious business?

13  A    I had a whole entire business called Sheehan

14  Acquisitions, and I bought and sold motorcycles, cars

15  trucks, office supplies.  I have had people that would

16  back stop me, which means if I had to purchase

17  something or do something, I was able to actually go

18  for it.  I actually bought and sold several motorcycles

19  for members of the club during the course of the case.

20  Q    We'll get into some of this later in your

21  testimony, but do you provide targets of your

22  investigation past addresses, and things like that,

23  that they could check up on you?

24  A    Yes, sir.

25  Q    Do you give them real past addresses or fictitious

1  addresses?

2  A    I give them fictitious ones where we say we lived

3  that we're able to back stop.

4  Q    Do you have any training and experience in dealing

5  with issues that once you're undercover how you deal

6  with, say, drinking in a bar, and things like that?

7  A    Yes.  For the last 10 years, I've been involved in

8  doing a lot of the training at our national academy in

9  Georgia where I actually teach the undercover section,

10  and go in and teach how to deal with, you know, drug

11  simulation or drinking.  There's different ways that

12  you can do it when you're with people to give the

13  appearance that you're doing it and you're actually

14  not.

15      Such as like with drinking, you know, you drink a

16  beer that, you know, is in a dark bottle and that way

17  they can see the liquid level inside.  When you get a

18  mixed drink, like a Captain and Coke, which I like to

19  drink sometimes, and you just switch it out with a

20  regular Coke at some point and then put the straw in

21  and they don't know what you're drinking.

22  Q    And this is in an effort to conceal the amount of

23  alcohol you have had when you're around the bad guys?

24  A    Yes, sir.

25  Q    Can you talk a little bit about being in role and

1  when you're allowed to go out of role, and how often

2  you have to stay in role?

3  A    You're in role 24 hours a days.  You're living,

4  you know, away from your residence, away from your

5  family.  You're living at the undercover residence.

6  People can show up at any time of the day or night.

7  Every time the phone rings, you know, you've got to try

8  and answer it.  You know, you don't ever get a chance

9  to go out of role even if you go out to dinner.  You're

10  in town, and even if you're not meeting with targets of

11  the investigation and you go out to dinner, there's

12  always a chance that you might run into targets of the

13  investigation or rival gang members.

14  Q    All total in this investigation of the Outlaws,

15  how long were you in role?

16  A    Approximately a little over two years.  Twenty-six

17  months.

18  Q    During that time, did you ever -- were you ever

19  able to go home to your real family?

20  A    I was able to go home approximately once a month.

21  Q    And for how long did you do that?

22  A    Basically overnight.

23  Q    Obviously without going into detail where you

24  went, you would simply leave the area and go to your

25  home just for a weekend?

1   A       Yeah.   I would leave, go away for a day and then

2   come back.

3   Q       Would that be the only time over the course of two

4   years that you would go out of role?

5   A       Yes, sir.

6   Q       You touched on this a little bit, but can you

7   explain to the ladies and gentlemen of the jury the

8   different dangers that you faced when you were

9   undercover.

10  A       Well, when you're doing the role, especially with

11  the outlaw motorcycle gangs, just based on what they're

12  about, the main thing you have to worry about is the

13  rivals.  You have to worry about, you know, the gangs

14  like the Hells Angels, the Renegades, their support

15  clubs that the Outlaws had ongoing problems with.

16  Because when you assume an identity or a role into that

17  particular organization, you assume their problems as

18  well.

19          And when we started off in this case with the

20  Mongols, and then eventually we transformed into the

21  Outlaws, they had similar enemies, and so we were

22  always faced with that.  And on top of that, you had to

23  worry about the actual gang members you were

24  infiltrating because often they would turn on

25  themselves.

1  Q     As far as being -- having your cover blown, so to

2  speak, are there various ways that that could happen in

3  your undercover work?

4  A     Yes.  I mean, you always have to be careful.  It

5  could be something as simple as you called a case agent

6  on their phone and you have their telephone number

7  stored in your call log, so you're always trying to

8  clear your call logs on your phone.  They can call you

9  when you're with a bad guy, get you into a conversation

10  and they don't realize you're with somebody.  You have

11  to be careful meeting with them, or running into people

12  you might actually know.

13  Q     Now, as you moved through this particular

14  investigation, I take it you met a great many members

15  of the Outlaws' organization?

16  A     Yes, sir.

17  Q     Did they discuss with you a certain term called

18  *"1%er"*?

19  A     Yes, sir.

20  Q     And can you describe what you learned that term,

21  *"1%er,"* to mean?

22     MS. CARDWELL:  I'll object unless he identifies

23  who explained this to him.  He said, *"they."*

24     THE COURT:  I'll sustain the objection.  I think

25  you just need to lay some foundation as to how the

1   agent is aware of that.

2   Q    Well, have you ever heard the term *"1%er"* before?

3   A    Yes, sir.

4   Q    And you talked about the other investigations and

5   the Outlaw investigation.  Have you heard that term

6   throughout your experience in working undercover?

7   A    Yes, with the Hells Angels, the Pagans, the

8   Warlocks, the Outlaws.  Yes, sir.

9   Q    Has your understanding been consistent throughout

10  what the term *"1%er"* means?

11  A    Yes, sir.

12  Q    Specifically once you're a member of the Outlaws,

13  can you estimate how many different members of the

14  Outlaws' organization talked to you about the term

15  *"1%er"*?

16  A    Too many to count.  I mean, it was always being --

17  that's what they're about is being a 1%er.

18  Q    Can you name some of the conspirators in the

19  Outlaws who you had conversations about 1%er with?

20  A    Jason Fiel, Jack Rosga, Mark Steven Fiel, Snuff,

21  Les Werth.  I mean, there's a bunch.  Harry McCall,

22  Christopher Timbers, Chris Chisuano.

23  Q    The names that you're mentioning here, many of

24  them are the defendants here today?

25  A    Yes, sir.

 1      MR. DUFFEY:  Judge, I'd ask --

 2      THE COURT:  Go right ahead.  I think you laid a

 3 sufficient foundation.

 4 Q    If you could, explain to the ladies and gentlemen

 5 of the jury what the term *"1%er"* means.

 6 A    The term *"1%er"* came out of -- it was actually a

 7 term coined after the American Motorcycle Association

 8 in the 1950s came out and said that 99% of all

 9 motorcycle riders are good, law abiding citizens.  They

10 abide by society's laws and rules.  And there's only a

11 select group, because they were having problems with

12 select groups, only 1% of that motorcycle population is

13 not doing things the way they should.  And at that

14 point in time, those people that didn't want to abide

15 by society's rules and laws decided they would coin

16 themselves 1%ers, and they adopted that term.

17 Q    Were the Outlaws' organization one of those

18 organizations that adopted that term?

19 A    Yes.  In 1963, the Outlaws became the first club,

20 motorcycle club, east of the Mississippi to actually

21 don the 1%er patch.

22 Q    Were there other major motorcycle organizations

23 that also took on that designation?

24 A    Yes.  The Hells Angels are 1%ers, the Pagans are

25 1%ers, the Mongols are 1%ers, the Warlocks.  There's

1  numerous others.  There's four big groups which are

2  called *The Big Four,* which are the Hells Angels, the

3  Outlaws, the Bandidos, and the Pagans.  And they're the

4  four big predominant motorcycle clubs in the world.

5  Q    Throughout the course of your investigation of the

6  Outlaws' organization, did the issue of territory and

7  expansion into territory ever come up?

8  A    Yes, sir.

9  Q    And can you describe for the ladies and gentlemen

10 of the jury during the course of your investigation of

11 the Outlaws why territory was an important factor.

12 A    Well, territory is important to these clubs.  It's

13 basically about notoriety and financial gain.  By

14 taking over territory, these clubs denote the area that

15 they control by the bottom rocker of their vest.  They

16 wear what's called a three-piece patch.

17      They denote the area they control, and they are

18 the dominant club in that area.  And when you're the

19 dominant club, you control the support clubs in the

20 area.  They come in and they come to your parties and

21 they spend money.  They're pretty much forced to come

22 to your parties.  If they don't, there's times when

23 they actually go and sort of confront them, which we

24 were involved in when they don't show up at a function.

25      It's about financial gain.  They sell what's

1  called *"support gear"*, which is basically your *"Support*

2  *Your Local Outlaws"* shirts.  And they have a lot of

3  different varieties of it.  But they take that money

4  and it helps funnel back into the organization to help

5  run the organization.

6      By controlling all that money and controlling that

7  territory, you prevent other clubs from moving in there

8  because they would take away from your money, and then

9  you're actually taking away from the money they would

10  have if they moved into your area.

11  Q    Throughout the course of your infiltration of the

12  Outlaws, did you discuss territory and expansion at

13  meetings with other Outlaws?

14  A    Yes, sir.

15  Q    Is that a common topic of conversation?

16  A    Yes, there was talk to us right off the bat when

17  we were Mongols and starting meeting with the Outlaws

18  that they had been trying to expand particularly into

19  Virginia.  At that time as we were still Mongols, they

20  had been trying for a while.

21  Q    You touched a little bit on support clubs.  Can

22  you describe more specifically what a support club is?

23  A    The Outlaws have two different -- I mean, you

24  have -- officially they have support clubs and then

25  they have affiliate clubs, which are at a higher

1   standard.   The main Outlaw support club is the Black

2   Pistons.   The Black Pistons was created for the sole

3   purpose of serving the Outlaws.   It's their own club,

4   but they're run by the Outlaws.   The president of the

5   Black Pistons is appointed by the local Outlaw chapter.

6   They can't vote their own president in.   He's actually

7   termed, and told you run the chapter.   They have to

8   work at functions.   They have to pay money to the

9   Outlaws' organization.

10       Then you have regular support clubs that are

11   allowed to exist, and they have to wear a support

12   patch.   Some of them if they're in a real -- I mean, if

13   they've been there a long time, they don't make them

14   wear the support patch but they still have to come to

15   their functions.

16       And then they also have what's called an affiliate

17   club, which is a special patch they're allowed to wear

18   on their club colors which denotes that they're a

19   little higher ranking standard, and they're sort of

20   like right below the Black Pistons as representing

21   their allegiance to the Outlaws.

22       In addition with these clubs, what that does is it

23   allows you to expand your territory because a -- the

24   Outlaws' chapter may only have like eight members in

25   it, but if they have four different support clubs or

1  affiliate clubs, and each of those have 10 members,

2  then they expand their territory and they're able to

3  hear what's going on in the areas, what's going on with

4  rival clubs possibly coming into the areas.  They're

5  able to get more money, and that's what the whole

6  system is about with the support or affiliate clubs.

7  Q    You talk about hearing information, but was it

8  your experience when you were undercover that support

9  clubs would call you or other members of the Outlaws

10 and provide intelligence on rival gangs in the area?

11 A    Yes, sir.

12 Q    How about gaining new members, did the support

13 clubs ever play a role in the Outlaws being able to

14 attract new membership?

15 A    Yes, they were a -- the support clubs are used

16 also as a tool in order to be used as recruitment.  You

17 actually, get -- I mean, the Outlaws are always worried

18 about infiltration by law enforcement, and they're

19 always worried about how long you've been around, how

20 people know you.  And they feel a little safer if you

21 pull from one of these support clubs because you've

22 been in for a while and they get to know you.  And they

23 say, okay, this guy would make a good Outlaw and this

24 guy wouldn't.

25 Q    You talked a little bit about the top rocker,

1  bottom rocker patches.  Let me show you what's been

2  marked as Government's Exhibit 343.

3       THE COURT:  What that was number again,

4  Mr. Duffey?

5       MR. DUFFEY:  Government's Exhibit 343.

6  Q    Do you recognize what's in that photograph?

7  A    Yes, sir.  That's an Outlaw's vest with a

8  three-piece patch.  The back of the patch is the South

9  Carolina bottom rocker.

10 Q    Is that a fair and accurate picture of one of the

11 Outlaws --

12      THE COURT:  Any objection to 343?

13      MS. CARDWELL:  No, sir.

14      MR. McGARVEY:  No, sir.

15      THE COURT:  Be received without objection.  You

16 may publish it.

17      MR. DUFFEY:  Thank you.

18 Q    If you can describe now that the jury can see that

19 photo the three-piece patch that's in the picture, and

20 what each part of it means.

21 A    Yes.  This is a typical three-piece patch with the

22 Outlaws.  The top rocker up here denotes the name of

23 the organization, which is the Outlaws.  The bottom

24 rocker, South Carolina, denotes the territory that

25 they're claiming.  You know, mine when I joined the

1   club said *"Virginia."*  This one is South Carolina.

2        In the middle is the moniker for the club, which

3   is a skull with cross pistons that they named

4   *"Charlie,"* is the name of it.  And that denotes the

5   club that they're in.

6        And then the MC patch on the right stands for

7   *"motorcycle club."*  And a lot of clubs in the area, if

8   they don't want to be a problem with the dominant club,

9   such as the Outlaws, they don't put that on or aren't

10  allowed to actually wear the MC patch because that

11  denotes that they're a motorcycle club, which is

12  different than just like a regular hog chapter which

13  don't have that.

14  Q    Let me show you what was mentioned in the opening

15  statement that's marked as Government's Exhibit 285.

16        THE COURT:  Two hundred eight-five?

17        MR. DUFFEY:  Yes, sir.

18  Q    Do you recognize that vest?

19  A    Yes.  This is Jack Rosga's vest.

20        MR. DUFFEY:  I'd move to introduce --

21        THE COURT:  Any objection to 285?

22        MS. CARDWELL:  No objection.

23        THE COURT:  Be received without objection.

24  Q    Could you hold up the back of the vest.  Is that

25  consistent with the other photo that's also a

1  three-piece patch?

2  A    Yes.  It has the Outlaws patch.  It has

3  *"Milwaukee."*  The older, the more established clubs in

4  the organization are allowed to wear a rocker that

5  actually denotes the city where they started.  The

6  newer chapters aren't allowed to do that.  There's

7  chapters, you know, in Jacksonville that allow it, and

8  Milwaukee, some of the others.  And this, of course, is

9  the Charlie, the center patch with the MC.

10 Q    Now showing the front of that vest, can you

11 describe and explain some of the other patches on the

12 vest, and what they signify?

13 A    This is the coveted 1%er patch with the Outlaws.

14 It has the Outlaws name with 1%er on it.  This is, as

15 we talk, is what's called the diamond, which 1%er clubs

16 denote the 1% sign, the sign of the diamond.  And that

17 denotes them as the special 1% clubs.

18 Q    As far as the patches on the front of the vest,

19 can you give them a bit of a hierarchy as to what

20 purchases are more important than others, or are

21 patches more important than others?

22 A    This is the most important patch.

23      THE COURT:  Mr. Duffey, if you'd like for Agent

24 Grabman to come down so the jury can see more clearly,

25 I'll allow you to do that.

1       MR. DUFFEY:  All right.

2       THE COURT:  Agent Grabman, why don't come down and

3   position yourself in front of the podium there so that

4   the jury can see what you're explaining.

5       AGENT GRABMAN:  Thank you, sir.

6       MR. McGARVEY:  Judge, may counsel --

7       THE COURT:  Yes, sir.  You may reposition yourself

8   wherever you wish.

9   Q    If you can show them again the diamond patch.

10  A    The diamond patch is right here.  Then it says the

11  word *"Outlaws"* with 1%er on it.  This is the most

12  coveted patch that the Outlaws actually possess - that,

13  and the three-piece patch on the back.

14      The patch here, *the "AOA"* patch, stands for

15  American Outlaw Association.  As I stated before, in

16  the 1960s, actually 1960, the American Motorcycle

17  Association, the AMA, which is like the governing body

18  over motorcycles, said that no one would be allowed to

19  wear anything on their racing gear at the races that

20  said *"Outlaws"* on it, because the Outlaws have been

21  established since 1935.  They said they're not going to

22  allow that.

23      Like I said, in '63 they became a 1%er club, and

24  then in 1965 the Outlaws created the American Outlaw

25  Association.  And basically the AMA patch similar to

1  this is AMA, and they've created this patch, the

2  American Outlaw Association with the middle finger in

3  it as basically their response to what they thought

4  about the AMA.

5      Other patches on here, the *"BBT"* is *"Biker Brother*

6  *Tramp*," which is like the senior guys inside the

7  organization that are there to help train and counsel

8  the younger people going into the club.  They're sort

9  of like the -- it's a club within a club inside the

10 Outlaws.

11      They have *"God Forgives, Outlaws Don't"* patch,

12 which is related to the 1979 massacre in Charlotte,

13 North Carolina where three members of the Outlaws were

14 murdered inside the clubhouse.  It is still an unsolved

15 homicide today.  It's suspected, and we're taught

16 during our course of the investigation, and with the

17 Outlaws, that it was the Hells Angels that had done it.

18 And the Outlaws adopted the saying, *"God Forgives,*

19 *Outlaws Don't."*  It's talking about retaliation against

20 that.

21      You also have the *"Snitches Are A Dying Breed"*

22 patch, which is a patch that was actually created by a

23 former national boss of the Outlaws, Taco Bowman, who

24 ended up going to prison for R.I.C.O. violations.  He

25 created this patch that basically has *"Snitches Are A*

1  *Dying Breed*" with two firearms being shot.  And in the

2  middle, you can see like on a heart monitor the heart

3  beat, and then it goes flat.  And it's meant basically

4  to intimidate people to not testify against the

5  Outlaws.

6      Then you have different patches that may signify

7  different, you know, specific places like on Jack

8  Rosga's it has one called *"Milwaukee Wrecking Crew."*  A

9  lot of the Outlaws had different patches on theirs.

10     You have a German eagle here that's denoted by the

11 swastika in the middle underneath of it.

12     You're allowed to put different pins like that on

13 your vest.  There's an American flag here with the

14 black and white American flag with the Charlie in the

15 middle.

16     MR. DUFFEY:  Thank you, Judge.

17     If I haven't already, I'd move the vest in as an

18 exhibit.

19     THE COURT:  That's already been received,

20 Mr. Duffey.

21 Q    Agent Grabman, are women ever members of the

22 Outlaws' organizations?

23 A    No, women are not allowed to be members.  They're

24 allowed to wear a *"Property of Outlaws"* patch.

25 Q    Let me show you a photograph I've marked

1  Government's Exhibit 405.  Do you recognize what's in

2  that photo?

3  A    Yes.  That's an Outlaw property patch.

4       THE COURT:  Any objection to 405?

5       MS. CARDWELL:  No, sir.

6       THE COURT:  That will be received.  You can

7  publish it to the jury.

8  Q    Can you describe, is this the type of garment that

9  a woman would wear?

10  A    Yes.  It has to be given to a female by a member

11  of the Outlaws.  You're allowed to give them a property

12  patch.  This one in particular underneath you can see

13  the word *"Lytnin"*, which is Mark Spradling, a member

14  out of Hickory, North Carolina.  It was his wife's

15  patch.

16       If you put on the property patch -- a lot of

17  Outlaws won't give the property patch or have their

18  wife or significant other wear the property patch, like

19  Les Werth who was the regional boss of the copper

20  region wouldn't allow his wife, and basically counseled

21  us not to allow our significant others to wear them

22  because you're basically -- can be ordered to do

23  anything by a member of the Outlaws.  It's not

24  referring to sexual acts, or anything like that, but if

25  there's a table that needs cleaned, floor to be swept,

1  somebody gets sick and vomits, a Outlaw never does

2  that.  We're taught that that's women's work.  We don't

3  do it, and you go find somebody with a property patch

4  and they're taught -- they say that they have to do it.

5  And they don't have a choice if they're wearing the

6  property patch.

7  Q    I'm going to move now to the beginning of your

8  investigation.  When you first started were you -- did

9  you just simply become in role as a member of the

10  Outlaws' organization?

11  A    No, sir.

12  Q    All right.  And how did you make your way, and

13  infiltrate, into the Outlaws?

14  A    Well, our investigation was actually started in

15  Maryland.  They had developed the -- the police,

16  Maryland had developed a source into the Mongols

17  Motorcycle Club in or around late March, early April of

18  2008.  I was brought in to assist them at that point.

19  I became a full-patched member of the Mongols out of

20  Maryland in late April of 2008.

21  Q    And this is totally a different club from the

22  Outlaws?

23  A    Totally different club.  Yes, sir.

24  Q    Does it have a three-piece patch, and do they

25  consider themselves 1%ers?

1  A     Yes.  They are predominately a west coast club,

2  but they were trying to expand and open operations in

3  the east coast at the time.

4  Q     The real Mongols were?

5  A     Yes, sir.

6  Q     So as you infiltrated into that, were you able to

7  become a full-fledged member and wear their vest and

8  patch?

9  A     Yes, sir.  I became a full-patched member of the

10 Mongols.  I had the three-piece patch with the 1%er

11 diamond.  I traveled back and forth to California to

12 meet with members of the Mongols and their national

13 hierarchy, and eventually took over as the chapter boss

14 out of Baltimore, Maryland.

15 Q     And as you moved through the Mongols

16 investigation, did there come a time when you began

17 negotiations or have conversations with members of the

18 Outlaws?

19 A     Yes.  As part of the Mongols, there was a lot of

20 problems when the Mongols moved to the east coast.  The

21 person with the Mongols at that time, Lars Wilson, was

22 their east coast mother club member.  He had lied to

23 the national hierarchy of the Mongols and told them

24 that he had met with all these groups, such as the

25 Outlaws, the Pagans, and these other groups, and

1  arranged a smooth push into the east coast.

2      When we found out later, and we didn't know at the

3  beginning of the investigation, that he had not met

4  with any of these people and got these arrangements.

5  So it was very adversarial when we started the Mongols'

6  case.

7      At one point in time, the president of the Mongols

8  from Virginia was a -- in the military in the U.S.

9  Navy.  The military found out that he was a member of

10  the Mongols and was involved with this motorcycle gang

11  and revoked his security clearance.  At that point, he

12  got transferred out and at this point the Mongols'

13  national hierarchy asked me to take over Virginia as

14  well, and I moved down to Richmond.

15      As part of that, I was asked by the Mongols, their

16  national boss, to meet with the different

17  representatives from the different bigger clubs in

18  Virginia to actually try to smooth things over and make

19  a better transition from the Mongols into Virginia.

20  Q    When you say *into Virginia,* you actually mean

21  moving in and starting your own chapter and having

22  people wear the patches in the area?

23  A    They were already established in Virginia Beach.

24  They already had patched members of the Mongols there

25  that had been there, and I actually moved -- I was

1  living in Baltimore at that time as a Mongol, and moved

2  from Baltimore down to Richmond, Virginia.

3  Q    And as you came into the Richmond area, did you

4  become familiar with the organization and structure of

5  the Outlaws Motorcycle Club?

6  A    I began to.  I had not investigated, or been

7  involved in investigations prior to that.  We moved

8  down here in late August of 2008, and in the beginning

9  of September of 2008, I started reaching out to the

10 members of the clubs to include the Outlaws.  I had

11 received Jason Fiels' telephone number from a Mongol

12 out of Virginia Beach, and I reached out to him to call

13 and meet him to discuss us being in the area.

14 Q    Now you mentioned Jason Fiel.  Do you see Jason

15 Fiel in the courtroom today?

16 A    Yes.  He's sitting at counsel table with the dark

17 hair and light shirt.

18     THE COURT:  The record will reflect the

19 identification of Mr. Fiel by Agent Grabman.

20 Q    And why did you reach out to Jason Fiel back in

21 2008?

22 A    I was requested to reach out by Mongols' national

23 hierarchy to the clubs in the local area, the bigger

24 clubs.  I'd reached out to Jason, as well as members of

25 the Pagans Motorcycle Club, because they were the

1  dominant two clubs in the area.

2  Q    Did you actually have conversations with Jason

3  Fiel at that time?

4  A    Yes.  I spoke to him on the phone and actually

5  arranged a meeting with him on September 12th of 2008,

6  which was the first time we met face-to-face.

7  Q    And did you meet with him alone or with other

8  members of the Outlaws?

9  A    Myself and another agent, Agent Ozbolt, and

10  another task force officer went to Gainesville,

11  Virginia and met with Mark Jason Fiel, along with his

12  father, Mark Steven Fiel, known as Snuff, and another

13  person who was a probate at the time who was

14  Christopher Timbers.

15  Q    Now, do you see Mr. Timbers in the courtroom

16  today?

17  A    Yes.  He's sitting on the first pew with the

18  grayish brown shirt on.

19       THE COURT:  The record will reflect the

20  identification of Mr. Timbers.

21       MR. DUFFEY:  Thank you, Judge.

22  Q    Let me show you Government's Exhibit 4, and ask if

23  you if you recognize that photo?

24  A    Yes.  That is Mark Steven Fiel, Snuff.

25       MR. DUFFEY:  Judge, move to introduce.

1    THE COURT:  Any objection?

2    MS. CARDWELL:  No, sir.

3    THE COURT:  Be received as Government's 4.  You

4  may publish it.

5  Q    And you refer to this person as Snuff?

6  A    Yes, sir.  That's Jason's father.

7  Q    And that's also Mark Steven Fiel?

8  A    Yes, sir.

9  Q    So on September 12th, can you describe -- this is

10  your first meeting with the Fiels, both Snuff and Jason

11  Fiel?

12  A    Snuff, Jason Fiel, along with Christopher Timbers.

13  We as Mongols, went to the Uno's Pizzeria in

14  Gainesville.  I told them, you know, basically that I

15  was there basically to say that the Mongols were in the

16  Richmond area, to say it wasn't done correctly the

17  first time when we had moved in, and wanted to make

18  sure there was a smooth transition.  We're another 1%er

19  club, and as the Mongols we're not asking for

20  permission to be there because that's what 1%er clubs

21  do when they move into an area.  A lot of times they

22  don't ask for permission.  There's times when they sit

23  down and negotiate the territories.  But we weren't

24  going there that particular time to say, hey, we want

25  permission.  We're just saying we're here and we want

1   to be friends.

2       We talked about it and said we had common enemies,

3   as in the Hells Angels, the Renegades.  We sat in a

4   booth, and the conversation was going between myself,

5   Snuff, Jason, and Agent Ozbolt.  Christopher Timbers

6   and the task force officer with us sat off to the

7   sides, because the task force officer was posing as a

8   prospect for our club, and Christopher Timbers was a

9   probationary member at that time.

10  Q    So Mr. Timbers was not a full-fledged member of

11  the Outlaws at that time?

12  A    At that time he was a probationary member.

13  Q    And your -- the other undercover -- one of the

14  other undercover agents was posing as something less

15  than a full-fledged member?

16  A    Correct.  In the Mongols they called them

17  prospects.  He was a prospect for the Mongols.

18  Q    And was that a common occurrence that the

19  prospects or probationary members would not be included

20  in meetings that might discuss issues for the

21  organization?

22  A    Yes.  The probationary members are not allowed

23  when you're talking serious club business.  At one

24  point in time, we did call both of those individuals

25  over to the table, and they were engaged -- they were

1  allowed to engage in the conversation.  But as a

2  general rule, probationary and prospective members are

3  not allowed to be involved in club business.

4  Q     And you talk about the Richmond area.  Was Snuff

5  and/or Jason Fiel in the Richmond area at that time?

6  A     The chapter had not been established there.  Jason

7  stated that he had been going down almost every

8  weekend, he said on a regular basis, down to Richmond

9  actually looking for members of the Hells Angels and

10 their associate clubs, where they hang out, because

11 they were trying to figure out exactly where they were

12 at because they were trying to establish a foothold and

13 a chapter down in the Richmond area.

14 Q     So at that time, their chapter was in northern

15 Virginia?

16 A     Correct.  It what based out of Manassas.  Sort of

17 Manassas/Shenandoah Valley split.

18 Q     As you sit here today though, I take it you're

19 fairly familiar with the structure and organization of

20 the Outlaws?

21 A     Yes, sir.

22 Q     Let me show you Government's Exhibit 1, and just

23 ask you if you recognize what's on that?

24 A     Yes.  That's just basically showing at the time

25 near our takedown, the Outlaws -- it's a color-coded

1  region of the United States showing where they denote

2  their different regions.

3  Q    And how many different regions are basically

4  claimed by the Outlaws?

5  A    Ten.

6  Q    Is this a fair and accurate map of the Outlaw

7  regions as it stands today?

8        THE COURT:  Any objection to Exhibit Number 1?

9        MS. CARDWELL:  No, sir.

10        THE COURT:  Be received.  You may publish it to

11  the jury.

12  Q    If you can just briefly show the different regions

13  of the Outlaws' organization to the jury.

14  A    This is how the territory is divided up at that

15  time.  They divided it into color-coded regions.  We

16  were over here.  And this is the copper region, which

17  was Virginia, North Carolina, and South Carolina.  You

18  have Wisconsin, which is the gold region.  You have the

19  blue region here, which encompasses like parts of Ohio,

20  PA, New York.  You have the red region, which is

21  basically the northeast part of the United States.  The

22  orange region is Florida.  You have the silver region,

23  which is the Georgia, Alabama area.  The gray region,

24  initially where you have Kentucky and Tennessee,

25  initially Virginia and North Carolina were all part of

1  the gray region, and then they ended up splitting off

2  and had enough chapters and members to form their own

3  region.

4  Q    So you say *"initially."*  When you had your meeting

5  in September of '08, was the Manassas chapter, the

6  Virginia chapter, part of the gray region at that time?

7  A    No, they had already broken off and become part of

8  the copper region.  Jason Fiel had been the regional

9  vice president of the copper region.  Shortly around

10 the time we met with him there was an election, and

11 Harry Rhyne McCall became the regional vice president

12 of the copper region.

13 Q    You just mentioned Harry Rhyne McCall.  Do you see

14 him in the courtroom today?

15 A    Yes.  He's seated at counsel table with the

16 glasses, white shirt, and gray hair.

17      THE COURT:  The record will reflect the

18 identification of Mr. McCall.

19 Q    Within each of these regions, is there a structure

20 or hierarchy and officers elected?

21 A    Yes.  There's -- the Outlaws basically have a

22 national boss, which is Jack Rosga.  Then they have

23 what's called a -- they divide the country up into

24 those regions, and there's a regional boss which is in

25 charge of each one of those regions.  They have a

1  regional boss, a regional vice president, a regional

2  enforcer, and a regional treasurer.

3      And you have a similar structure for each chapter

4  underneath where you have a president, vice president,

5  treasurer, and enforcer, and then regular members.

6  Q    Let me show you what we marked as Government's

7  Exhibit 2.  As of the arrest date on this case of June

8  15th of 2010, is this a fair and accurate depiction of

9  the structure of the copper region that you've

10 described?

11 A    At the time of the takedown it was accurate.  The

12 -- actually, no this chart isn't.  It is a little

13 different because like Mark Fiel, Jason, was a former

14 member.  He was actually a current probate with the

15 club at that time.  He had just come back into the club

16 and he was going through a short probate period and he

17 was going to be taking over the new Fredericksburg

18 chapter they were trying to establish.

19     Joe Allman on the side is actually a member of the

20 red region out of Maine.  And Michael Pedini was an

21 enforcer for Maine.

22 Q    Let's just talk about at the very top you see Jack

23 Rosga's picture?

24 A    Yes, sir.

25 Q    At the time of takedown, was he the national

1   president of the Outlaws?

2   A    Yes, he was.

3   Q    Within the copper region you discussed various

4   elected officials.  That changes over time, I take it,

5   because there's different elections and people take

6   different offices?

7   A    Correct.  With the copper region, David Lowry, who

8   is at the top of the copper region, took over in -- on

9   October 3rd of 2009 from Les Werth, who had been the

10  copper region boss.  You know, Michael Mariaca was an

11  enforcer for part of the time, Johnny Cranor was part.

12  Snuff, Mark Steven Fiel, for a short time was one of

13  the regional vice presidents.  And during the whole

14  time that I was involved in the case, Mark Spradling

15  was the copper region treasurer.

16  Q    And at the time of the takedown within the copper

17  region, there were approximately seven chapters within

18  the copper region?

19  A    There was seven to include our chapter in

20  Petersburg, and they had a new chapter being

21  established in Jacksonville, North Carolina that had

22  already been approved, and they were getting ready --

23  they had just kicked off as a prospective chapter.

24       MR. DUFFEY:  Judge, I'd move Government's Exhibit

25  2 into evidence.

1          MS. CARDWELL:  No objection.

2          THE COURT:  It will be received without objection.

3  You may publish it to the jury.

4  Q     Throughout the course of your investigation, there

5  are chapters within the copper region that have their

6  own officers as well that are elected among the members

7  of the individual chapters?

8  A     Yes, sir.

9  Q     All right.  And does that include a president or a

10  leader of each individual chapter?

11  A     Yes.  Each chapter would have a boss or a

12  president.

13  Q     What are the -- specifically, what are the duties

14  of the individual chapter officers?  Do they have

15  regular meetings?

16  A     Yeah, we have weekly meetings which is called,

17  *"church."*  You meet once a week to discuss issues.

18  Then you also have regional bosses' meetings where they

19  bring back meetings from the national meetings that

20  they have.

21  Q     Let me show you Government's Exhibit 3.

22  Specifically, do you recognize that hierarchy

23  structure?

24  A     Yes, sir.

25  Q     And what is that?

1  A    That's the Outlaws copper region.  When we patched

2  in, when I became a full-patched member after I'd done

3  my prospective time in July of 2009.

4       THE COURT:  Any objection to Government's Exhibit

5  3?

6       MS. CARDWELL:  No, sir.

7       THE COURT:  Received.

8  Q    So over the course of the investigation, the

9  hierarchy does change and people take different

10 offices, is that a fair statement?

11 A    Yes, sir.

12 Q    And this is how it appeared sometime back in the

13 summer of 2009?

14 A    Yes, sir.

15 Q    Now, getting back in September of '08, prior to

16 your meeting with Snuff and the defendant, Jason Fiel,

17 was there any Outlaws' chapters in the Richmond area?

18 A    There were no Outlaws' chapters down there.  The

19 Manassas chapter had been going down and trying to

20 establish itself.  He had talked to several local clubs

21 already down in the Richmond area about patching over

22 and becoming a prospective Outlaws' chapter.

23 Q    And how do you know that?

24 A    I was told by Mark Jason Fiel and Mark Steven Fiel

25 at that meeting on the -- September 12, 2008.

1    Q    Was there specific discussions by Jason Fiel

2    regarding moving into the Richmond area, specifically?

3    A    Yes.  They said they'd already arranged with the

4    Pagans to --

5         MS. WHITLEY:  Judge, I would object.  I believe --

6    actually, I withdraw it.

7         THE COURT:  All right.

8         Go ahead.  You may answer, Agent Grabman.

9         AGENT GRABMAN:  Yes, sir.

10   A    Mark Jason Fiel and Mark Steven Fiel, in our

11   discussions on September 8th, had stated that they had

12   already arranged to open a clubhouse in the Colonial

13   Heights area.  Basically an arraignment had been

14   reached with the Pagans, and the Pagans would control

15   Richmond and the Outlaws would be allowed to control

16   the tri-city area, Petersburg, Hopewell, and Colonial

17   Heights.

18   Q    And at this time, you're posing as a Mongol,

19   right?

20   A    Yes, sir.

21   Q    Did they discuss with you why they would --

22   whether or not they wanted to reach any agreement with

23   the Mongols?

24   A    They liked the fact that the Mongols were coming

25   in.  We had common enemies.  The Mongols had had issues

1  with the Renegades, and they'd also had issues with the

2  Hells Angels historically.  So they thought that we

3  would be a good mix with each other, and they wanted to

4  show a unified front against the Hells Angels with the

5  Mongols, the Pagans, and the Outlaws.

6      And they had invited us to attend an event down in

7  Dinwiddie on the 29th of September, which is the All

8  Harley Drags.  And they were going down there because

9  during our discussion, Jason Fiel stated that he knew

10 that the Hells Angels had just established the

11 Merciless Souls Motorcycle Club in the Richmond area,

12 which was now a new official support club for the Hells

13 Angels, and this showed that the Hells Angels were

14 starting to get a foothold in the Richmond area, and he

15 didn't want that.

16 Q    So they invited you to some event that was going

17 to take place in the near future?

18 A    Yes, to the All Harley Drags coming up

19 September 20th.  We'd also been invited by the Pagans

20 when I had met with Charles Love, Rebar.

21 Q    Did you discuss with Jason Fiel any problems that

22 they had had up in Manassas regarding law enforcement?

23 A    They stated that they had gone through problems

24 with law enforcement.  They said that they had been

25 raided by the FBI in April of 2008.

1  Q    And did you know that -- I mean, you're posing and

2  you're a federal agent, did you know that to be true at

3  the time he told you that?

4  A    Yes.

5  Q    You had information about this FBI raid?

6  A    Yes, sir.

7  Q    And so did Jason Fiel talk to you about that raid

8  and what they, as Outlaws, thought about it?

9  A    Yes.  Yeah, he was upset because they had been

10 raided.  They were worried about law enforcement.  He

11 said a large number of firearms has been taken from his

12 residence.

13      Mark Steven Fiel said that his house had been hit,

14 along with the clubhouse, and numerous other locations.

15 Q    He said *"raided"* and *"hit."*  These are, what,

16 search warrants that had being executed?

17 A    Yes, federal search warrants approved by a United

18 States Magistrate.

19 Q    Did Jason Fiel go into any detail about his

20 residence being searched?

21 A    Yes.  He stated when the agents came to his house

22 to execute the search warrant, he jumped up out of bed

23 and grabbed a .40 caliber pistol and went to the front

24 door, and was aiming out the window and was going to

25 shoot.  He saw the FBI insignia on the arm of one of

1  the individuals and a helmet, and he threw the gun

2  down.  He later said he regretted it and wished he

3  would have shot the agent.

4  Q    Wished he would have shot the agent?

5  A    Yes, sir.

6  Q    During the course of this first meeting on

7  September 12th, was there any drug use or any talk

8  about drug use at this meeting?

9  A    There was no actual drug use at the meeting.  When

10  Christopher Timbers came back over to the table, along

11  with our task force officer acting as a prospect came

12  over, Jason and Snuff asked Timbers if he had brought

13  any party favors.

14  Q    What does party favors mean?

15  A    Referring to drugs.  Timbers had stated that he

16  had tried to get some but couldn't get any.  They were

17  then talking about drugs.  Drugs is an integral part of

18  these motorcycle clubs, especially the Outlaws.  It's

19  almost -- these people, like a lot of the people that

20  go into the organization -- not everybody in the

21  Outlaws uses drug but a very large percentage uses

22  drugs, and it's prevalent.  And it's almost used as

23  sort of a recruiting tool where, you know, you will

24  have access to drugs if you come here.  And they

25  started talking to us about it, and Snuff talked about

1  how he had been at a party and an Outlaw had given him

2  a pack of cigarettes when he got up to go to the

3  bathroom and said, *"No, I don't smoke."*  And he said,

4  *"Well, why don't you take a pack of cigarettes with*

5  *you?"*  And he said, *"No, I don't smoke."*  And he said,

6  *"Nah, you need to take a pack of cigarettes."*

7      And he looked in it, and he said he saw cocaine in

8  it, and so he said he went to the bathroom and acted

9  like he was using.  And at that time, he made the

10  comment, you know, about Jason saying that Jason uses

11  so much cocaine that he called him a Hoover vacuum.

12  Q  Why was he telling you --

13      MS. WHITLEY:  Judge, I'd object to the statement

14  for the record.

15      THE COURT:  Pardon?

16      MS. WHITLEY:  I would object to that statement,

17  the hearsay statement, made by Snuff.

18      THE COURT:  Well, it's a statement of a

19  co-conspirator witness during the scope of the

20  conspiracy, so that will be overruled.  The answer

21  stands.

22  Q  Snuff at the time was discussing with you Outlaw

23  business and the prevalence of drugs in the Outlaws'

24  organization?

25  A  Yes, sir.

1  Q     Do you know, was there a purpose, if you know, why

2  Snuff would discuss drug use with you?

3  A     Again, I think it's --

4        MS. WHITLEY:  Objection, Judge.  I think it calls

5  for speculation.

6        THE COURT:  Objection sustained.  It calls for

7  speculation.  Lay some foundation.

8        MR. DUFFEY:  Well, Judge, I'll move on.

9  Q     Mr. Timbers at the time was, as you said, a

10 probationary member?

11 A     Yes, sir.

12 Q     Was it your experience that he would, as part of

13 the organization, have to follow orders from

14 full-fledged members?

15 A     Yes, sir.

16 Q     And at that time, did he in fact provide party

17 favors to Snuff Fiel?

18 A     Not on that occasion.

19 Q     All right.  Did he ever attempt to, to your

20 knowledge?

21 A     Not on that occasion.

22 Q     As you leave off in this meeting, was there a plan

23 then to meet again in the near future?

24 A     Yes.  We planned to meet up on September 20th

25 with the Outlaws and members of the Pagans at the

1  Dinwiddie Drags outside of Richmond, Virginia.

2  Q    What are the Dinwiddie Drags?

3  A    It's the All Harley Drags.  It's an event open to

4  the public where you would go and they raced Harley

5  Davidson-based motorcycles.

6  Q    I take it that -- well is this an event frequented

7  by other motorcycle clubs?

8  A    Yes, sir.

9  Q    And did you in fact arrive and go to the Dinwiddie

10  Drags?

11  A    Yes, sir.  On September 20th, myself, Agent

12  Ozbolt, and a confidential source, went to the

13  Dinwiddie Drags with some other members of the Mongols,

14  and associates of the Mongols, and met with members of

15  the Pagans and the Outlaws.

16  Q    Now you went as an undercover Mongol?

17  A    Yes, sir.

18  Q    You mentioned Agent Ozbolt as another informant?

19  A    Yes, Special Agent Dan Ozbolt, another ATF agent

20  that was posing as a member of the Mongols with me.  He

21  had entered the club through a method of the club

22  prospecting based out of California, and entered the

23  Maryland and Virginia chapters.

24  Q    So you're still posing as full-fledged members of

25  the Mongols?

1  A     Correct.  I was posing as the president of the

2  Virginia chapter.

3  Q     You had other Mongols with you.  Were they part of

4  the undercover team, or were they actually real

5  Mongols?

6  A     No, we had real Mongols.  And then we had

7  members -- associate members that were part of the

8  group called FSU, which stands for *"Fuck Shit Up."*

9  It's sort of a rebellious group that based out of the

10 northeast, and they'd been used as a funneling tool in

11 northeast for Outlaw members.

12 Q     Now, when you show up at the Dinwiddie Drags, you

13 mentioned there's other Outlaws present?

14 A     Yes, sir.

15 Q     And was Snuff present?

16 A     Yes, sir.

17 Q     Mr. Timbers, was he present?

18 A     Yes, he was.

19 Q     Did they -- did Snuff, or other members of the

20 Outlaws, then inform you as to why they wanted you at

21 this event?

22 A     We had already talked about it and said that we

23 were going there basically to make a show of force

24 against the Merciless Souls and the Desperados, or any

25 of the other Hells Angels, or Hells Angels' support

1   clubs, that would be there.  So there was a large

2   contingent of Pagans from Virginia, and the Outlaws

3   from North and South Carolina.  Harry Rhyne McCall was

4   there.

5   Q    That is the defendant seated at counsel table?

6   A    Yes, sir.  Les Werth was there, Michael Mariaca,

7   Chris Gagner, Mike Smith.  There were probably total

8   between the Pagans and the Outlaws approximately 40 or

9   50 individuals.

10  Q    Let me stay on the Outlaws for just one minute.

11  You mentioned Mr. McCall, the defendant.  Let me show

12  you Government's Exhibit 5.  Do you recognize who that

13  is?

14  A    That's Les Werth.

15  Q    And who was he at the time of the Dinwiddie Drags?

16  A    At the time of the Dinwiddie Drags, he was the

17  boss of the copper region.

18       MR. DUFFEY:  Judge, I'd move to introduce

19  Government's Exhibit 5.

20       THE COURT:  Any objection to Number 5?

21       MS. WHITLEY:  No, sir.

22       THE COURT:  It will be received without objection.

23  You may publish it to the jury.

24  Q    So that is Les Werth?

25  A    Yes, sir.

1  Q    He was also present?

2  A    Yes, sir.

3  Q    Show you Government's Exhibit 16.  If you can

4  identify the person in that photo.

5  A    Michael Mariaca, M&M.

6       MR. DUFFEY:  Judge, I'd move to introduce 16.

7       THE COURT:  Any objection to 16?

8       MR. AMIRSHAHI:  No, sir.

9       THE COURT:  Be received.  You may publish it.

10  Q    Who was Michael Mariaca in context of the

11  Dinwiddie Drags?

12  A    He was president of the Rock Hill, South Carolina

13  chapter.

14  Q    A member of the Outlaws?

15  A    Yes, sir.

16  Q    Show you Government's Exhibit 12.

17  A    That's Lyle Beatty.  Nickname is Butchie.  He's a

18  member of the Outlaws Manassas/Shenandoah Valley

19  chapter.

20  Q    Was he present at the Dinwiddie Drags as well?

21  A    Yes, he was.

22       THE COURT:  Any objection to 12?

23       MR. LEWIS:  No, Your Honor.

24       THE COURT:  Be received.

25  Q    And also Government's 13?

1  A    That is Mike Smith, the president of the Outlaws'

2  Hickory chapter.

3       THE COURT:  Any objection?

4       MS. CARDWELL:  No, sir.

5       THE COURT:  Thirteen will be received.

6  Q    So these members that you talked about were all

7  present at the Dinwiddie Drags?

8  A    Yes, sir.

9  Q    And you mentioned obviously there's other members

10  of the Outlaws present.  And you also talked about

11  Pagans being present.  Who are they?  Who are the

12  Pagans?

13  A    The Pagans are another 1%er outlaw motorcycle

14  club.  For years they had been the dominant club in

15  Virginia.  They'd also been the dominant club in the

16  Richmond area for years.  They have members there.

17  They have presence in Roanoke, Lynchburg, and Richmond,

18  as well as other members.

19  Q    You mentioned one individual Pagan by the name of

20  Charles Love.  Was he present at the Dinwiddie races?

21  A    Yes, sir.

22  Q    Show you Government's 31.

23  A    Yes, sir.  That's Charles Love.  His nickname is

24  Rebar.

25       THE COURT:  Any objection to 31?

1     MS. WHITLEY:  No, sir.

2     THE COURT:  Received.

3  Q    Now as you get there, you mentioned the group

4  called the Merciless Souls.  And who are they?

5  A    The Merciless Souls were a newly-formed support

6  club for the Hells Angels.  They had just kicked off

7  within the previous couple of weeks.  Established their

8  chapter in the Richmond area.  They helped get the

9  Angels to get a foothold.

10     At the time, there were only two full-patched

11  Angels in the Richmond area.  We didn't know exactly

12  who they were.  It was discussed at the September 12th

13  meeting with Jason Fiel and Mark Steven Fiel.  And they

14  talked about Scotty Barfield and Al Freeman, which were

15  the two full-patched Hells Angels that lived in the

16  Richmond area.

17  Q    And you said *"they talked."*  Who discussed those

18  names with you?

19  A    Mark Steven Fiel and Mark Jason Fiel.

20  Q    And why was there concern that the Merciless

21  Souls, a support club, would be forming in the Richmond

22  year?

23  A    It was a concern because it was felt that the

24  Hells Angels were now establishing a foothold in order

25  to get a chapter in Virginia.  The Hells Angels never

1  had a chapter in the State of Virginia.  They had tried

2  twice.  They tried once back in 2003.  That chapter

3  ended up getting shut down.  It was a prospective

4  chapter.  And they tried again back in 2005, 2006, to

5  establish a chapter.

6      And actually, Jason Fiel was a prospective member

7  of the Hells Angels at that point.

8  Q    Now at this time, 2008, is it fair to say that at

9  least I guess the perception by the Outlaws was that

10 they had formed a support club somehow that would

11 compete with the Hells Angels' chapter?

12 A    Yes.  It would allow them to get and build a

13 network in that territory and start establishing

14 support clubs, start establishing a base, and it would

15 lead as a funnel to be able to be a recruitment tool

16 for moving into the area.

17 Q    What, if anything -- well, were there any

18 decisions made at this Dinwiddie Drags on

19 September 20th to deal with that?

20 A    Basically the plan when we got there that was told

21 to us by the members of the Outlaws and Pagans was the

22 Desperados and Merciless Souls had set up support gear

23 sales up against the bleachers.  They had tables out in

24 order to sell their support gear.

25 Q    So they set-up a booth actually to sell things?

1  A      Yes, sir.  They had t-shirts and different

2  stickers, and all those things.  Their support gear and

3  the Hells Angels' support gear.  They had it set-up

4  there trying to get it out into the community.

5         And the Outlaws and Pagans formed, along with the

6  Mongols that were there, formed a sort of semi-circle,

7  a half moon sort of in front of their booths, based for

8  intimidation to try to get them to leave.

9  Q      How many total members of the Pagans, Outlaws, and

10 the Mongols who were there doing this act?

11 A      It was off and on, but between 30 and 50.

12 Q      Okay.  And if you can describe again for the

13 ladies and gentlemen of the jury, you actually formed a

14 half circle around the booth?

15 A      Yeah.  Basically, we were standing about the same

16 distance I am to the jury box, and the Outlaws

17 basically, and the Pagans, basically formed a sort of

18 semi-circle around that sort of, you know, intimidating

19 them.  Also in order to intimidate the citizens so that

20 they wouldn't come up to the booths.  The tension was

21 very, very high.

22 Q      When you say "*the tension was very, very high*,"

23 Was there law enforcement present at the time, too?

24 A      Yes.  We had already been able to alert law

25 enforcement that we were going to be there and what was

1  going to be going on so we'd have both plainclothes law

2  enforcement and uniform law enforcement there and were

3  aware of what was going on.  And they were able to

4  shadow us.

5      You know, at one point I followed Mark Steven Fiel

6  up and he went to the leader of the Merciless Souls, a

7  guy by the name or Ernie Allen, and basically told him

8  you're not welcome here.  You're not welcome in the

9  State of Virginia.  You need to leave.

10 Q    Now when you say that you contacted law

11 enforcement, did you do that in your capacity as an

12 undercover agent?

13 A    I did it in my capacity as an ATF agent, yes.  I

14 informed them that we would be working undercover at

15 that venue, and through our case agent was able to

16 organize, along with our task force officers, a law

17 enforcement presence there.

18 Q    Why did you feel the need to alert regular law

19 enforcement?

20 A    We felt like there could be an assault taking

21 place.  The tensions were so high, and they wanted them

22 out, that we were afraid that they would actually go

23 and confront them.  You know, we were told if we got

24 them maybe in the bathroom or found them somewhere

25 alone, to take their patches.

1   Q     Who told you that?

2   A     Members of the Outlaws and Pagans were all

3   together talking about it, and said if the opportunity

4   presents itself, you find them alone and you can beat

5   them up and take their patches.

6         MR. McGARVEY:  Judge, I'd object to the general

7   statement there.  There's no evidence that they are

8   coconspirators.  He made a general statement as to who

9   made that statement.

10        THE COURT:  All right.  I'll ask you to lay a

11  foundation for the source of the statement.

12  Objection's sustained.  You may do so.

13  Q     Well, you're talking about meeting prior I guess

14  to forming this semi-circle around the booth, did you

15  meet with various members of the Outlaws and the

16  Pagans?

17  A     Yes.  Les Werth, Mark Steven Fiel.  Mark Jason

18  Fiel was not present at this event.  Rebar, --

19  Q     He's a Pagan?

20  A     President of the Pagans in area, along with some

21  of the other members of the Pagans from Roanoke, from

22  Lynchburg, we were all standing around, and that's what

23  was said in the group as they were sort of making the

24  plan.

25  Q     And was part of this -- was this part of the plan,

1  the same plan, to intimidate the Merciless Souls and

2  surrounding their booth?

3  A     Yes, sir.

4  Q     When you're talking about taking their patches,

5  can you describe a little bit in more detail what that

6  means?

7  A     Well, you know, in the motorcycle world your patch

8  is a coveted piece of property, especially to a 1%er or

9  to an outlaw club.  There's a difference between --

10 there are outlaws clubs that don't wear a 1%er patch.

11 You would have to get permission from a 1%er club in

12 order to wear a 1%er patch if you're in that area, or

13 there would be tension or friction as what we had with

14 some of the other clubs in the area.

15 Q     Is it fair to say that to a motorcycle club

16 member, the patch is an important piece of property?

17 A     That's your most important piece of property,

18 followed by your motorcycle.

19 Q     And throughout -- through your experience in

20 infiltrating the Outlaws' organization, would a member

21 of any organized motorcycle club voluntarily give up

22 his patch?

23 A     Not without a fight.  No, sir.

24 Q     Now, back to this meeting that you had with the

25 other members.  Who -- do you remember who specifically

1  said take the patches if you can?

2  A    I know that -- Snuff and Rebar, I know for sure

3  that it was in a conversation with them.  And there

4  were other members chiming in or talking about it while

5  we were there.

6  Q    So various members all talking basically as part

7  of the same conversation?

8  A    Yes, sir.

9  Q    In your mind, was it an organized plan?

10  A    Yes.

11  Q    Was everyone in agreement, I guess is what I'm

12  asking?

13  A    Yeah, everybody was in agreement.  It was an

14  organized plan that was attempted to be carried out.  I

15  don't know of anybody that got their patch taken.  They

16  didn't get the opportunity.  The opportunity didn't

17  arise to be able to do it, but they did intimidate and

18  prevent them from being able to sell their gear.  And

19  they actually left early that day.

20  Q    You said they left early.  Did they pack up their

21  table and their booth and leave before the end of the

22  event?

23  A    Yes, sir.  They packed everything up during the

24  afternoon hours and left the event, and then they

25  didn't come back the next day and set up their booths.

1  Q      The next day, was it another full day event

2  scheduled?

3  A      Yes, sir, it was.

4  Q      Did you go back the next day?

5  A      Yes, sir.  With members of the Outlaws.

6  Q      Did you see Merciless Souls?

7  A      There were no Merciless Souls and no Desperados

8  that day.

9  Q      Now after this event, do you continue working,

10 along with your other agents, in your undercover

11 capacity?

12 A      Yes, sir.

13 Q      At that time, do you continue to make contact with

14 Snuff, Mark Steven Fiel, and Jason Fiel, the defendant?

15 A      You know, we had limited contact after

16 September 20th.  For the immediate time after that,

17 you know, we were still working the people in the local

18 Richmond area, which were our targets at the time.

19        The Outlaws, you know, it was never planned that

20 we would become Outlaws.  We did that basically just to

21 save face and be able to make a smooth transition into

22 Richmond with those meetings.  We began dealing with

23 the local people in the area, and we had a little bit

24 of telephone contact with Jason and with Mark Steven

25 Fiel.

1  Q    What was the point of your telephone contact?

2  A    Just to maintain sort of a good working

3  relationship between the clubs so there wouldn't be any

4  adversarial issues.

5  Q    As you move on into the next month into October,

6  was -- did something happen with the Mongols'

7  organization that caused your conversations to change

8  with the Fiels?

9  A    Yes.  There was a parallel investigation going on

10 on the west coast.  It was a totally separate

11 investigation from what we were working.  We had some

12 cross-over investigations, but there were two different

13 separate investigations.  Ours basically targeted the

14 east half of the United States, and there was a

15 separate one that targeted the west coast.

16 Q    This is a Mongols investigation?

17 A    This is the Mongols investigation.

18 Q    So did something happen on the west coast?

19 A    Yeah, on the west coast in or around October 20,

20 2008, they ended that investigation.  The active part

21 of that investigation was search warrants and arrest

22 warrants, and approximately 100 members of the Mongols

23 were arrested and their patch was seized.

24 Q    Did that topic of conversation come up when you

25 spoke with Snuff and Jason Fiel?

1  A     It did.

2  Q     In what context did that come up?

3  A     For one, they talked about the law enforcement

4  infiltration.  I also -- they asked me to send them --

5  because actually as the raids were being hit, and

6  within by the end of the day, I'd already had --

7  Mongols had sent me copies of the search warrants and

8  the indictments.  The minute they had been unsealed,

9  they were sent to me as a member of the Mongols.

10       They asked me to send it to them.  I sent it via

11  the Internet to Snuff.

12  Q     You were still undercover as a Mongol?

13  A     Correct.  Our case was still ongoing on the east

14  coast Mongols.  So we talked about law enforcement

15  infiltration, talked about the undercover agents.  And

16  the seizure of the patches concerned the Outlaws

17  because they were afraid that the same thing could

18  happen to them.

19  Q     And did that -- did the topic of you becoming an

20  Outlaw come up at that time?

21  A     Not on that immediate date on the time of the

22  takedown.  But approximately a week and a half later in

23  or around October 31st of 2008, I received a call from

24  Snuff, Mark Steven Fiel.  And he had said that they had

25  just come back from their national --

1              (Fire alarm.)

2      THE COURT:  Everyone remain in place and follow

3  the instructions of the U.S. Marshal.

4    (The jury is no longer present in the courtroom.)

5      THE COURT:  Court will stand in recess.

6              (Recess taken.)

7      MR. McGARVEY:  Judge, my client is not back yet.

8      MR. AMIRSHAHI:  I think he's in the restroom right

9  now.

10      THE COURT:  All right.  We'll stay in place and

11  wait for him.

12      MS. CARDWELL:  I did have a preliminary matter

13  before the jury comes in.

14      THE COURT:  Why don't we go ahead and resolve that

15  right now.

16      MS. CARDWELL:  Your Honor, during Agent Grabman's

17  testimony, there was a reference describing one of the

18  patches to an Outlaw, or former member, or a member,

19  that had been convicted of a RICO violation.  And we

20  would ask that the witness be instructed that that's

21  prejudicial, and to volunteer something regarding a

22  past member or current member having been convicted

23  should not be referred to.  It really wasn't necessary.

24  We would ask the witness be admonished not to mention

25  that in the future.

1          THE COURT:  All right.

2          Mr. Duffey, any comments on that?

3          MR. DUFFEY:  Judge, I don't have any objection to

4     that.

5          THE COURT:  Well, in the future just veer away

6     from that if you don't mind all right, agent?

7          AGENT GRABMAN:  Yes, sir.

8          THE COURT:  Are we ready to go?

9          MR. DUFFEY:  Yes, sir.

10         THE COURT:  Marshal, bring the jury in.

11             (The jury is present in the courtroom.)

12         THE COURT:  Mr. Duffey, you may resume.

13         MR. DUFFEY:  Thank you, Judge.

14    Q    Agent Grabman, I'm going to go back very quickly

15    to the Dinwiddie Drags and ask you a couple of quick

16    questions on that.  You mentioned other support clubs

17    being present.  Are you familiar with the name *"The

18    Untamed"*?

19    A    Yes, sir.  The Untamed Motorcycle Club is a club

20    that's in the Richmond area.  They have a couple of

21    chapters in Richmond.  And they're a support club for

22    the -- they wear an official support patch, or they did

23    at the time of the case, for the Pagans Motorcycle

24    Club.

25    Q    And were any members of the Untamed present at the

1  Dinwiddie races that you described?

2  A    I remember seeing some there.  The only one

3  specifically I remember was Steven Stratton from

4  Chester, but there were others there.

5  Q    Do you know the defendant, Dennis Haldermann?

6  A    Yes, I do.

7  Q    Do you see him in the courtroom today?

8  A    Yes.  He's sitting next to Mr. Timbers on the

9  first pew.

10      THE COURT:  The record will reflect the

11  identification of Mr. Haldermann.

12  Q    Do you know whether or not Mr. Haldermann was at

13  the Dinwiddie races in September of '08?

14  A    I don't recall if he was there or not.  He's a

15  member of the Untamed, but I don't recall if he was

16  there.

17  Q    That was my next question.  Through your

18  investigation, was he a member of this support club?

19  A    Yes, sir.

20  Q    Let me also show you Government's Exhibit 12.  You

21  identified him previously?

22  A    Yes.  That's Lyle Beatty.  He goes by the nickname

23  of Butchie.  He's from the Manassas/Shenandoah Valley

24  chapter.

25  Q    At the time of the Dinwiddie races, were you in

1   contact with agents of the FBI?

2   A     Yes, sir.

3   Q     And were they also doing a parallel investigation

4   into the Outlaws?

5   A     Yes, sir.

6   Q     To your knowledge, was Mr. Beatty providing

7   information to the FBI at the time?

8   A     Yes, he was a confidential source for the FBI.

9   Q     Do you know whether or not Mr. Beatty knew about

10  your undercover capacity?

11  A     It was our understanding that throughout the

12  course of the investigation that he did not know that

13  we were undercover agents.

14  Q     I take it you never had a conversation with him or

15  told him?

16  A     We did not.  We asked the FBI, and they said they

17  did not tell him.

18  Q     Did he ever tell you that he was working for the

19  FBI?

20  A     No, sir.

21  Q     So you never had any conversation either way about

22  that?

23  A     No, sir, not about that.

24  Q     I think when we left off before the alarm, you

25  were discussing a telephone call from Mark Steven Fiel

1   regarding the Mongols' case?

2   A    Yes.  In or around October 31st of 2008, I

3   received a call from Mark Steven Fiel, Snuff, Mark

4   Jason Fiel's father, asking and basically saying that

5   they'd just come back from their national pumpkin run,

6   which is a national event held through the Outlaws

7   every fall.  And one of the topics of discussion there

8   was the Mongols' investigation.  The Outlaws were

9   concerned about how it could effect them with the

10  copyright issues with their patch if it could be seized

11  by the government.  And he said that they had talked

12  about it and thought that they were all right.  They'd

13  done their documentation properly, and he said that

14  they thought that the Mongols were probably in trouble

15  and weren't going to get theirs back.

16       And at that time he said, *Well, have you ever*

17  *thought about being an Outlaw?  It's a black and white*

18  *patch also."*

19  Q    Is this the first conversation you had with

20  members of the Outlaws about becoming a member of that

21  organization?

22  A    Yes, it is.

23       THE COURT:  What was this date again, Mr. Duffey?

24       MR. DUFFEY:  October 31st.

25       THE COURT:  '08?

1     AGENT GRABMAN:  Yes, sir.

2     THE COURT:  Go right ahead, Mr. Duffey.

3  Q     And did you have further conversations with Mark

4  Steven Fiel, Snuff, about that?

5  A     Yes.  Over the course of the next two months, we

6  met with -- myself and Agent Ozbolt, and this

7  confidential source, met with Mark Steven Fiel, Mark

8  Jason Fiel, and Christopher Timbers on numerous

9  occasions in November and in December both at Mark

10 Steven Fiel's residence, at local bars in the

11 Fredericksburg, Virginia area, and a local bar in the

12 Richmond, Virginia area.

13 Q     Let's take them one at a time.  Did you meet at

14 Snuff's house?

15 A     Yeah.  On or around November the 8th, 2008, we

16 went to -- Snuff had invited us over to his house.  It

17 was the first official sitdown to talk about the

18 patching over.  We went there, myself, a confidential

19 source, and Agent Ozbolt, went to the residence.  When

20 we arrived, Mark Steven Fiel, Snuff, was there, along

21 with Jason Fiel.  We began talking with them.  We

22 arrived in the early evening hours.

23 Q     Let me stop you real quick.  You said *"patching*

24 *over."*  Briefly describe what patching over is as

25 opposed to a regular entry into the organization.

1    A    Yeah, we were -- we had talked to them -- as the

2    discussions evolved, we were originally talking about

3    trying to patch over, switching patch for patch from

4    the Mongols to the Outlaws.  And we were initially told

5    that would be a possibility, and then as it evolved we

6    ended up having to prospect.  Originally, we were

7    talking about doing a patch over patch for patch.

8    Q    And I take it a patch for a patch is better for

9    you somehow?

10   A    Yes.  We wouldn't have to prospect or probate.

11   The Outlaws had done it in the past, and we were trying

12   to see if we could do that as well at that point after

13   they had offered it.

14   Q    So in this November 8th meeting, you discussed the

15   patch over?

16   A    Yes, sir.  We discussed the patch over with Mark

17   Jason Fiel and Mark Steven Fiel at the residence.

18   Q    Was anyone else present in the meeting?

19   A    At one point during the meeting,

20   Christopher Timbers came in later in the evening.  He

21   was there for a short time.  Mark Steven Fiel and Mark

22   Jason Fiel asked if he had brought any cocaine.  He

23   stated that he hadn't.  He hadn't been able to get any.

24   And they ended up sending him back out to go get some.

25   Q    Were you present when -- was it Mark Steven Fiel

1   that asked him to go get some?

2   A    It was both.  We were sitting at the kitchen

3   table.

4   Q    When you say *"both,"* who is that?

5   A    Mark Steven Fiel and Mark Jason Fiel.

6   Q    And they directed Timbers to go back out?

7   A    Correct.  He was a probate at the time, and they

8   directed him to go back out and find some.

9   Q    Did he acknowledge that and leave the residence?

10  A    Yes, he did.

11  Q    Did there come a time when he came back?

12  A    Yes, sir, he came back.  It was a considerable

13  amount of time.  He came back, you know, between an

14  hour or two hours later.  And I didn't physically see

15  him when he returned back with cocaine.  He came back

16  in the house and said he had it.  We was told to go

17  back into the back bathroom and lay out some lines.

18  Q    Who told him to do that?

19  A    I believe it was Mark Steven Fiel, Snuff.

20  Q    To your knowledge, did he do that?

21  A    Yes, sir.

22  Q    How do you know that?

23  A    Because I walked into the back room with Snuff

24  after he had done that and came back out.  Snuff sat on

25  the bed and was talking to me about patching over.  He

1  told me go ahead and do a line.  I leaned down and was

2  able to sweep a line off onto the floor.  There were

3  about five or six laid out, and then we considered --

4  stayed in there talking for a while.  His patch was

5  actually hanging on the hall tree in his room, and we

6  were talking about it.

7  Q    Well, for those of us who aren't familiar with

8  such things, when you say he laid out lines, can you

9  describe what you're talking about?

10 A    With the cocaine it had been chopped into a fine

11 powder.  It comes -- most of the time it comes

12 compressed.  It has been chopped into a fine powder by

13 Mr. Timbers when he was told to go back in the back and

14 laid out in small parallel lines on the kitchen

15 counter -- or the bathroom counter.  Just small little

16 lines approximately an inch and a half long and very

17 thin.

18 Q    And from that point, how is the cocaine ingested?

19 A    At that point, they were actually using a rolled

20 up piece of U.S. currency.  I'm not sure of the

21 domination, but it was a rolled up bill.  And you snort

22 it and inhale.

23 Q    Snort it into their nose?

24 A    Into the nose.  Yes, sir.

25 Q    And so did you witness Snuff using cocaine?

1  A    Yes.  He came into the bathroom and used it after

2  I did.

3  Q    All right.  And you talked about sweeping off your

4  cocaine.  Can you describe what you were doing at this

5  point?

6  A    He we was sitting behind me.  He was off to my

7  right on the bed.  I was able to lean down, and he was

8  talking and I just took my hand and laid it on top of

9  one of the lines and acted like I was snorting, and

10  just pulled it off onto my hand.

11  Q    So you simulated the drug use?

12  A    Yes.  That's a technique that we teach when we do

13  the training for the undercover work.

14  Q    Was Jason Fiel present at the time?

15  A    Not at the time, no.  This was just myself and

16  Mark Steven Fiel.

17  Q    Did you witness Jason Fiel use any cocaine that

18  night?

19  A    I did later on at the table in the kitchen, but

20  not in the bathroom.

21  Q    Well, once you got out -- once you did the cocaine

22  in the bathroom, did the meeting resume?

23  A    After I did the simulation in the bathroom and

24  Snuff did the cocaine, we went back out into the other

25  room.  Jason and Alibi and Agent Ozbolt and the CI were

1  all out there talking.  Agent Ozbolt had gone in the

2  back with Jason Fiel.  Timbers had gone back in.  There

3  was some coming and going.  We continued to sit there

4  at the kitchen table and talked about the patch over.

5  Q    The *"coming and going"* was, what, back to the

6  bathroom?

7  A    Yes, sir.

8  Q    To your knowledge, was that for more drug use?

9  A    Yes, sir.

10 Q    As you continued on in your meeting, did you get

11 into deeper discussions about becoming members of the

12 Outlaws?

13 A    Yes.  It was talked more in depth about what it

14 would take to try and patch over, if that was a

15 possibility or not.  If it wasn't, then it would be the

16 whole prospective of the probationary.  That was

17 detailed and outlined.

18 Q    You mentioned earlier that there was some -- was

19 there any cocaine use that was actually done in the

20 kitchen area?

21 A    Yes, sir.  At one point, they brought out a

22 small --

23      MR. McGARVEY:  Objection to *"they."*  Can he

24 identify them, please.

25      THE COURT:  Identify who the declarants are.

1        AGENT GRABMAN:  Yes, sir.

2   A    At one point, a small plastic-type vial was

3   brought out called a *"bullet."*

4   Q    The question is who brought it out?

5   A    I don't recall the exact person.  It was brought

6   out.  I don't recall who provided it.  It was brought

7   out.  It was given to Jason Fiel's younger brother,

8   Sammy, who was approximately 16 years old.  And he was

9   instructed to load it with cocaine, and then they

10  passed it around the table.

11  Q    Did you witness this?

12  A    Yes, sir.

13  Q    You saw him load it with the white powder?

14  A    Yes, sir.

15  Q    And was that passed around the table as well for

16  ingestion?

17  A    It was.

18  Q    How did the meeting -- once the meeting was over,

19  how did you leave off with the Fiels regarding your

20  joining the club?

21  A    That we would think about it some more.  We

22  weren't initially trying -- because initially our goal

23  was never to get into the Outlaws.  It was just working

24  the Mongol part of the case.  And we didn't even know

25  if our management team at ATF would allow us to do it

1  because we had another focus of the investigation, and

2  so we just sort of left it open-ended that we would

3  continue to talk and see about the possibility.

4  Q    Because you had to clarify it with your

5  supervisors?

6  A    Yes, sir.

7  Q    And did you in fact do that?

8  A    Yes, sir.  It took a couple months to fill them in

9  on what it would detail, and then shortly after the

10  first of the year on January 4th, they end up making

11  the decision to let us do it.

12  Q    Between the November 8th meeting and this January

13  1st date, did you meet again with Snuff and Jason Fiel?

14  A    Yes.  We actually met with Christopher Timbers,

15  Snuff, and Mark Jason Fiel on several occasions a

16  couple times in Fredericksburg at a bar called Bates

17  Bar that has since closed down, and then we went over

18  to Hard Times Cafe, and then another bar in Richmond,

19  Virginia.

20  Q    Now, the time when you met at the Bates Bar and

21  you ended up going to Hard Times, do you recall when

22  that was?

23  A    Yes.  That was November 20th of 2008.

24  Q    So let's take it one step at a time.  At the Bates

25  Bar, did you have further discussion about your joining

1  the Outlaws?

2  A     Yes.  We met with Jason Fiel, Mark Steven Fiel,

3  and Christopher Timbers.  Although he was a probate, he

4  was allowed to sit in.  And we were all sitting and

5  talking about how we would patch over.

6  Q     And as part of this patch over, did you discuss

7  the Richmond area as being a priority for you or for

8  them?

9  A     The Outlaws said it was a priority.  Jason and

10 Snuff said that it was a priority for them.  That they

11 had already begun getting a chapter established there,

12 and made arrangements to establish it in the tri-city

13 area, which is the Colonial Heights, Petersburg, and

14 Hopewell area.  There was an agreement had been reached

15 with the Pagans to not infringe upon their territory in

16 the Richmond proper.

17       They said it was really important because it was a

18 stopping point along I-95 bridging the gap between the

19 northeast and Savannah, Georgia.  There were no

20 chapters along the 95 corridor.

21 Q     Did you indicate that that was a possibility?  I

22 mean, if you were to join the organization, that you

23 could possibly do something in Petersburg?

24 A     Yes, there were talks about myself, Agent Ozbolt,

25 the informant, and possibly some other members of the

1   Mongols.  We left it sort of open in order to bring in

2   other undercover agents to open a chapter there, that

3   we would still be considering it.

4   Q    Was there any discussion by Jason Fiel about

5   providing other members to you, or was it all you

6   getting your own members?

7   A    No, there was conversation with Jason about

8   rotating in other members.  And they said that they --

9   Jason said that it had already been discussed with

10  Snuff.  That there were even members in the copper

11  region at the time that would actually increase their

12  monthly dues in order to help us start our chapter up

13  and would funnel money to us.

14  Q    And who told you that?

15  A    Jason and Snuff.

16  Q    Now, did Jason indicate to you whether or not he

17  had to seek any other approval for this type of move

18  into another area?

19  A    He stated that he would talk with Les – which was

20  Les Werth – and Jack Rosga.

21  Q    And who is Jack Rosga?

22  A    The national president.  National boss of the

23  Outlaws.

24  Q    Do you see him in the courtroom today?

25  A    Yes.  He's sitting at counsel table with the gray

1  hair and the white shirt at the second table.

2      THE COURT:  Agent Grabman has identified

3  Mr. Rosga.

4  Q    Did there come a time when you left this Bates

5  Bar?

6  A    Yes.  We were there for a short time talking, and

7  there was not much going on there.  Jason and Snuff

8  suggested there was a bar across the street and we

9  could go over there, so we went over to the Hard Times

10 Cafe.

11 Q    Now this is still the evening of November 20th?

12 A    Yes, sir.

13 Q    Do you recall what time in the evening?

14 A    It was -- we had gotten in in the early evening

15 hours.  I don't recall the exact time that we arrived

16 at Bates.  We had been there maybe an hour, hour and a

17 half maybe.  I'm not sure the exact time.  And then we

18 had moved across the street.  It was probably 8:00.

19 Q    Now, who -- when you go across the street to the

20 Hard Times, how many people are there in your group?

21 A    There is myself and Special Agent Ozbolt.  There

22 is Mark Jason Fiel, Mark Steven Fiel, and

23 Christopher Timbers.

24 Q    So there's five of you?

25 A    Yes, sir.

1  Q    And can you describe what each of you were

2  wearing?

3  A    We were wearing -- I believe we were wearing our

4  Mongol -- either our actual vests, or a t-shirt.  And

5  Jason and Snuff were wearing their Outlaw patches,

6  their Outlaw vests, and Jason was wearing a

7  probationary Outlaw patch.

8  Q    These are similar to the black vests we've seen

9  previously today with patches on them?

10 A    Yes.  Jason and Snuff's were the Outlaws with the

11 center patch with the word *Virginia* on the bottom,

12 similar markings on the front with the 1%er patch and

13 AOA, and some other pins and patches.

14      And then Mr. Timbers' vest is just a one piece

15 patch on the back that just says *Probationary Outlaw*

16 on the back.

17 Q    So all of you were wearing at least some indicia

18 of belong to a motorcycle club?

19 A    Yes, sir.

20 Q    Now, what do you do once you get into Hard Times?

21 A    We sit at a table near the bar.  We're sitting at

22 the table continuing to talk about the patch over and

23 how it could possibly work.  Talking about the

24 different issues going on.  We talked about the

25 Dinwiddie Drags some.  There was different

1   conversations related to motorcycle gangs.

2   Q    Did there come a time when someone walked over or

3   joined your group?

4   A    Yes, sir.  At one point not long after we'd got

5   there, we'd been there maybe a half hour to an hour, we

6   were sitting at the table and myself and Agent Ozbolt

7   and Mark Steven Fiel were sort of to the rear of the

8   table.  It was like two tables pushed together.  And we

9   were sort at the back right side of the table away from

10  the front door, and Jason and Alibi were at the front

11  of the table.

12  Q    When you say *Alibi,*" are you referring to

13  Mr. Timbers?

14  A    Excuse me.  Yes, sir.  Christopher Timbers.  I'm

15  sorry.

16  Q    And now there's another individual approaching?

17  A    Yes.  A black male, later known to me as Clifford

18  Diggs, approached Jason Fiel.  He was being motioned

19  over by Jason Fiel.

20  Q    Now at the time, does Mr. Diggs walk over to

21  Mr. Fiel?

22  A    Yes, sir.  He comes over.

23  Q    And can you describe, was Mr. Fiel standing at the

24  time?

25  A    Yes, he was standing at the time at the front of

1   the table.  Christopher Timbers was on his right-hand

2   side.

3   Q    Was Mr. Timbers standing also?

4   A    Yes, he was.

5   Q    And I take it Mr. Diggs when he walked over, did

6   he continue standing?

7   A    Yes, sir.

8   Q    All right.  Now, is Mr. Diggs and Mr. Fiel facing

9   each other?

10  A    Yes.  Jason is at the front of the table directly

11  facing Mr. Diggs as he walks up.

12  Q    And where -- and you were seated to the side?

13  A    Behind them.  Behind them talking with Snuff.

14  Q    And how many feet away are you at the time that

15  Mr. Diggs walks over?

16  A    Approximately four to five feet, I guess.

17  Q    And can you hear what, if any, conversation is

18  going on between Jason Fiel and Mr. Diggs?

19  A    Yes, I hear Jason Fiel talking about getting a

20  cigarette lit from Mr. Diggs.  I believe he was asking

21  Mr. Diggs for a light, or back and forth with that, and

22  then he started asking Mr. Diggs if he was *"eye*

23  *fucking"* him and his friend.

24  Q    He used that phrase?

25  A    Yes.

1  Q      What does that mean, if you know?

2  A      Just glaring at him in a challenging

3  confrontational manner.

4  Q      Did Mr. Diggs respond to that?

5  A      Yes.  He said he wasn't.  He said he just came

6  into the bar.  He wasn't doing anything.

7  Q      Now at this time, can you just describe what

8  happens from that point on?

9  A      Jason Fiel was confronting him, accusing him of

10 that, of staring at them and having a problem with

11 Christopher Timbers.  All at once out of nowhere, Jason

12 threw a punch and hit the guy in the face.

13 Q      Jason threw the punch?

14 A      Jason threw the first punch.

15 Q      Did you see that?

16 A      Yes, sir.

17 Q      This is from where you're seated four feet away?

18 A      Yes.  I was directly behind him.  And I saw him

19 hit the guy.  The guy was completely defenseless.  He

20 had his hands on his side.  Probably one of the fastest

21 punches I've ever seen anybody throw.

22 Q      Do you remember whether Jason threw a punch with

23 his left hand or his right hand?

24 A      Threw it with his right hand.

25 Q      At the time of this punch, where was Mr. Timbers?

1  A     Directly to his right.

2  Q     And can you describe what happens to Mr. Diggs at

3  this point?

4  A     Mr. Diggs goes flying into the side of the bar.

5  The side of the bar was to our left with stools.

6  Mr. Diggs, by the blow of the punch, is forced into the

7  side of the bar.  The stools go knocking.  And as he's

8  starting to get back up, he's not yet in an upright

9  position, Jason -- I mean, excuse me, Christopher

10 Timbers comes from the right and hits him again in the

11 side of the face.

12 Q     And what happens to Mr. Diggs at that time?

13 A     He then goes down again to the floor.

14 Q     Now, the two punches that you just described, are

15 those the only two punches that you witnessed?

16 A     Yes, sir.

17 Q     And Mr. Diggs, was he able to get himself up?

18 A     He gets up.  He's staggering at that point.

19 People are coming over.  We're all standing up and

20 realized what had just happened because it happened so

21 fast.  And Mr. Diggs leaves the bar.

22 Q     Now, does there come a time when the police

23 arrived?

24 A     Yes.  A short time later, not long afterwards, we

25 all come back to the table and we're talking.  The

1  police arrived.  They end up taking Mr. Timbers

2  outside.  Jason and Christopher Timbers leave, and I go

3  outside and speak with the police.

4  Q    Now, you've described what they're wearing.  Does

5  there come of time when Timbers takes off his vest?

6  A    Yes.  Prior to walking outside, he took off his

7  Outlaws' probationary patch.  He didn't want to go

8  outside with the police with it on.

9  Q    And where does he leave it?

10 A    He leaves it on the chair at the bar.  Snuff ends

11 up asking Agent Ozbolt to watch the patch.  Mr. Timbers

12 stays outside.  I'm there with Snuff.  Jason comes back

13 in.  They riffle through the pockets.  Jason says he

14 needs to find Alibi -- or excuse me, Christopher

15 Timbers' pipe.  He had a marijuana smoking pipe.  He

16 said he needed to find that.

17       And as he's going through the pockets, he finds

18 that and a pair of brass knuckles.  Agent Ozbolt offers

19 to hold them for them, and he takes the brass knuckles

20 and the marijuana pipe and puts it down in his sock.

21 Q    Did you see the brass knuckles and the marijuana

22 pipe?

23 A    Yes, I did.

24 Q    You saw them come out of Timbers' vest?

25 A    I saw them as Agent Ozbolt was putting them into

1  it, and I heard the conversation.

2  Q    What are brass knuckles for, for those of you who

3  may not be familiar with it?

4  A    It's a piece of metal that fits over your fingers

5  and has another bar that would sort of fit on your hand

6  that when you use it to hit somebody, it forms a metal

7  bar across the front of your knuckles.  It exaggerates

8  or promotes the blow as you're striking something.

9  Q    Do you know whether or not Mr. Timbers used the

10  brass knuckles in his punch?

11  A    I don't know if he did or not that night.

12  Q    Let me show you what's been introduced as

13  Government's Exhibit 612-A just very quickly.  Do you

14  recognize that person in that photo?

15  A    Yes.  That's Mr. Diggs.

16  Q    The man you saw involved in the altercation?

17  A    Yes, sir.

18      MR. DUFFEY:  Thank you.

19  Q    Now, you testified that Jason Fiel and Chris

20  Timbers go outside.  Do you go outside with them or

21  stay inside?

22  A    At one point I go outside.  Yes, sir.

23  Q    What happens once you go outside?

24  A    There's conversation.  I'm with Mark Steven Fiel

25  at the time.  Mark Steven Fiel, Snuff, is telling the

1  police that they need to go talk to other witnesses,

2  trying to accuse Mr. Diggs of swinging first on them,

3  which is not true.

4  Q    Let's just be clear.  You witnessed the entire

5  incident?

6  A    Yes, sir.

7  Q    From four feet away?

8  A    Yes, sir.

9  Q    Did you ever see Mr. Diggs make a threatening

10 motion towards Jason Fiel?

11 A    Mr. Diggs never even raised his hands up.

12 Q    And so did you witness Snuff, Mark Steven Fiel,

13 talking to these other witnesses?

14 A    Yes.  He had approached some people in the bar

15 saying they need to go outside and tell the police that

16 they saw the -- Mr. Diggs swing first.  He told them to

17 go outside and falsely tell the police they'd seen

18 that.

19      One of the individuals, a white male, ended up

20 going outside and we had him -- I observed him speaking

21 with the police officer, but I don't know what was

22 said.

23 Q    And how do you know that Snuff was telling them to

24 say that Mr. Diggs swung first?

25 A    Because I was standing next to him.

1   Q     You heard him say it?

2   A     Yes, sir.

3   Q     And how many different people did he tell that to?

4   A     There were a group of people standing there that

5   were with that individual, and he was talking to all of

6   them, and then he told the police that there were other

7   witnesses that were leaving that had seen it.

8   Q     So in essence, is he kind of working both sides?

9   He's talking to the police and directing them to

10  witnesses, and meanwhile he's also talking to

11  witnesses?

12  A     Yes, sir.

13  Q     Did there come a time when one of the employees of

14  Hard Times approaches you?

15  A     Yes.  One of the bouncers ended up approaching us

16  after the fight, and actually picked up -- Mr. Diggs

17  had on some type of ball cap, and he picked it up and

18  gave it to us and said, *"Hey, here's for you guys for a*

19  *souvenir"*, and he gave it to Jason.  Then later he

20  ended up coming in, providing me with a piece of paper

21  with Mr. Diggs' license plate number on it, and said he

22  wanted to give it to us.

23  Q     This is an employee of Hard Times?

24  A     Yes, sir.

25  Q     Do you even know who this person was?

1   A    I just know he was one of the bouncers there.

2   Q    Is that all he said to you, just provided you that

3   piece of paper with the license number?

4   A    That's all I recall.

5   Q    Now, what happens later in the evening?  Do you

6   end up leaving the Hard Times?

7   A    We end up leaving the Hard Times.  Jason and Snuff

8   were still there.  Christopher Timbers had been

9   arrested by the police for the assault.  We stayed

10  there for a little while longer, and then we left to

11  depart.

12  Q    Now, did there come a time after that that you

13  meet again with Jason Fiel?

14  A    Yes.  On December the 14th, myself and Agent

15  Ozbolt attend a coalition meeting, a coalition of clubs

16  meeting, held at Bubba's Restaurant and Bar outside of

17  Richmond, Virginia.

18  Q    Is that what is commonly known as a COC meeting?

19  A    Yes, sir.

20  Q    What is the COC?

21  A    COC is a collection of clubs that -- you have to

22  belong to attend the meeting, and it's all different

23  clubs.  All clubs except for there are no law

24  enforcement clubs allowed.  They talk about

25  different -- different things dealing with the biker

1    world starting with, you know, whether people can be

2    let in bars with colors, helmet laws, different things

3    like that.  And it's a networking tool that you get to

4    use to meet other bikers.

5    Q    Did you attend one such meeting on December 14th?

6    A    Yes, I did.

7    Q    Who else was there with you?

8    A    I was with Special Agent Ozbolt.  And prior to the

9    meeting we met up with Mark Jason Fiel, Mark Steven

10   Fiel, Brett Longendyke, and Christopher Timbers, and

11   rode to the event together.

12   Q    Now, at this point you're still a Mongol?

13   A    At this point we're still Mongols, but we're

14   starting to heavily associate with the Outlaws.

15   Q    Now, were they -- did they show up as Outlaws,

16   meaning were they wearing their colors?

17   A    Yes, they were.

18   Q    And what happens at this meeting?  Do you have

19   your own discussions with Jason Fiel and his father?

20   A    Yes.  We're standing at the table with Snuff, Mark

21   Jason Fiel, Mark Steven Fiel, and Christopher Timbers.

22   We're talking at the table, and the issue of the fight

23   comes up.

24   Q    You say *"the fight."*  You're referring to the

25   Fredericksburg Hard Times fight?

1  A     Yes, in relation to that assault comes up.  And

2  while we're sitting there talking about it, Mark Steven

3  Fiel states that he would like for Agent Ozbolt and

4  myself to testify falsely on their behalf saying --

5  since we were wearing a different patch, to say that we

6  were sitting at a different table and say we saw

7  Mr. Diggs swing first.

8  Q   I take it he didn't say I want you to testify

9  falsely.  What exactly did he tell you to do?

10 A     He said, I'd like to see if you guys would go into

11 court and say that you were sitting at a different

12 table and that you saw Mr. Diggs swing first, or the

13 black male swing first.

14 Q   So those are two things that he asked.  Are either

15 one of those true, just to be clear?

16 A     Neither one were true.

17 Q   Over the course of this evening, was there more

18 drug use at this meeting?

19 A     I was told by Jason Fiel, he said he'd been up all

20 night partying.  That he needed to get straight.  He

21 ended up going -- he saw a girl that was with a club

22 called the Surly Wenches, which is a female motorcycle

23 club that's associated with the Pagans Motorcycle Club.

24 He saw a girl from that that he said he had gotten

25 cocaine from in the past.  He went and met with her,

1  and came back and said that he'd gotten cocaine from

2  her and gotten straight.

3  Q    So Jason told you that directly?

4  A    Yes.

5  Q    Previously you mentioned January 1st as being a

6  time when you had another meeting where it was resolved

7  that you were going to become an Outlaw?

8  A    Yes, sir.

9  Q    Where did this meeting take place?

10 A    It was actually on December 31, 2008.  It was in

11 Indianapolis, Indiana.

12 Q    How did you come to go to Indianapolis?

13 A    We had talked to Snuff and to Mark Steven Fiel and

14 to Les Werth, and they had arranged for us to have a

15 meeting with Jack Rosga, the national boss of the

16 Outlaws.

17 Q    Again, Les Werth at the time was the regional

18 boss?

19 A    Yes, sir.  He was the copper region boss.

20 Q    And did you talk -- who did you specifically talk

21 to prior to going to Indianapolis?

22 A    Les Werth and Snuff.

23 Q    And so did you ride with them out there, or did

24 you go there separately?

25 A    Agent Ozbolt and I rode separately.  We first went

1  to Columbus, Ohio because part of his background story

2  was that he was from Columbus, Ohio, and we had a

3  covert location set up there with the subject that was

4  posing as his brother in a residence.  And we met with

5  Mark Steven Fiel, Brett Longendyke, and they had a

6  probate with them by the name John Hafferman, John Boy.

7  And we met with them there at the cooperating witness'

8  residence posing as Agent Ozbolt's brother.

9  Q    Why did you feel the need to do that?

10 A    To lay down more history and background with

11 family, and tried to show them that we had introduced

12 them to our family and that they had met them.

13 Q    Now, I take it from that point you go to

14 Indianapolis?

15 A    Yes, sir.

16 Q    And can you describe what happens once you get

17 there.

18 A    We travel in separate vehicles to Indianapolis.

19 We arrive at the Outlaws' clubhouse in Indianapolis,

20 Indiana.  After a short time being there, we're told to

21 go into a small room outside the bar.  The first thing

22 they do is take our cell phones and put them in a

23 basket.  That don't want any cell phones inside the

24 room.  And we're introduced to Jack Rosga, the national

25 boss of the Outlaws.

1   Q     Did they tell you or do you know why they would

2   have taken your cell phone away from you?

3   A     At that point, we had a lot of discussions about

4   it, but I knew they were paranoid about police being

5   about to listen in through the cell phones on your

6   conversations.

7   Q     In any event, they removed your cell phones?

8   A     Everybody's cell phone from the room.

9   Q     And then so I take you do go back into a room with

10  Jack Rosga?

11  A     Yes.  It's myself, Agent Ozbolt, Jack Rosga, Les

12  Werth, Mark Steven Fiel, and Michael Mariaca.

13  Q     And again, Michael Mariaca is a member of the

14  copper region Outlaws?

15  A     Yes.  He's president of the Rock Hill, South

16  Carolina chapter.

17        MS. WHITLEY:  Judge, if I may make a motion.  I

18  keep hearing Mark Steven Fiel and Mark Jason Fiel.  I'm

19  concerned about confusion.  I'd ask that if it's

20  possible to refer to Mark Steven Fiel as Snuff so that

21  there's not a risk of confusion.

22        THE COURT:  I think the agent is trying to do

23  that.  If you have any questions about it, you can

24  follow-up with cross-examination.

25        Go right ahead.

1  Q      Well, we'll go back over it.  Snuff is in the

2  room?

3  A      Yes.

4  Q      That's Jason Fiel's father?

5  A      Yes.  Mark Steven Fiel is Snuff.  Michael Mariaca,

6  who's president of the Rock Hill, South Carolina

7  chapter; Les Werth, who's the boss of the copper

8  region; Jack Rosga, the national boss of the Outlaws;

9  myself; and Agent Anderson.

10  Q      And what do you talk about once you're back in

11  that room?

12  A      When we go back in there, we're introduced to Jack

13  Rosga.  We begin to talk to him.  He makes it plain

14  right off the bat that he has a very vast knowledge of

15  the Mongols.  That he had met with the national boss of

16  the Mongols in the past.

17  Q      This is the first time you met Jack Rosga?

18  A      Yes, sir.  And he's telling us that he knew all

19  about the case that had gone down on the west coast

20  where all the people had been arrested, and that they

21  had had -- at that point, they had had at least five

22  undercover agents infiltrate the Mongols on the west

23  coast, and he was very concerned about the Mongols

24  having more police in them, undercover agents.

25  Q      Was he concerned specifically about you?

1  A    Yes, he was specifically concerned about Agent

2  Ozbolt and myself.  He asked us additional questions

3  about where we were from, our families, how long we had

4  been in the Mongols, if we had prospected with the

5  Mongols.  And we went through the whole storyline of

6  telling him how long we had prospected with them and

7  going back and forth to California, and our family

8  backgrounds.

9  Q    Did Les Werth, the regional boss, chime in at that

10  point?

11  A    Yes, Les Werth and Snuff both chimed in.  Snuff

12  told him he had met our families, had met Agent

13  Ozbolt's brother, and actually stopped there on the way

14  up and that he had known us -- Snuff told Jack that he

15  had known us for a considerable amount of time, and

16  they continued to talk about possibly being a

17  prospective chapter.  Les Werth brought it up.

18  Q    And was anything resolved at this meeting?

19  A    Jack Rosga -- excuse me.  I'm getting over a cold.

20      Jack Rosga stated that he would allow us to patch

21  in with the Outlaws, but we would have to go through a

22  prospective phase.  And that we would work out the

23  details with Les and Snuff on how that would actually

24  take place in the copper region.  But he approved it.

25  Q    But I take it going through a prospective phase is

1  different from patching over patch to patch as you

2  described earlier?

3  A     Correct.  We now would have to do prospective and

4  probationary duties with the Outlaws.

5  Q     Now at this time, so we're clear, in the Outlaws'

6  organization, Jack Rosga held what position?

7  A     The national boss.

8  Q     And Les was the regional boss?

9  A     Of the copper region.

10  Q     At that time, was there a regional vice president?

11  A     At that time it was Harry Rhyne McCall.

12  Q     That's one of the defendants seated at counsel

13  table there?

14  A     Yes, sir.

15  Q     And Snuff is present.  What office or position, if

16  any, did Snuff hold?

17  A     At that time, he was the president of the Manassas

18  chapter.  The Shenandoah/Manassas chapter.

19  Q     And you mentioned Michael Mariaca was there.  Did

20  he hold any kind of position at that time?

21  A     He was the boss or the president of the Rock Hill,

22  South Carolina chapter.

23  Q     Now, this idea that you had to prospect and/or

24  probate before you became full members, can you briefly

25  describe what that means?

1  A    If you're prospective, what that means is you

2  actually get a different patch than what a probationary

3  Outlaw does.  If you come from another established

4  club, sometimes some of the Black Pistons get to be

5  prospective, other times you come from an established

6  club, especially like us coming from the Mongols 1%er

7  club, you're basically given a top rocker that says

8  *"Outlaws."*  You're given a bottom rocker that denotes

9  the state that you're in.  Ours was Virginia.  You're

10 given a AOA like the AOA patch that I showed you

11 earlier, and it has *"prospective"* on the bottom of it

12 that you wear on the left side.

13 Q    But you don't have the centerpiece with the skull

14 and the cross pistons?

15 A    Correct.  You don't have the centerpiece with the

16 skull and the pistons, you don't have the MC tab, and

17 you don't have the 1%er diamond, the Outlaws 1%er

18 diamond.

19 Q    Aside from what you get to wear, are your duties

20 different from being a full-patched member?

21 A    You're given a little bit more respect from the

22 members.  With us, there was some clout because we had

23 come in from the Mongols, and everybody was a little

24 bit suspicious because of the prior law enforcement

25 infiltration.  You're give a little bit more respect,

1  but you still have to do the same duties such as a

2  probationary Outlaw would.

3  Q    So when you say *"more respect,"* you're talking

4  more respect than being a probate?

5  A    Correct.  Because we had been a 1%er before.

6  Q    But then what are your duties as being less than a

7  full-fledged member?

8  A    As being a prospective or probationary Outlaw, you

9  have to do guard duties.  You have to tend bar.  You

10 have to run errands.  You're basically at the mercy of

11 a full-patched Outlaw.  What they tell you to do you

12 need to do.

13 Q    And were you told following this meeting how long

14 you were going to have to be a prospective member?

15 A    We were initially told that it would take at least

16 three months.

17 Q    Is that what happened?

18 A    No.  It ended up taking six months.

19 Q    Once you leave this meeting, do you then begin

20 plans to become members of the Outlaws?

21 A    Yeah.  We finished meeting with Jack Rosga,

22 Milwaukee Jack.  We stayed at the clubhouse for just a

23 short time later.  We go back to our hotel.  We meet

24 with Snuff the next morning, Mark Steven Fiel.  We meet

25 with him the next morning at the hotel with John

1   Hafferman, John Boy, the probate member from Virginia.

2   While we're having breakfast with him, we're talking to

3   him about again trying to figure out how we would be

4   prospective.

5        The previous night it was agreed with Jack that if

6   we decided we were going to do it, which we decided we

7   would, and we told him that that night, he wanted us to

8   leave the Mongols in good standing.  So we had to

9   contact the Mongols and make sure we left the club in

10  good standing there.

11  Q    And you agreed to do that?

12  A    Yes, sir.

13  Q    No reason why you wouldn't?

14  A    Well, at that point we agreed to it.  We still

15  hadn't gotten final approval from our management to

16  actually do the patch over or switch to try and become

17  Outlaws.  That didn't come until a few days later.  But

18  we met with them that morning on January 1.

19       While we're talking to them, the subject of the

20  Cockades -- or, excuse me, the Fredericksburg Hard

21  Times assault came up.  We talked briefly about that

22  with Snuff, Mark Steven Fiel.  He relayed another

23  incident that they'd been involved in.  He said one

24  time when he was out with Jason and they were out in a

25  club, they were at the clubhouse bar in Manassas,

1  Virginia, and on that occasion Jason had been talking

2  to a female, and her companion came up and told Jason

3  he didn't care who he was, referring to the Outlaws, to

4  stop talking to his girlfriend.

5       As the guy walked by and went to the bathroom, he

6  went in and came out, and Snuff said he hit the guy and

7  dropped him to the ground.

8  Q    Did he indicate why he would have hit him?

9  A    Because he was talking with Jason and he had

10 disrespected the Outlaws.  He said as he started to get

11 up, Jason came over and hit the guy again as he dropped

12 him.

13 Q    Did he explain to you the purpose of these kind of

14 fights?

15 A    It wasn't explained then.  It became clear later

16 as we talked to different Outlaws it's about

17 establishing territory.  You're going in -- at the

18 first fight, like in Fredericksburg, we were there

19 being recruited by the Outlaws, and they were also in

20 the process of trying to establish dominance in

21 Fredericksburg.  That's why we were meeting there.  It

22 was halfway between --

23      MR. AMIRSHAHI:  Judge, I'm going to respectfully

24 object to his characterization and conclusion about why

25 a fight occurred in Fredericksburg, and why this other

1  incident, which apparently involved a female as I

2  understand it, occurred.

3       THE COURT:  Okay.

4       Mr. Duffey, I think before the agent draws a

5  conclusion, you're going to have lay some factual

6  foundation.  I will sustain the objection based upon

7  the record before me right now.

8  Q    Well, let's back up about the Hard Times.  Prior

9  to going -- or when you went to the Hard Times bar, was

10 there any indication as to why Fredericksburg was

11 chosen as a meeting place?

12 A    Because the Outlaws were trying to establish and

13 get a chapter going there.

14 Q    And that was told to you prior to the meeting or

15 afterwards?

16 A    No, it was told during it by Mark Steven Fiel and

17 Mark Jason Fiel.

18 Q    And this other bar fight that Snuff recounts for

19 you, it did involve a female, is that right?

20 A    Yes, sir.

21 Q    Did he tell you where this happened?

22 A    In an area they controlled in Manassas, Virginia

23 where their chapter was based out of.

24 Q    And did he explain in any kind of terms why it was

25 important to him to show some kind of force or to show

1  his reputation at this bar?

2  A    We had talked during the course of time with Mark

3  Steven Fiel and other Outlaws stating that you have to

4  establish your dominance --

5      MS. WHITLEY:   Judge, I'd object as nonresponsive.

6  I believe the question was did Mark Steven Fiel, Snuff,

7  explain to you why the fight occurred, and the agent

8  again is saying later he talked to other people.

9      THE COURT:   Objection sustained.  Why don't you go

10 back and rephrase your question and start again on this

11 to make sure that you're on track.

12 Q    Did Snuff explain to you when he was recounting

13 the story why it was important to him to establish a

14 reputation in a bar?

15 A    Not at that time.

16 Q    All right.  Did he explain it to you at anytime

17 later?

18 A    Yes, he did.

19 Q    What did he explain to you?

20 A    He explained to us that we needed to establish our

21 dominance in an area in order to control the territory.

22 He was talking to us about going up to Fredericksburg

23 because when we became prospective Outlaws, he would

24 have to go up there and meet them in Fredericksburg to

25 start establishing our territory to get and start

1  selling our support gear there.  We were made to go up

2  and work the bike nights up there selling support gear

3  so you can get the Outlaws name out there and start

4  controlling the area.

5  Q    Subsequent to that, was there more talk about any

6  background checks on you?  I mean, you talked about

7  going to Agent Ozbolt brother's house, and things like

8  that.

9  A    Yes.  On January 1st before we left Indianapolis,

10 talking with Mark Steven Fiel, he told us that Jack

11 Rosga was still nervous and leary about us possibly

12 coming over from the Mongols as being undercover cops.

13 He told Snuff that he would approve it, but Mark Steven

14 Fiel, Snuff, had to do a background check on us.  He

15 asked me for information, and told me I had to give it

16 to him.

17 Q    What kind of information did they ask for?

18 A    On January 3rd, I provided him through e-mail a

19 list of my names, date of birth, Social Security

20 number, my parent's names, where my parents lived, if

21 they were living, deceased, brothers, sisters, former

22 addresses, former employers.

23 Q    I take it these are part of your fictitious names?

24 A    Yes, they'd been set up for myself and Agent

25 Ozbolt.

1  Q    So you don't just make them up and hand them over

2  to them?  That's part of a plan?

3  A    We had things formalized and set up in order to

4  backstop our identities.

5  Q    Do you know whether or not that Snuff, or anyone

6  with the Outlaws' organization, actually checked up on

7  this information?

8  A    I know that Mark Steven Fiel, Snuff, checked up on

9  some of it because he called me and had actually told

10 me some other places where I had lived based on an

11 Internet search that he had done.  He found other

12 places and said, *"Have you ever lived here?"*

13      And I said, *"Yes."*

14 Q    Now, that Internet search, I take it, was done on

15 the fictitious name and background that you had given

16 him?

17 A    Yes, sir.

18 Q    Was that consistent with what you had set up?

19 A    Yes, sir, it was.

20 Q    Did there come a time when you went to a funeral

21 shortly thereafter?

22 A    Yes.  On January the 4th, 2009, I received a call

23 from Les Werth stating that an Outlaw by the name of

24 Stairway Harry had died, and they were going to have a

25 funeral for him in Dayton, Ohio, and thought it would

1  be good if we would go to the funeral to show that we

2  really wanted to patch over and become Outlaws.

3  Q    And can you describe just briefly on -- why it was

4  important for you to go to a funeral of an Outlaw that

5  you didn't know.

6  A    This one in particular was important because he

7  was the former national boss of the Outlaws.

8  Q    Is a funeral of an Outlaw an important event –

9  A    Yes.

10 Q    – in the Outlaws' organization?

11 A    Yes, it is very sacred to them.  They have a large

12 showing from all over the country.  Outlaws come from

13 all over when they say a *"brother"* dies.  They have a

14 large contingency show up for the funeral.

15 Q    Did you in fact go to this funeral in Dayton?

16 A    Yes, we did, myself and Agent Ozbolt.

17 Q    When did that happen?

18 A    January 10, 2009.

19 Q    And who else was there when you went to this

20 funeral?

21 A    Myself and Agent Ozbolt ended up meeting up with

22 Mark Steven Fiel, Snuff, Mark Jason Fiel, and Lyle

23 Beatty, from Virginia.  Les Werth was also there, Jack

24 Rosga was there, and other Outlaws.

25 Q    And did you have much contact with Jack Rosga at

1  this funeral?

2  A    I just said hello to him, shook his hand, and

3  talked, and he said he was glad we were there.  And

4  then we just mingled in the crowd in the same general

5  vicinity.

6  Q    Did you have more discussion with Snuff and Jason

7  about your continued involvement in the Outlaws'

8  organization?

9  A    We did.  We talked with Mark Jason Fiel and Mark

10 Steven Fiel about continuing.  Jason told us that he

11 had been talking to people, and that he had it all

12 worked out that we would become prospective, or if we

13 didn't have enough members because you had to have five

14 to form your chapter, we would be probationary members

15 under his chapter.

16 Q    Was there anymore talk about background checks or

17 any issues that might arise with you becoming members?

18 A    Mark Steven Fiel, Snuff, stated that he had talked

19 to Jack Rosga and said there was still concerns there.

20 He said they were still checking us out at that time.

21 Q    During the course of this event, was there more

22 drug use in your presence?

23 A    There were individuals openly smoking marijuana

24 inside the clubhouse.

25 Q    And you say *"inside the clubhouse."*  Is that where

1  the funerals actually take place?

2  A    Yes.  The body of the deceased, Stairway Harry,

3  was in the clubhouse in a coffin, and they were

4  partying around the coffin.

5  Q    And you saw open -- what type of drug use did you

6  see?

7  A    Inside the clubhouse it was marijuana.  Later as

8  we were driving to the gravesite, we got into a vehicle

9  with Mark Steven Fiel and Mark Jason Fiel.  Snuff was

10 driving; Jason was in the front passenger seat; I was

11 directly behind Snuff.  Butchie, Lyle Beatty, was in

12 between us.  He just had knee surgery so he was at an

13 angle.  And Special Agent Ozbolt was to my right.

14     Jason Fiel brought out a mirror or a CD case and

15 began crushing up an Oxycontin pill and dividing it

16 into lines, snorted one of the lines, and handed it

17 back to us.

18 Q    The open marijuana use at the party, do you know

19 whether or not Jack Rosga was present for that?

20 A    At one point he was present.  We were inside the

21 clubhouse and people were smoking marijuana, yes, sir.

22 Q    Were you in a position to tell whether or not Jack

23 would have seen this drug use?

24 A    You could see people smoking it openly.  I don't

25 know how he could have missed it, but I can't say for

1  sure that he saw it, but it was very apparent.

2  Q    Shortly thereafter, or following in January of

3  '09, did something happen that -- or did you become

4  actual prospective members of the Outlaws?

5  A    Yes.  That was January 10th.  On January 17th, we

6  were invited by Les Werth and Mark Steven Fiel to

7  attend a party held in Lexington, North Carolina.  We

8  were told we were going to talk some more about

9  patching over and figuring out what to do.  We had

10 called -- I had called the national president of the

11 Mongols earlier on or about January 15th and turned in

12 my patch and stated that I was leaving the club and

13 informed the Mongols that I'd be attempting to join the

14 Outlaws.

15 Q    What was in Lexington that would have brought you

16 down there for the Outlaws?

17 A    We went down.  There was a chapter of the Outlaws

18 from the copper region in Lexington.  We showed up

19 there at the clubhouse.  We were at the clubhouse, we

20 met.  Other than September 20th at the Dinwiddie Drags

21 and the funeral, that was one of the times we were

22 around a lot of the copper region Outlaws.  We were

23 talking to them for a while at the clubhouse, and then

24 all the patched members of the Outlaws left the

25 clubhouse with the exception of one that was there that

1  was on probation and not supposed to be associating, so

2  he didn't go with the large group.  He stayed at the

3  clubhouse with us.

4  Q    So this is an actual building that they used for

5  meetings for that particular chapter?

6  A    Yes.  It was a house that they had converted into

7  a clubhouse.  It had a bar built into it with

8  bunkrooms, and different rooms.

9  Q    Let me show you one quick picture of 578.  If you

10  can just identify that.

11  A    This was the second clubhouse.  This is one that

12  we were in the clubhouse and all the patched Outlaws

13  left.  We were there with the one Outlaw --

14  Q    Let me stop you real quick so we can let the jury

15  see this.  Is this a fair and accurate picture of the

16  Lexington clubhouse?

17  A    Yes.

18      THE COURT:  Any objection to 578?

19      MS. CARDWELL:  No, sir.

20      THE COURT:  It will be received.

21      You may publish it.

22      MR. DUFFEY:  Thank you, Judge.

23  A    When we were in the old Lexington clubhouse, all

24  the patched members left.  It was just myself, Agent

25  Ozbolt, and William Davey, an individual known as

1   Rebel.  He was a probationary member of the club.  We

2   are in the bar area, and we're just by ourselves with

3   him.  We're probably there for about an hour.  Quite a

4   bit of time.  And then there was a phone call, and the

5   patched Outlaw that was there, Big Jeff, said, *"Hey,*

6   *you guys need to leave and go down to the other house."*

7   Q    And I take it you did that?

8   A    Yes, we left.  And the house that was on the

9   screen, we ended up going back to that house.  And we

10  entered through -- we traveled there with William

11  Davey, Rebel, in our vehicle.  We park.  There's a

12  bunch of cars outside.  And it's sort of a state of

13  disarray.

14       We enter through the door over here, which is

15  actually the main door that they used, and we walked

16  into that room.  And there was heavy plastic, Visqueen

17  type stuff around, and there were like construction

18  lights.  And we were told to wait there.  An Outlaw by

19  the name of Johnny Cranor came in and had a gun on, and

20  said that Rebel needed to go into the other room.  We

21  didn't know what was going on at that point.  We were

22  worried that we could have possibly been compromised.

23       I had done some other cases in the past that had

24  us concerned that my picture was floating around out

25  there, and that we were concerned that the Outlaws

1  would find out who I was.

2  Q    Were you in fact compromised that night?

3  A    At that point we don't know, but we later found

4  out we were not.

5  Q    So then what was the purpose of going into this

6  building?

7  A    We were in the room.  We heard -- William Davey,

8  Rebel, went into the room.  We heard a lot of yelling

9  and hollering, and then it got quiet, and then we were

10 called in.

11        We walked in, and there was a semi-circle, or a

12 circle formed, and Les and Snuff were in the middle of

13 the circle.  We were brought into the middle of the

14 circle to talk about if we really wanted to be Outlaws,

15 and then told that the copper region had voted us in as

16 a prospective chapter.  And we were told we had until

17 March 1st in order to get a clubhouse up and running.

18 And we were told that we had 30 days in order to get

19 five members to be a prospective chapter or we would

20 have to be probationary members under Snuff's chapter.

21 Q    And had you not been able to get five members

22 being a probationary chapter under Snuff's membership,

23 what would that have entitled?

24 A    Their chapter was based out of the

25 Manassas/Shenandoah Valley area.  We would have had to

1  travel out there at least once a week for church, and

2  been out there for different functions which would have

3  been a real problem for me because several years

4  earlier in 2002 and in the -- at the end of 2001

5  through 2003, I had been involved and infiltrated the

6  Warlocks Motorcycle Club over there in that area, and

7  had became a full-patched member of that club.  My

8  picture had been put out on the Internet.  I was known

9  in that community with a little bit different look, but

10 we were still worried that I could be compromised.

11 Q    Well, you then wanted to stay in Petersburg, I

12 take it?

13 A    Yes, sir.

14 Q    Did Snuff and Jason, or the other members of the

15 Outlaws, also want you in Petersburg?

16 A    Yes, they wanted us to establish a clubhouse there

17 in order to get a foothold in Petersburg to keep the

18 Hells Angels out.  We were told that they would bring

19 people in to support us, and would come in to help make

20 our chapter look bigger, and that that would open up

21 that I-95 corridor.  And it's actually where I-85

22 connects taking you down to the chapters in Charlotte.

23 Q    So you're now a prospective chapter.  Can you

24 describe slowly what you had to do to get that up and

25 running?

1  A    Well to begin with, at the time all we had was

2  myself, Agent Ozbolt, and a confidential source that

3  had been unrelated, and we ended up having him come in

4  and work with us.  We ended up needing to still find

5  two more people to help.  We went through the ATF

6  undercover branch and ended up being introduced to

7  Special Agent Anderson, who ended up coming in with us.

8  And then we also brought in another confidential

9  source, so we had our five people.

10     At the same time, we had one individual that he

11  had become associated with in the local community,

12  Steven Stratton, who stated he would like to try and

13  become an Outlaw with us.  And he ended up joining up

14  with us originally as one of the prospective members.

15  Q    Was he involved in law enforcement in any way?

16  A    No, he was not.  He was an unwitting citizen.

17  Q    So he didn't know about your background?

18  A    No.  He just wanted to be an Outlaw.

19  Q    So you did in fact set up a chapter in Petersburg?

20  A    We did set up a chapter in Petersburg.  Yes, sir.

21  Q    Just in general as you set up a prospective

22  chapter, are there rules that you have to go by?

23  A    Yes, we had to have a clubhouse established.  We

24  had to make mandatory runs.  Basically, whenever one of

25  the patched members said they needed to go somewhere,

1  we needed to send as many of our representation as they

2  could.  We had certain national runs that we had to

3  make each year, and then regional runs.

4  Q    Did you have to provide financial support for the

5  local organization?

6  A    Yes, we had to pay taxes and dues, and then had to

7  pay an additional fee for our patch and for them to

8  complete the background investigation on us.

9  Q    First let's start with the additional fee.  What

10 was the up front fee when you first joined?

11 A    $500 per man.

12 Q    And you talked about dues.  Were there regular

13 payments that you had to make to the Outlaws?

14 A    Yes, we had to make monthly payments to the

15 Outlaws for our regular dues.

16 Q    And generally, did that fluctuate over time, or is

17 it a set amount throughout the whole time?

18 A    It fluctuated.  Sometimes there were taxes that

19 increased the amount you had to pay for different

20 things they needed more money for, and you would just

21 be told you had to pay more.

22 Q    With that aside, the dues you paid every month?

23 A    Yes, sir.

24 Q    Per man?

25 A    Yes, sir.

1  Q     Do you know how much?

2  A     I believe they were $20 per man that had to go

3  forward.

4  Q     Twenty dollars per man that was given to whom?

5  A     It was $20 per man for what we had in our chapter.

6  It was then given to the regional treasurer.  Some of

7  the money was kept in the regional bank, and then some

8  of it was shipped up to the national level.

9  Q     And this was every month?

10  A     Yes, sir.

11  Q     You talked about taxes.  What are taxes?

12  A     Taxes are monies that the club makes you pay for

13  different events.  They have -- if somebody needs legal

14  defense, you have to pay extra to assist them with

15  their legal defense if they did something on behalf of

16  the club.  We were taxed numerous times for that.  Then

17  you had funeral dues to help pay for funeral expenses

18  of Outlaws that died.

19  Q     And how would you be informed that there were new

20  taxes or new fees being charged?

21  A     It would come down from regional and the national

22  level as bosses' fees.

23  Q     They would just tell you?

24  A     Yes.

25  Q     And you had to pay?

1   A     Yes.

2   Q     How about was it ever -- were you ever informed

3   whether or not you could have actual law enforcement

4   people involved in your club?

5   A     Yeah, we were not allowed to have any law

6   enforcement people involved in our club or any support

7   clubs.

8   Q     That was specifically told to you by members of

9   the Outlaws?

10  A     Consistently.

11  Q     As a prospective member, you talked a little bit

12  about some of the duties.  As you say in general at a

13  party, what would a prospect do at an Outlaws function?

14  A     You would rotate between doing bar duty, mixing

15  drinks, keeping the bar stocked.  You could be outside

16  keeping the fire barrels going, you could be outside

17  doing guard duty in order to prevent rival clubs from

18  coming into the event or into the clubhouse, or to look

19  out for law enforcement.

20  Q     Generally speaking, at an Outlaw function would

21  you as a prospect -- could you just retire and go to

22  bed anytime you wanted?

23  A     No, you had to be told when you could take a break

24  or when you could leave your post.  A lot of the

25  occasions we were just up all night.  We didn't get a

1    chance to go to bed.

2    Q    This is throughout your prospecting time?

3    A    Yes, sir.

4    Q    You moved into 2009.  In February, did you attend

5    more COC meetings?

6    A    Yes, on February 8th, we went to another COC

7    meeting in Salem, Virginia.  At that point in time,

8    Mark Jason Fiel was there, Mark Steven Fiel was there,

9    Christopher Timbers was there, and I believe John Boy

10   may have been there on that occasion, and me, Special

11   Agent Ozbolt, and one of the CIs ended up going to that

12   meeting.

13   Q    Were you invited to go?

14   A    We had to go.  As a prospect, we're told we had to

15   go.

16   Q    So I take it you did attend the meeting with

17   Jason, and Snuff, and Timbers?

18   A    Yes, we attended.

19   Q    At that time, did Christopher Timbers talk to you

20   about carrying a firearm?

21   A    Yes, he said he carried a pistol, and he usually

22   always carried a spare magazine with him when he had

23   the firearm on him.

24   Q    So is this in February of '09?

25   A    Yes, sir.

1  Q    And was -- you said Mark Jason Fiel was present?

2  A    Yes, sir.  Mark Jason Fiel and Mark Steven Fiel

3  were both there wearing colors.

4  Q    So he was there in a capacity as an Outlaw?

5  A    Yes, sir.

6  Q    The following week, did you go back to Snuff's

7  house in northern Virginia?

8  A    Yes, we did.  February 14, 2009, we had to go

9  there to work a party being hosted at his house.  It

10 was being used as the clubhouse.

11 Q    So you were directed there to work?

12 A    Yes, sir.

13 Q    So I take it you went?

14 A    Yes, sir.

15 Q    And who else went with you?

16 A    Myself, Agent Ozbolt, both confidential

17 informants, Agent Grabman, Agent Anderson, and Steven

18 Stratton.

19 Q    Who else was present from the Outlaws that you

20 remember?

21 A    Jason Fiel, Brett Longendyke, Mark Steven Fiel,

22 Les Werth, Christopher Timbers.

23 Q    Was there a particular reason why Les Werth, who I

24 take it is still the regional boss at that time?

25 A    Yes, he was.

1   Q    Any particular reason why he would have been

2   present up in northern Virginia?

3   A    We found out later that evening they had patched

4   in -- made Christopher Timbers a full-patched member of

5   the Outlaws that night.

6   Q    So is there some type of ceremony involved in

7   that?

8   A    Yes.  At one point in time, we were called -- all

9   the Outlaws left the downstairs portion of the

10  residence and went upstairs.  We're in a separate room,

11  and all at once we heard a bunch of commotion going on,

12  and then later Christopher Timbers came down and he had

13  his patch on.

14  Q    You say, *"he had his patch on."*  So now he has the

15  middle skull and cross pistons patch on his vest?

16  A    Yeah, he was wearing a probationary Outlaws patch,

17  the one piece patch, at the time.  When he came back

18  down, he was now wearing a full Outlaws' patch with the

19  top, bottom, and center patch, and the diamond on the

20  front.

21  Q    Does the event then turn into a party?

22  A    Yes, it then turned into a party that we had to

23  work.  There's additional conversation about, you know,

24  us being prospective and talking about things we needed

25  to do.

1   And then at one point, I got called upstairs.  I

2   go into Snuff's bedroom with the attached bathroom,

3   Brett Longendyke is there with Jason Fiel, and Brett

4   pulls out approximately an 8-Ball, which is an eighth

5   of an ounce of cocaine.  He puts it on the counter and

6   lays out some lines.  He and Jason do the lines of

7   cocaine.  They ask me if I want some, and I said, *"No."*

8   And I sat there and talked to them for a short time

9   about being a prospect, and then we went back

10  downstairs.

11  Q    I take it you work through the rest of the party

12  that night?

13  A    Yeah, we worked through the party.  We were

14  allowed to leave.  There was a snow storm, and we were

15  actually on our motorcycles and we had to ride the

16  motorcycles through the snow storm.  We were allowed to

17  leave in the early morning hours.

18  Q    You keep mentioning Brett Longendyke.  Who is

19  Brett Longendyke?

20  A    Brett Longendyke is a member of the Manassas

21  chapter.  We was their enforcer.

22  Q    Let me show you Government's Exhibit 6.

23  A    That's a picture of Brett Longendyke.

24       MR. DUFFEY:  Move to introduce.

25       THE COURT:  Any objection?

1        MR. McGARVEY:  No, sir.

2        THE COURT:  Be received.  You can publish it to

3   the jury.

4   Q    He's another member of the Manassas chapter?

5   A    Yes.  He was their enforcer during our

6   investigation.

7   Q    A week later you had another event up in Manassas?

8   A    Yes.  A week later we ended up going to a party at

9   the -- there was a bar in Manassas.  We had to go in

10  and work the party.  This was hosted by another

11  organization, another motorcycle club, that was friends

12  with the Outlaws.  We, basically as working prospects

13  there, had to mill around.  We had to hang with

14  different members of the Outlaws that were

15  full-patched.  Christopher Timbers was there, Brett

16  Longendyke was there, Mark Steven Fiel was there.  An

17  Outlaw that used to be in Manassas that is out of

18  Florida now, Thor, was there.

19       While talking with them, we start talking with

20  Thor.  Thor at one point had been a Red Devil and a

21  prospective member of the Hells Angels.  Red Devils is

22  a support club of the Hells Angels, and he was a

23  prospective member, and he started telling us about

24  when he was involved in that back in 2001, 2002.

25  Q    Did that cause you any concern?

1  A    Yes, it did because he started describing how he

2  had met me when I was a full-patched Warlock.

3  Q    When he described that, does he recognize who you

4  are at the time?

5  A    He does not.  We start talking.  He starts telling

6  how he had met the two undercover agents from the

7  Warlocks.  Like I said, I had changed my look

8  considerably.  I had had long hair down to my waist

9  with a long goatee and had different glasses on that I

10 wore all the time.  And in this case, I had a shaved

11 head with a goatee.  And he began describing his

12 relationship, that he liked the two undercovers, that

13 he'd spent time with them.  And, you know, we were

14 extremely nervous.

15 Q    But he never recognized you at the time?

16 A    He did not at the time.  No, sir.

17 Q    Did there come a time when you had your picture

18 taken?

19 A    Yes.  Mark Steven Fiel wanted everybody to take a

20 big group picture of all the Outlaws that were there.

21 At that time, we all got into a group and they ended up

22 snapping several pictures of us as a group.  Again, my

23 picture with the Warlocks after the case, they had

24 circulated my picture all over the Internet with my

25 true name.

1    Q     Why did they do that?

2    A     In order to put it out there so other clubs could

3    see it in order to compromise me if I was seen in any

4    other capacity.

5    Q     And so when they take this group photo of the

6    Outlaws, do you take any steps to conceal your

7    identity?

8    A     Yeah.  I'm behind Mark Steven Fiel, and when they

9    snap the picture I just lowered my head so it didn't

10   capture my face.

11   Q     Did that work?

12   A     No.

13   Q     Did there come a time when Snuff, Mark Steven

14   Fiel, talked to you about that?

15   A     Yes.  A day or two later, we were at the

16   undercover residence.  My partner, Special Agent

17   Ozbolt, got a call from Mark Steven Fiel.  Mark Steven

18   Fiel asked him -- started asking if I was there.  Told

19   him to go into the other room.  He of course didn't -

20   he just told him he did - and I'm able to hear one side

21   of the conversation.

22       And he's being quizzed by Mark Steven Fiel on how

23   long he'd known me.  And he got off the phone and told

24   me that Mark Steven Fiel had told him about the

25   photograph, and was suspicious and wanted to know why I

1   was trying to hide my identity, and started questioning

2   him.  Because Agent Ozbolt and I had tied our

3   undercover identities to our childhood years, so if I

4   was compromised he would also be compromised.

5   Q     Did you take any steps or actions to try to

6   alleviate this suspicion on you?

7   A     Yes.  A few days later on February 27th, I called

8   Mark Steven Fiel, Snuff, and told him I'd be in the

9   Manassas area working, and asked if he wanted to get

10  together and have lunch.  He said, "*Yes*".  We ended up

11  meeting later that afternoon at the Longhorn

12  Steakhouse.

13       We ordered lunch and we're having a drink and

14  we're sitting there talking, and during the middle of

15  the conversation with him he just looks over at me and

16  says, "*When did you go to the academy?*"

17       And I looked at him and I said, "*What are you*

18  *talking about?*"

19       "*I know who you are.  When did you go to the*

20  *academy?*"

21       And I said, "*Snuff, I know what you're talking*

22  *about, but I don't know where you're coming with this.*"

23  And we ended up having a conversation back and forth

24  about it.  Things settled down and we went on talking

25  about our business.

1    Then a little while later, he provided me with an

2 envelope.  We went out and sat in I believe the front

3 seat of his vehicle.  We left the bar and sat in his

4 vehicle.  He got an envelope out and he said, *"I want*

5 *you to look at something, and I want you to think long*

6 *and hard before you answer it."*

7 Q    What did he show you?

8 A    He handed me the photograph from that night at the

9 bar from Manassas.

10 Q    Was that photograph showing your face concealed in

11 any way?

12 A    Yes.  I'm approximately 6'1".  Snuff's only

13 approximately 5'9".  I'm standing behind him.  I have

14 my head down, and all you can see is the top part of my

15 head.

16 Q    And so he questioned you about this?

17 A    Yes, he did.

18 Q    What did you say about it?

19 A    He asked me, *"What is wrong with the picture?"*

20    And I told him, I said, *"Well, your big head is*

21 *blocking my way."*  And we continued to talk and I said,

22 *"Snuff, I don't know why I can't be seen in the*

23 *picture."*  I said, *"I don't know if I looked down at*

24 *the time the picture is taken."*  I offered for him to

25 take my picture again.  We continued to talk.  He ended

1  up settling down and accepting my answers.

2      And he said, *"Well, as the chapter boss,"* which I

3  became the chapter boss of the Outlaws in Petersburg,

4  he said, *"as the chapter boss, you always have to*

5  *question things because your whole chapter's*

6  *responsibility rests with you."*  And he said*, "You*

7  *always have to question."*

8  Q     So I take it at least at that time your cover was

9  not blown?

10 A     No, sir.

11 Q     Let's move on towards the end of October.  Did you

12 go to an event down in Charlotte, North Carolina?

13 A     It was actually February.

14 Q     Excuse me.

15 A     Yes, that was February 27th when I met with Snuff.

16 On February 28th of 2009, the next day, we left to go

17 down to Charlotte, North Carolina.  We had to go down

18 to work a party down there as a prospective chapter.

19 Q     And again, did you have any choice in the matter

20 as far as working the party?

21 A     No.  We had to go down.

22 Q     And where do you go?  To a clubhouse, I take it,

23 in Charlotte?

24 A     We go to the Charlotte clubhouse.  There's a party

25 going on.  We do our prospective probationary duties

1   tending bar, performing guard duty outside.  Different

2   things throughout the course of the evening.

3        At one point in time, Les Werth, the copper region

4   boss, comes to me and he says, *"You need to come with

5   us."*  We got a phone call that there had been some

6   Hells Angels out in the Charlotte area at the local

7   strip clubs, and we need to go out looking for them.

8   Q    Let me back you up real quick.  Who else was

9   present at this party?

10  A    There were a lot of Outlaws from North Carolina.

11  There was Les Werth, M&M, Mark Spradling, Harry Rhyne

12  McCall --

13  Q    You're talking about the defendant here?

14  A    Yes, sir.

15  Q    How about Brian McDermott, do you know him?

16  A    Yes, sir.

17  Q    Who is he?

18  A    He's a member -- or at the time he was a

19  probationary Outlaw from the Hickory, North Carolina

20  chapter.

21  Q    Is that a picture of him marked as Government's

22  Exhibit 14?

23  A    It is.

24       THE COURT:  Any objection to 14?

25       MR. AMIRSHAHI:  No, sir.

1          THE COURT:  Be received.  You may publish it.

2    Q    So he was present there also?

3    A    Yes, sir.

4    Q    You discussed guard duty.  Can you just briefly

5    describe what guard duty was.

6    A    Guard duty is where you go and stand post at the

7    front and rear, or wherever you're told basically to go

8    stand post.  You're going out there and you're standing

9    in front of the building outside.  Again, you're

10   watching for rival clubs.  The main enemy of the

11   Outlaws is the Hells Angels, and in that area that's

12   the main thing we're told to look for, and also

13   suspicious cars and for law enforcement.

14   Q    Why would you be watching for law enforcement?

15   A    Because they wanted to know if law enforcement

16   came in because illegal activity was going on inside.

17   Q    Now, you discussed at one point with Les Werth,

18   who is still the regional boss, I take it, at the time?

19   A    Yes.  He's the copper region boss.

20   Q    He approaches you about doing what?

21   A    He says we need to get a couple of our people

22   together and go with him because he had gotten

23   information that the Hells Angels have been out to

24   several of the bars inside their territory in the

25   Charlotte area in the strip clubs, and they needed to

1   go out and see if they can find them.

2   Q    Did he discuss with you what you are supposed to

3   do if you did find them?

4   A    I asked him if I needed to bring a gun, and he

5   said he had his.  So I took my gun.  And he said if we

6   found them, we would take care of them.  We would beat

7   them.

8   Q    And so did you in fact go with Les Werth?

9   A    Yes.  Myself, Agent Ozbolt, Les Werth, and his son

10  Matt, and one of the confidential sources rode in one

11  vehicle.  Harry Rhyne McCall, Mark Steven Fiel, and a

12  probate, Johnny Lee, rode in another vehicle.

13  Q    So Mr. McCall and Mark Spradling and another

14  individual follow.  Do they go to the same

15  establishment you went to, or did they go somewhere

16  else?

17  A    No.  They went out with us to that establishment

18  going hunting.

19  Q    You use the term, *"going hunting."*  What is it

20  that you're doing when you're out looking for Hells

21  Angels?

22  A    The term *"going hunting"* is a term that was used

23  by the Outlaws when you're actively going out to try to

24  find and assault members of the Hells Angels if you ran

25  into them.

1   Q     How many different places did you go to this time?

2   A     We went to three different locations that evening.

3   Q     What do you do when you get to those locations?  I

4   take it you go inside?

5   A     We go inside.  You go inside, you go look around

6   and see if you see anyone wearing the Hells Angels'

7   patch or Hells Angels' support gear.  Then we were told

8   to post up at different locations by the front doors or

9   with the regional officers to be with them in case the

10  Angels came in and there was a confrontation.

11       MR. AMIRSHAHI:  Judge, I would ask that he specify

12  who is telling him these plans to post up.

13       THE COURT:  Can you specify who told you that?

14       AGENT GRABMAN:  Yes.  We actually had a discussion

15  outside the bar with Harry Rhyne McCall, Les Werth,

16  Spradling, all of us that were together before we went

17  in the bar, that's what we said we were to do before we

18  went in.

19       THE COURT:  All right.  Move on.

20  Q     So as a prospective member, you were there, you

21  were ordered to take a certain position inside once you

22  went in?

23  A     Yes.  I was armed with a firearm.  I went in and

24  took a position.  I was actually by Les Werth.

25  Q     To provide protection for him?

1  A    Provide protection for the Outlaws as a whole if

2  the Angels came in.

3  Q    So you went to three different places.  Once you

4  went inside, I take it in the first place you

5  determined there were no Hells Angels there?

6  A    No, we stayed in each location approximately a

7  half hour, and then would leave to go to the next one

8  making our appearance and checking it out to make sure

9  they weren't there.

10 Q    Did you find any Hells Angels on this particular

11 night?

12 A    No, sir.

13 Q    I take it then do you go back to the Charlotte

14 clubhouse?

15 A    We go back to the Charlotte clubhouse.  We

16 continued to be at the Charlotte clubhouse.  We're up

17 all night.  At one point in time, we're called into the

18 side room by Les Werth and Johnny Cranor who at the

19 time was the regional enforcer.  And we're talking to

20 them.  We're getting ready to leave for Daytona, the

21 mandatory run the following week, and we're talked to

22 about what our responsibilities would be down there and

23 how we're to conduct ourselves as an Outlaw.

24 Q    So what were your responsibilities once you went

25 to Daytona?

1  A    To do whatever the Outlaws told us.  You know, to

2  work the bar, post up on guard duty.  We were told that

3  as an Outlaw, to the whole entire world, to all the

4  rest of the people, you are an Outlaw even though

5  you're a prospective or probationary Outlaw.

6  Q    Who is telling you this?

7  A    This is Les Werth and Johnny Cranor.

8  Q    Johnny Cranor -- let me show you Number 7, if I

9  could.  Is that a picture of Johnny Cranor?

10 A    It is.

11      MR. DUFFEY:  Judge, I move to publish.

12      THE COURT:  Any objection to 7?

13      MS. CARDWELL:  No, sir.

14      THE COURT:  Be received.  You may publish it.

15 Q    Who is Johnny Cranor?

16 A    He was the copper region enforcer at the time.

17 Q    And they discussed with you before going down to

18 Daytona what would be expected of you?

19 A    Yes, what would be expected of us when we got down

20 there and how to handle ourselves as Outlaws.  Like I

21 said, the whole world to any citizens, which is what

22 they call normal people, I am an Outlaw even though I'm

23 a prospective or probationary.  Even though you're not

24 full-patched, you're an Outlaw.  Only to an Outlaw are

25 you a prospective or probationary member.  He said if

1  you're disrespected or someone disrespects an Outlaw,

2  you're supposed to assault them.

3  Q     Did you in fact go to Daytona?

4  A     We did.  We left in or around March 4th and went

5  down to Daytona for the long week.

6  Q     And did you do the duties assigned to you as a

7  prospective member?

8  A     I did.

9  Q     Was there anymore hunting, as you described,

10 taking place down there like it did in Charlotte?

11 A     Yes.  At one point on March 6th I was outside

12 doing guard duty.  I was approached by Les Werth.  He

13 said that I needed to come with him.  They had

14 something they needed to do.

15      He came over.  He told me I need to take my patch

16 off.  We had a small discussion about that because

17 you're never supposed to take your patch off.  And he

18 said, *"No, you need to take it off."*  And I ended up

19 having to put it inside his tour pack of his

20 motorcycle.

21      He took his patch off, put it inside there.  He

22 retrieved a firearm from the back of the tour pack of

23 his motorcycle, put it on his person.  I asked if I

24 need to go get my gun.  And he said, *"No, just come*

25 *with me."*  He told me to get one of the CIs to tell him

1  to get his vehicle and bring it around to the front of

2  the clubhouse.

3       Myself, the CI, Les Werth, Michael Mariaca, Johnny

4  Cranor, and another Outlaw by the name of David Adams

5  who's from Colorado who used to be one of the bosses in

6  Charlotte, North Carolina, we were told to get in the

7  van and start driving down the road.  We don't know

8  what was going on.  We weren't able to tell anybody

9  that we were leaving.

10  Q    Who is telling you this?

11  A    Les Werth.

12  Q    So I take you do that?

13  A    We do.  As we start to drive, I asked Les, I say,

14  *"Hey, what's going on?  Are we going to take care of*

15  *business?"*

16       He said, *"Yes.  We got a phone call and some Hells*

17  *Angels are down on Main Street."*  He said that, *"We*

18  *have come too far to let that happen"* being that they

19  had controlled bike week in Daytona.  The Angels were

20  not allowed there.  He said we were going down to find

21  them.  And he said, *"If we find them, we're going to*

22  *make it so they can't eat out of their mouths."*

23  Q    So I take it you go down to Main Street?

24  A    We do.

25  Q    Do you go into various bars?

1  A     Yes.  We are told to follow them.  We were what we

2  call *"slickbacked,"* which means that you have no patch

3  or no Outlaw identifying marks on you.  We then go

4  into -- up and down the strip on Main Street, which is

5  the main place that people hang, going through the bars

6  looking for Hells Angels to assault them.

7  Q     Did you find any Hells Angels on March 6th?

8  A     No, we didn't.

9  Q     Do you do that again on other days while you're

10 down at the Daytona event?

11 A     We're instructed that David Adams wants to go back

12 the next morning on March the 7th to do it, and we're

13 instructed by Les Werth to pick him up and go back down

14 and look again, and if we find them to assault them.

15 Q     Did you do that?

16 A     Yes, we did.

17 Q     Did you find any Hells Angels?

18 A     Not that day.

19 Q     Was Jack Rosga present at this Daytona event?

20 A     He was.

21 Q     Was he involved in any of the hunting?

22 A     He was not.

23 Q     Did you have discussions with him about the

24 hunting?

25 A     I did not.

1   Q    Was there drug use going on at the clubhouse down

2   in Daytona?

3   A    There was.

4   Q    What kind of drug use?  Can you characterize it?

5   A    I saw open marijuana use all around the clubhouse

6   grounds and inside the clubhouse.

7   Q    Was Jack Rosga present for that drug use?

8   A    He was at times.

9        MR. DUFFEY:  Judge, I'm not sure when we're going

10  to break.  I'm going to move into a rather lengthy part

11  of his testimony about one event.

12       THE COURT:  All right, we can recess now until

13  five minutes of 2:00.

14       Ladies and gentlemen, this appears to be a

15  convenient breaking point.  We'll recess now for lunch

16  until five minutes to 2:00.  Your lunch will be

17  provided for you.  If you will retire to the jury room.

18       Remember what I told you before, do not discuss

19  the case.  Keep an open mind.  See you back here at

20  five minutes to 2:00.

21    (The jury is no longer present in the courtroom.)

22       THE COURT:  We'll recess now until five of 2:00.

23       Court will stand in recess until then.

24                      (Recess taken.)

25       THE COURT:  Ready for the jury?

1    MR. DUFFEY:  Yes, sir.

2    THE COURT:  All right.

3    Marshal, bring the jury in.

4        (The jury is now present the courtroom.)

5    THE COURT:  All right, Mr. Duffey, you may resume.

6    MR. DUFFEY:  All right.  Thank you, Judge.

7  BY MR. DUFFEY:

8  Q    Agent Grabman, I think we left off at Daytona bike

9  week.  You returned to the Richmond area after that?

10 A    Yes, sir.

11 Q    At that time, had you been able to actually get a

12 clubhouse?

13 A    At that time we had not.

14 Q    But you did have an undercover residence that you

15 had set up?

16 A    Yes, sir.  I had an undercover residence where I

17 lived.

18 Q    And did there then in the month of March of 2009,

19 did you have more discussions with any of the other

20 actual members of the Outlaws about them coming to

21 visit you here in the Richmond area?

22 A    Yes, sir.  On March 11, 2009, I received a

23 telephone call from Les Werth, the copper region boss.

24 During this telephone call, he stated that he and about

25 five or six other Outlaws would be coming up to

1  Petersburg and needed to sit down and talk.

2  Q     Did he tell you what he wanted to talk about?

3  A     No, he didn't.

4  Q     Did that concern you in any way?

5  A     Yes.  You know, we were again concerned about

6  being compromised because of my past cases.  You now,

7  in all reality, I probably shouldn't have done the

8  undercover on this case because it put my partners in

9  jeopardy based on possibly getting compromised.  So we

10  were afraid maybe something had happened with that.

11        So I then reached out to Mark Steven Fiel, Snuff,

12  and called him and said, *"Hey, I just got a call from*

13  *Les and he said he's coming up here with some guys*

14  *needing to talk,"* trying to feel out Snuff with what

15  was up.

16        And he said, *"Yeah, I know.  I'll see you*

17  *Saturday,"* and hung up.

18        And still our cause for concern was pretty great,

19  so the next day on March 12th I called him again and

20  sort of was trying to talk with him.

21  Q     I'm sorry.  You called Snuff again?

22  A     Yes, sir.  I'm sorry.  Mark Steven Fiel, Snuff.  I

23  called him again trying to talk with him, and at that

24  point he told me that Les and the others were coming up

25  for a copper region bosses' meeting, and we would be

1  meeting to discuss issues with the Outlaws and that we

2  would be going out afterwards.

3  Q    And did this in fact take place within a couple of

4  days?

5  A    Yes.  Following that conversation -- or during

6  that conversation, he told me that he'd already called

7  Rebar, the president of the Pagans, to say that the

8  Outlaws would have guys in from out-of-town and

9  out-of-state in the Richmond area, just as a courtesy

10 call.

11      At that point, on March 13th, the next day, I

12 started receiving calls from Rebar, the president of

13 the Pagans, Charles Love, about wanting to get

14 together.  That continued into March 14th calling back

15 and forth.  He said he was going to have guys in town

16 as well, and they were coming in to try to find members

17 of the Hells Angels and they were going to be ready if

18 they came into a bar called the Southern Star, which

19 was sort of ground zero for them that they were trying

20 to claim as their home.

21      MR. DUFFEY:  Can we show 31?

22 Q    This guy, Rebar, you've already identified him.

23 Was this the same person that was at the Dinwiddie

24 races that you described?

25 A    Yeah.  That's Charles Love.  Rebar.

1    THE COURT:  Any objection to 31?

2    MS. WHITLEY:  No objection.

3    THE COURT:  Be received.  You may publish it.

4    MR. DUFFEY:  I'm sorry, Judge.  I thought it was

5  already in.

6    THE COURT:  It may be.  If it is, I'm sorry.

7  Q    So you've had several conversations with Charles

8  Love?

9  A    Yes.  He's wanting to get together to be able to

10  confront the Hells Angels, and saying he had people

11  coming in town.  I told him I'd call him when people

12  got in town to see if we could get together.

13  Q    And I take it, Les, and other members of the

14  Outlaws, did in fact come to your area?

15  A    Yes.  On March 14th, Les Werth, Harry Rhyne

16  McCall, Michael Mariaca, Mike Smith, William Davey

17  Rebel, Christopher Timbers, and Lyle Beatty all showed

18  up at the undercover residence.

19    THE COURT:  And what was that date again, Agent

20  Grabman?

21    AGENT GRABMAN:  That was March 14th, 2009, sir.

22    THE COURT:  Thank you, sir.

23  Q    So Mr. McCall shows up and Mr. Timbers also shows

24  up at your residence?

25  A    Yes, sir.

1  Q     And everyone shows up at your residence at

2  approximately the same time?

3  A     Very shortly thereafter they show up in the

4  parking lot.  They sort of converged on it at the same

5  time.  There were different vehicles.

6  Q     Now, your undercover residence, was it wired for

7  recordings, and video recordings inside?

8  A     Yes, it was wired for audio and video recordings.

9  Q     And once these various Outlaw members arrived, did

10 they come inside your undercover residence?

11 A     Yes, sir, they do.

12 Q     What takes place once you get inside there?  Do

13 you have discussions with Les Werth?

14 A     Yes, we started having discussions with Les Werth.

15 Les is saying that he doesn't want to hold the bosses'

16 meeting at our residence.  He wants to find a safe and

17 secure location, so he tells me to start calling around

18 to local hotels and see if we can get a hotel room to

19 run the bosses' meeting in.

20 Q     And do you also discuss what you're going to do

21 after the bosses' meeting?

22 A     Yes.  Shortly after arriving, Les Werth and

23 Michael Mariaca start asking about the strength of the

24 Hells Angels in the area, the numbers, their

25 supporters, numbers of the Desperados, and start

1 talking about different places they can go to find

2 them.

3 Q    And do they ask you if you know where to go to

4 find them?

5 A    Yes, they asked if I knew where to go to find

6 them.  I gave them several bars like the Southern Star,

7 Live Wire, bars that we would hang out in that there

8 was a very low risk chance of us running into them.  He

9 asked, *"Where do they hang out?"*

10     I said, *"I don't know.  The only bar I've ever*

11 *heard they hang out in is a bar called Cockades."*  I'd

12 never been there.  I didn't know where it was, I told

13 him.

14 Q    Had you heard about that bar?

15 A    I'd heard about it from the Pagans.

16 Q    From who, specifically?

17 A    Charles Love.

18 Q    And what had he told you about this Cockades bar?

19 A    He said it was a bar that they hang out in.  That

20 they would go sometimes.  It was somewhere in

21 Petersburg.

22 Q    Who is *"they"*?

23 A    The Desperados, excuse me, who are a Hells Angels'

24 affiliated club.

25 Q    So you get this information from Charles Love and

1  you pass it on to Les?

2  A    Well, Les instructs me to call Charles Love

3  because at the time I tried to get him to go to the

4  other places.  He wanted to go where they hang out, so

5  he told me to call Charles Love and find out where the

6  bar was located.

7  Q    Let me show you a couple of -- you've reviewed the

8  one tape of the UC residence that is a fairly lengthy

9  tape, is that correct?

10  A    Yes, sir.  A little over an hour, I believe.

11  Q    Have you reviewed that disk and found it to be

12  fair and accurate?

13  A    I have, sir.

14      MR. DUFFEY:  Judge, can I show him 156?

15      THE COURT:  What is the exhibit number,

16  Mr. Duffey?

17      MR. DUFFEY:  I'm sorry.  156.

18      THE COURT:  Is there any objection to 156?

19      MR. AMIRSHAHI:  No, sir.

20      MR. McGARVEY:  No, sir.

21      THE COURT:  Being no objection, it will be

22  received in evidence.

23  Q    That's a long tape?

24  A    Yes.  This is the entire disk from the first

25  meeting at the undercover house.

1  Q    And that's approximately how long?

2  A    It's approximately an hour long.

3  Q    Let me also show you what I've marked as 157, and

4  ask if you have reviewed what's on that disk and if you

5  put your initials on it?

6  A    Yes, sir.

7  Q    What is that?

8  A    This appears to be the second disk from March 14th

9  at the undercover house.

10 Q    Now, is that a shorter clip of what was on the

11 first clip?

12 A    Correct.  A condensed version.

13      MR. DUFFEY:  Judge, at this time, I'd --

14      THE COURT:  Any objection to 157?

15      MR. AMIRSHAHI:  No, sir.

16      THE COURT:  Be received.

17      MR. DUFFEY:  I'll like to hand out a transcript

18 very quickly and play the tape.

19      Can I hand a copy to the witness?

20      THE COURT:  Go right ahead.

21      Ladies and gentlemen, the transcript you're going

22 to receive is to assist you in following the audiotape

23 that you're going to hear.  The transcript is not

24 itself evidence.  It is simply an aid to help you

25 understand what's going on in the tape.  If you have

1  some question in your mind whether or not the tape is

2  accurate, or the transcript, the tape is the evidence

3  that you rely upon.

4      Does counsel all have copies of the transcript?

5      MS. WHITLEY:  Yes, sir.

6      THE COURT:  All right.

7  Q    Before we start it, can you describe what is in

8  this video?

9  A    Yes, sir.  Right here below that dot is Les Werth,

10 next to him is me, this is Lyle Beatty, William Davey,

11 Christopher Timbers, Harry McCall is over here, and

12 Mike Smith is here.

13     MR. DUFFEY:  All right.  Thank you.

14         (Tape is being played at this time.)

15 Q    Now, if you would talk a little bit about the

16 things that Les was saying.  I think he used the term

17 *"slickback"*?

18 A    Yes, sir.

19 Q    What does slickback mean?

20 A    Slickback is where you basically are going in

21 somewhere and trying not to be noticed to go in in

22 secret, incognito.  Basically, you go in without any

23 Outlaws' insignia.  Your vest, you know, any shirt that

24 would say Outlaws, any Outlaw tattoos should be covered

25 up.  So you go in and so no one knows you're there.

1  Q    And so if you could, just summarize what, if any,

2  plan you had as far as what you were going to do when

3  you got to this Cockades bar.

4  A    The plan that Les had was that he would send some

5  people in slickback, and then send in the other people

6  and see if they could draw members of the Hells Angels

7  or Desperados in.

8       THE COURT:  Hold on a second.

9       Yes, sir.

10      MR. AMIRSHAHI:  Judge, I think they just played a

11 tape of what the conversation was, and he's just asking

12 Agent Grabman now to --

13      THE COURT:  Objection is overruled.  Go right

14 ahead.

15 Q    I take it when you mentioned other people, they

16 would not be slickbacked?

17 A    Correct.

18 Q    Meaning what?

19 A    The other people would be wearing their Outlaw

20 patches.

21 Q    And did this -- did the conversation continue at

22 any other place that you went to that day?

23 A    Yes.  We left the house and we went to the

24 Fairfield Inn in Hopewell where we had a room rented,

25 and we had a bosses' meeting.  Myself, Les Werth, Harry

1  Rhyne McCall, Michael Mariaca, Mike Smith, and Lyle

2  Beatty were in that meeting.

3  Q    So you have a bosses' meeting inside a hotel room?

4  A    Correct.  That was the first bosses' meeting as

5  the chapter president of the prospective chapter that I

6  was allowed to sit in on part of it.

7  Q    Now, you didn't mention your colleagues.  Were

8  they not in the meeting with you?

9  A    No.  Special Agent Ozbolt, and Special Agent

10 Anderson, and one of the confidential informants, they

11 weren't chapter bosses so they weren't allowed into the

12 meeting.  Lyle Beatty was allowed to sit in because he

13 was sitting in for Mark Steven Fiel, Snuff, because he

14 wasn't present.

15 Q    Was Mr. Timbers present?

16 A    No, he wasn't.

17 Q    Where was he during the course of the meeting?

18 A    He and Special Agent Ozbolt were standing outside

19 doing guard duty on the door outside of the bosses'

20 meeting.

21 Q    Can you summarize first what is discussed in this

22 bosses' meeting that takes place?

23 A    There's numerous things that are discussed.  One

24 of the things that they talk about is they said the

25 Outlaws have been growing their territory.  That

1  they're now up to 89 chapters in the country, and in

2  1992 they had only had 27 chapters.  So they'd been

3  growing.

4      They talked about if you don't -- if you get

5  *"punked out,"* as they said, or insulted, and you don't

6  defend your 1%er patch, you'll lose -- your 1%er

7  diamond will be taken from you.

8  Q    This is the diamond patch that you described found

9  on Jack's -- that you pointed out on Jack's vest?

10 A    Correct.  That's the coveted piece saying you're a

11 true 1%er.  It was also talked about that they needed

12 to increase and start writing Outlaws in jail because

13 if they're in jail they didn't want them to start

14 cooperating with law enforcement, so they wanted us to

15 start writing more letters to them so they wouldn't

16 feel left out and alone.

17 Q    This is encouraging Outlaw members to write other

18 Outlaw members who are incarcerated?

19 A    Yes, sir.

20 Q    And just stay in touch with them?

21 A    Yeah, to write them and stay in touch with them so

22 they didn't feel like they were being left out to dry

23 by the Outlaws and they would start talking to law

24 enforcement.

25 Q    Now, was there any more discussion during the

1  course of this hotel room meeting about what was going

2  to happen later at the Cockades bar?

3  A    There was.  There was additional discussion

4  talking about sending people in slickback and having

5  other people who would have assignments being outside,

6  and them being inside and committing the assault if

7  they showed up.

8  Q    Now, from the hotel room, does the meeting go to

9  any other establishment?

10  A    Yes.  We leave the Fairfield Inn, and there's an

11  Italian restaurant next door called Momma Rose's.  We

12  go over there to have dinner, and we have dinner.  And

13  after dinner, we continue to talk a little bit more

14  about what would be planned.

15  Q    Let me show you what I've marked as Government's

16  Exhibit 162.

17       THE COURT:  Exhibit 162?

18       MR. DUFFEY:  Yes, sir.

19  Q    While they're handing out the transcripts, are you

20  familiar with what is on this tape marked as 162?

21  A    Yes.  That's a conversation, actually, outside the

22  Momma Rose's Restaurant.

23  Q    It's a fairly brief conversation?

24  A    Yes.

25  Q    It's tape recorded?

1  A     Yes, sir.

2  Q     So this is audio but not video?

3  A     Yes, sir.

4  Q     And if I can show you the transcript as well.

5  A     Thank you.

6  Q     And is this more discussion of the plan of what's

7  going to take place shortly thereafter?

8  A     Yes.  This is outside the restaurant.  We finished

9  eating.  We talked a little bit about it inside.  We

10 then stepped outside, and Les Werth started talking

11 again about what would be done once we went there.

12       MR. DUFFEY:  If we could move that into evidence,

13 Judge, and we'll publish it to the jury.

14       THE COURT:  Any objection to 162?

15       MR. McGARVEY:  No, sir.

16       THE COURT:  Be received.

17         (The tape is being played at this time.)

18 Q    Agent Grabman, during the course of this

19 conversation, is the entire group present for this, or

20 are you waiting for other members?

21 A     Everybody is present with the exception of Harry

22 McCall.  Harry had gone inside to use the restroom, and

23 Special Agent Anderson went in to get him.

24 Q     So Defendant Timbers was present for that

25 conversation we just heard?

1   A     He was.

2   Q     As you leave this restaurant, where do you go?

3   A     We start driving towards downtown Petersburg to

4   see if we can find the bar.  As we get near Petersburg,

5   I get a call from Les Werth.  Les Werth tells me to

6   pull over to another place.  He wants to talk one more

7   time before we go over there.

8   Q     So I take it you're obviously not in the same car

9   as Les.  How many different cars are you traveling in?

10  A     There's three or four cars.

11  Q     And Les calls you on a cell phone and says what?

12  A     He says to find a place to pull over before we get

13  in the area because he wants to talk about it again.

14  Q     And do you find a place to pull over?

15  A     Yes.  I pull off of Route 36, pull off down a road

16  that we end up finding an old school.  We pull into the

17  parking lot of the school.

18  Q     Let me show you what's been marked as Government's

19  Exhibit 141.  Do you recognize that photograph?

20  A     Yes, sir.  That's the parking lot of the school

21  that is outside of the Petersburg --

22        THE COURT:  Any objection to 141?

23        MR. McGARVEY:  No, sir.

24        THE COURT:  Be received without objection.

25  Q     Does this meeting take place in the daytime or at

1  night?

2  A     It's nighttime.

3  Q     And do all the cars that are involved in this pull

4  into this parking lot?

5  A     Yes, sir.

6  Q     What happens once you get into the parking lot?

7  A     We get in there.  I mean, it's early evening

8  hours.  You know, it's March, so it's not quite dark

9  yet.  We pull in, and we pull into the parking spaces

10  in this area with the vehicles.

11       As we pull in, everybody gets out of their

12  vehicles.  Everybody is present.  Harry Rhyne McCall

13  opens the trunk of his vehicle.  He, Les Werth, and

14  Michael Mariaca retrieve firearms from the trunk of the

15  vehicle.  When we're all standing there, Les then

16  starts -- they all put it on their person.  Les then

17  starts giving detailed assignments on what everybody is

18  to do.

19  Q     So you see Mr. McCall with a firearm?

20  A     I do.

21  Q     Can you describe what firearm it was?

22  A     It's a small -- looks like a .38 caliber revolver,

23  blue in color.  It's one we've seen him with on a

24  regular basis in the case.

25  Q     The car that you're talking about that Mr. McCall

1  was in, let me show you Government's Exhibit 91 if I

2  could.  Do you recognize that?

3  A     I do.

4  Q     What is that?

5  A     That's Harry McCall's car.

6  Q     Was that the car he was in on the night of March

7  14th?

8  A     It is.  This is actually a picture during the

9  course of the investigation from a toy run that

10 happened in 2008 in Rock Hill, South Carolina.

11        MR. DUFFEY:  Judge, I'd move to introduce --

12        THE COURT:  Any objection to 91?

13        MR. McGARVEY:  No, sir.

14        THE COURT:  Be received without objection.

15 Q     You had seen that car before?

16 A     This car -- we knew that, yes, I'd seen the

17 pictures through surveillance photographs from the 2008

18 toy run in Rock Hill, South Carolina as Harry McCall's

19 car, and we were able during the course of that evening

20 to read the license plate number onto a recorder and

21 verify the license plate number was the same vehicle.

22 Q     And this is the vehicle that was being used that

23 night of March 14th?

24 A     It was.  This was the vehicle that they took the

25 guns from the trunk.

1   Q    Let me show you another photo.  This is

2   Government's Exhibit 94.  The person in the center of

3   this photo, do you recognize that person?

4   A    Yes.  This is Harry McCall standing right here.

5   He looked a little different than he does now.

6        MR. DUFFEY:  Judge, I'd move to introduce

7   Government's Exhibit 94.

8        THE COURT:  Ninety-four?

9        MR. DUFFEY:  Yes, sir.

10       THE COURT:  Any objection?

11       MS. CARDWELL:  No, sir.

12       THE COURT:  Ninety-four will be received without

13  objection.

14  Q    This is an older picture not taken on the night of

15  March 14th?

16  A    That's true.  This is from the 2008 toy run.

17  Q    But is Mr. McCall's appearance similar to the way

18  he looked -- is the photo similar to the way he looked

19  on March 14th as opposed to today?

20  A    Yes.  This is how I knew Harry Rhyne McCall during

21  the whole course of the investigation.

22  Q    Once you're -- now you're still in this parking

23  lot, does Les continue to give instructions on what

24  you're going to do?

25  A    Yes.  He says that he, Michael Mariaca, and Harry

1  Rhyne McCall will be the ones that will go in

2  slickbacked.  They had guns.  They would go in and they

3  would sit inside the restaurant.

4       First the three patches would go in.  You had

5  William Davey, which was Rebel.  He was a full-patched

6  member.

7  Q    Let me show you Number 10, if I could.

8  A    That's Rebel.  William Davey.

9       MR. DUFFEY:  I'd move to introduce Government's

10 Exhibit 10.

11      THE COURT:  Any objection to 10?

12      MR. McGARVEY:  No.

13      THE COURT:  Be received.  You may publish it

14 without objection.

15 Q    At the time, William Davey was a full-patched

16 member of the Outlaws?

17 A    He was.  He out of the Asheville, NC chapter.

18 Q    And who else -- according to the plan, who else

19 was going in with William Davey?

20 A    Special Agent Anderson, who was a prospective

21 member at the time, and another CI that we had involved

22 in the case, a prospective.  They are the three smaller

23 guys.  They could go in first, followed shortly

24 thereafter by the slickbacked guys, which was Harry

25 Rhyne McCall, Michael Mariaca, and Les Werth.

1          And then Mike Smith would be in his patch outside

2    the bar attempting to lure anyone there into a

3    confrontation and draw them inside.  Myself and Agent

4    Ozbolt were told that we needed to be on one side of

5    the bar outside, and then Christopher Timbers and Lyle

6    Beatty would be on the other side of the outside of the

7    bar providing protection for Mike Smith.

8          And then if we were able to draw anybody in that

9    showed up, either the Hells Angels, their supporters or

10   the Desperados, when he went in we were to come in

11   behind him and seal all the entrances.

12   Q    Now, at some point you do arrive at the Cockades

13   bar?

14   A    We do.

15        MR. DUFFEY:  Let me show you 142.

16        THE COURT:  Exhibit 142?

17        MR. DUFFEY:  Yes, sir.

18        THE COURT:  All right.  Any objection to 142?

19        MR. McGARVEY:  No, sir.

20        THE COURT:  Be received.  You may publish it.

21   Q    Can you describe for us what's in that picture?

22   A    Yes, sir.  This is the front right here of the

23   Cockades bar.  The front door is over here on this side

24   right here.  After the people had gone in, Mike Smith

25   positioned himself over on this area here.  Special

1  Agent Ozbolt and I were in a parking lot off to the

2  right, and Christopher Timbers and Lyle Beatty were

3  standing right down here.

4  Q    The biggest mark in the center of the screen, you

5  said Mike Smith, is he on our side of the street or on

6  the Cockades' side?

7  A    He's on the opposite side right here where this

8  circle is.  That's where Mike Smith is standing right

9  by the Long Street sign, which is directly across the

10  street from the front door of the Cockades bar.

11  Q    And you said Mr. Timbers and Lyle Beatty are on

12  the other side of the street but down?

13  A    Yeah.  Their job is to be down on the left-hand

14  side over here farther down the sidewalk watching out

15  over Mike Smith.  And myself and Agent Ozbolt were over

16  on the far right side still sitting in our vehicle.

17  Q    Now, are you now in sight sitting in your vehicle

18  watching what's going on at the Cockades?

19  A    We can see where Mike Smith is.  And down the

20  sidewalk, as we're sitting there we see a couple of

21  members of the Desperados come up along the side of the

22  building over on this side.  They're actually with two

23  females.  We hear them telling -- pointing to the

24  females to go back at this point.  They must have

25  seen -- Mike Smith was standing over here in plain view

1    with his patch on.  They tell them to go back.  The

2    females walk back, and then they come to the corner

3    here and start having a verbal altercation with Mike

4    Smith.

5    Q    Now, who are these two people?  Have you ever seen

6    them before?

7    A    I had not.  They're wearing Desperados motorcycle

8    patches.

9    Q    Just to clear, the Desperados are a support club

10   of the Hells Angels?

11   A    They're an affiliate club of the Hells Angels.

12   Q    And what kind of conversations now are they having

13   with Mike Smith, if you can tell me?

14   A    We could hear them.  They're yelling rather

15   loudly.  The Desperados were yelling at them saying,

16   *"What are you doing here?"*  There's a lot of profanity

17   going on.  *"What are you doing here?  This isn't your*

18   *town.  This isn't your bar."*

19        Mike Smith responds and says, *"It is now.  This is*

20   *our bar.  This is our town.  This is our state."*

21   Q    Referring to the Outlaws?

22   A    Yeah, words to the effect of referring to the

23   Outlaws.  Yes, sir.

24   Q    And what do you see after the verbal sparring goes

25   on?

1    A    They go back and forth.  And then the Desperados

2    enter the bar.  Mike Smith follows in.  Timbers,

3    Christopher Timbers, and Lyle Beatty come in from the

4    left and come to the bar.  And then myself and Agent

5    Ozbolt come in, and we all enter the bar after Mike

6    Smith.

7    Q    And now that you're inside the bar, what happens

8    when you're all in there?

9    A    When we enter the bar, the bar is a -- it's a long

10   bar.  When you walk in, there's a long bar that goes

11   down and bends to the left.  As we walked in, myself --

12   and I saw Agent Anderson at this side of the bar.  I

13   walk up next to where Agent Anderson is, and we lean up

14   against the bar.  Agent Ozbolt keeps walking down

15   farther towards where Mike Smith is.

16        We see some other people in the bar.  See another

17   member of the Desperados in the bar.  The two

18   Desperados that had entered walked out of the bathroom,

19   which is located past where the slickbacked guys were

20   sitting, and walked back out and got into an

21   altercation, verbal altercation at first, with Mike

22   Smith.

23   Q    These are the two guys that were yelling outside?

24   A    I believe so.  I know one of them was definitely

25   the same, and then there was another guy with a patch

1  with him.

2  Q    All right.  And then what does Mike Smith do?

3  A    They get into a verbal -- start to get into a

4  verbal altercation with Mike Smith.  I'm leaning

5  against the bar, Special Agent Anderson is to my left,

6  and we're hearing the altercation.  We look to our

7  left, and all at once, Mike Smith just starts pounding

8  and punching one of the members of the Desperados in

9  the face.

10 Q    And do you see how many times he hits the

11 Desperado?

12 A    I can't tell you exactly how many times because as

13 that happens -- I turn to see that happening.  And as I

14 see that happening, I start to look back to my right

15 because I see something coming at me, and one of the

16 Desperados, or one of their associates, smashes me

17 across the face with a full beer bottle.

18 Q    Does that cause injuries to your head?

19 A    It does.  It splits my forehead open.

20 Q    So at that point, I take it, you're dazed?

21 A    Yes.  I didn't fall down.  Blood is coming out of

22 my head.  It's a head wound so it bleeds a lot.  It's

23 starting to get all over my patch and starts to pool on

24 the floor.  I was carrying my ATF issued baton.  I

25 expanded the baton.  The individual was still in front

1  of me with a broken beer bottle.  At that point, I

2  approached him and hit him in the arm several times

3  causing his arm to drop the beer bottle.

4  Q     What does that person do?

5  A     He then runs out of the bar.  I start to go out of

6  the bar.  Agent Anderson follows, and then Lyle Beatty

7  goes.  I stop at the front door, and Special Agent

8  Anderson and Lyle Beatty continue to follow the

9  individual outside.

10 Q     Did you see what happens to the individual that

11 was being hit by Mike Smith?

12 A     No, sir, not at that point.

13 Q     What did you do then?

14 A     At that point, my head's bleeding pretty bad so

15 Agent Ozbolt and I go out to my vehicle in the parking

16 lot to get something to get the bleeding to stop.  We

17 radio, or actually call on the cell phone, to our cover

18 team and tell them what has happened.  They were

19 outside.  They knew we were going to the bar, and we

20 were thinking we could tell them what happened.  We

21 tell them we think things are settled down and it's

22 over.  We're going to go back inside and try and find

23 out what's going on.

24       We're getting phone calls at that time back and

25 forth.  Rebar keeps calling me, Charles Love, from the

1  Pagans.  I'm not answering the phone.  We're not trying

2  to bring more people into the altercation, so I'm not

3  answering the phone for him.

4       And then Special Agent Ozbolt at that time gets a

5  call on his phone.  It was Dennis Haldermann, Chew

6  Chew's, number coming up on his phone.

7  Q     The defendant here today?

8  A     Yes, sir.

9  Q     And you had had prior contact with Dennis

10 Haldermann?

11 A     Yes, sir.  Yes, we knew him well.

12 Q     What was the nature of your prior contact with

13 Dennis Haldermann?

14 A     We had met him as part of our role as Mongols.

15 And then when we started patching into the Outlaws,

16 Haldermann had expressed some interest in possibly

17 patching into the Outlaws with us.

18 Q     And at that time, was Mr. Haldermann associated

19 with any motorcycle club?

20 A     He was a member of the Untamed Motorcycle Club,

21 which was wearing a support patch for the Pagans

22 Motorcycle Club, the other dominant 1%er club in the

23 area.

24 Q     So did you see his number come up on one of the

25 cell phones calling you?

1  A    I did.  Special Agent Ozbolt, we had a discussion,

2  he saw it, and he was like, *"Should I answer it?"*

3      I said, *"Yes."*  When he answered it, it was

4  actually Charles Love on Dennis Haldermann's phone.

5  And I spoke to Love and told him that, you know, what

6  had had happened and that we were going back in to see

7  what had gone on.

8  Q    Did Mr. Love indicate to you that they were in any

9  way part of this at the time?

10  A    He said they were in the area.  That's all he

11  said.  I got him off the phone real quick.  I said,

12  *"I'll find out what's still happening and I'll call you*

13  *back."*

14  Q    Let me show you -- you talked about your injuries.

15  Ultimately, did you have to seek medical attention for

16  the injuries you've described?

17  A    I did.  After everybody had left the following

18  day, I was taken up to John Hopkins Medical Center to

19  the trauma surgeons up there, and they stitched my head

20  back together.

21  Q    Let me show you 144 very briefly.

22      THE COURT:  Did you say 144?

23      AGENT GRABMAN:  It's 146-B, I believe.

24      MR. DUFFEY:  I'm sorry, Judge.  It's 146-B.

25      THE COURT:  Any objection to 146-B?

1        MR. McGARVEY:  No, sir.

2        THE COURT:  Be received without objection.  You

3   may publish it.

4   Q    That's the injuries you sustained as you've

5   described?

6   A    Yes.  You can see my eye is black.  And my head

7   actually split in like a Y pattern, and so they went

8   and did -- a trauma surgeon put cosmetic stitches back

9   in.  It took 14 stitches to put it back together.

10  Q    Well, back to this incident.  After you made your

11  phone calls and talked to Charles Love, did you get

12  back in the car and go back to the Cockades?

13  A    Yes.  Special Agent Ozbolt and I exited our

14  vehicle.  We walked back to the front door of the

15  Cockades.  As we got to the front door, people were

16  starting -- the rest of the Outlaws were starting to

17  come out of the bar.  They were coming towards the

18  front door.

19  Q    Do you see the person you described as William

20  Davey, do you see him at that time?

21  A    No, I don't.  I learned later that he'd been

22  arrested for having a knife on him, and brass knuckles.

23  The police came as we were trying to stop the bleeding

24  of my head, and they evidently took him out of the bar.

25  Q    So he is not there?

1    A     He is not there.

2    Q     Are the other individuals that you described still

3    present at the Cockades when you come back?

4    A     Yes.  Christopher Timbers is still there, and

5    Harry Rhyne McCall, Les Werth, Mike Smith, Michael

6    Mariaca, Agent Anderson, and Lyle Beatty were still

7    outside.  We ran into them later on.

8    Q     So what do you -- do you actually go back into the

9    bar, or do you meet up in front?

10   A     We actually make it inside the front of the bar as

11   people are coming out.

12   Q     And what do you guys do at that point?

13   A     At that point, we walked outside the bar and start

14   walking down the sidewalk down the block.

15   Q     Let me show you 146-A.  Do you recognize that

16   photograph?

17   A     Yes, sir.  That's an aerial view above the

18   Cockades bar.

19         THE COURT:  Any objection?

20         MR. McGARVEY:  No, sir.

21         THE COURT:  Be received without objection.

22   Q     Can you point out for the jury using your knuckles

23   where the Cockades bar is?

24   A     It's this building right here.  You can see the

25   red and white awning below where I marked.  That's the

1  front door.

2  Q    Now, can you describe, while using the marker,

3  what path you took that you're describing?

4  A    We came out of the bar and we walked down along

5  the sidewalk here.  Walked down here.  In this area

6  somewhere here we met up with Lyle Beatty and Special

7  Agent Anderson.  We then continued down to

8  approximately this area right here.

9  Q    This is the whole group that you've described?

10  A    Yes, sir.

11  Q    And is Les Werth still leading the group?

12  A    He is.

13  Q    And what do you do once you get to this point down

14  by this parking lot?

15  A    When we get to this point right here in this area,

16  we look to the right, and through this alleyway here

17  over in this parking lot we could see several members

18  of the Desperados congregating over here to the right.

19  Q    In the far right of the screen, I guess?

20  A    Yeah.  It would be over in this area over in here.

21  Q    And so you can see through that area?

22  A    Yes, sir.  You could see them in their patches out

23  by the vehicle.

24  Q    What does Les do, if anything?

25  A    Everybody – Les Werth, Harry Rhyne McCall,

1  Christopher Timbers, Michael Mariaca, Mike Smith,

2  myself, Special Agent Anderson, Ozbolt, along with Lyle

3  Beatty - follow Les.  We proceed across this parking

4  lot and come up to the street, and we cross over the

5  street to here.

6  Q    All right.  And at that point, what is the -- what

7  is the goal of crossing the street and going into the

8  parking lot?

9  A    The Outlaws are going over to have a second

10 confrontation with members of the Desperados.

11 Q    Let me show you 145.  Do you recognize that

12 photograph?

13 A    Yes.  This area over here would be the area we

14 sort of walked through.

15      MR. DUFFEY:  Judge, if I can move to introduce --

16      THE COURT:  Any objection to 145?

17      MR. McGARVEY:  No, sir.

18      THE COURT:  Received.

19 A    This area is where we walked through.  This is the

20 area over in here where we have the second

21 confrontation.

22 Q    The buildings in the background, do you know what

23 those buildings are in the center of the photo?

24 A    Over here is the Petersburg Police Department.

25 Q    Did you know that at that time?

1  A    At the time I did not.  I was not that familiar

2  with downtown Petersburg.

3  Q    Now, if you would describe this altercation you're

4  now having in the parking lot.

5  A    When we get to the edge of the road, right about

6  the edge of the road here, we see one of the

7  Desperados.  It was the one that had been struck in the

8  face numerous times by Mike Smith, a female in a

9  vehicle he had his back up against, and a firearm out

10 the window of the vehicle, a handgun, and she gives it

11 to him.

12      The Outlaws proceed across the street.  We're with

13 them.  And we come to a very short distance, less of a

14 distance between me and the jury box to the Desperados.

15 They're backed up against the vehicle.  They have four

16 or five individuals that are in front of the vehicle.

17 Q    So these are four or five Desperados that are

18 wearing their vests?

19 A    Yeah, wearing vests or t-shirts.

20 Q    And you think it's four or five of them?

21 A    I believe it's four or five.

22 Q    And how many now total are the Outlaws in force?

23 A    Mr. Rosga, Harry Rhyne McCall, Michael Mariaca,

24 Christopher Timbers, Lyle Beatty, and the four

25 undercovers.  Approximately, eight.

1  Q    Now, can you describe how you're situated?

2  A    We're sort of in a V type pattern.  As we cross

3  the street, we see the firearm come out of the window

4  of the vehicle and handed to the member of the

5  Desperados.  As we approach, we're forming sort of a V.

6  Like I'm walking towards the jury box, Les Werth is in

7  front.  As we get up there we sort of fan out.

8        Another member of the Desperados that was standing

9  to the left of the individual that had already been

10  struck in the face, we can see that he had a firearm on

11  his hip.  And then to the left of him was the same

12  individual who had struck me in the face with the beer

13  bottle.  And then there was another person off to the

14  right, I believe.

15  Q    Where is Les Werth?

16  A    Les Werth is leading right in the center, and he's

17  having a verbal confrontation, verbal argument, with

18  the leader of the Desperados at that time.

19  Q    And how about Michael Mariaca?

20  A    He's off -- Michael Mariaca and Harry Rhyne McCall

21  are off to the right side of Les Werth.

22  Q    When you say *"he's having a verbal confrontation,"*

23  can you hear what he's saying to the Desperados?

24  A    Yes.  He's telling the Desperados that they're no

25  longer welcome in Petersburg or in Virginia, and they

1  need to leave town.  That they're not going to have

2  anymore Hells Angels' support clubs here.

3  Q    Did you see Les Werth, or does he say anything

4  about the firearms being present, either his firearm or

5  the other guy's firearm?

6  A    Yes.  The individual from the Desperados had the

7  firearm in his hand.  Had it on his side sort of on his

8  hip in his hand.  Michael Mariaca -- Les Werth tells

9  that individual, he says, *"You want to be a 1%er, let's*

10  *see if you got what it takes."*  And he pulls his coat

11  back.  He was wearing a very long trench coat.  He

12  pulls his coat back, takes his hand and puts it on his

13  firearm.

14  Q    This is Les Werth?

15  A    This is Les Werth.  Michael Mariaca takes his gun

16  out.  He had it behind his pants.  Takes it out, shows

17  it like this, and puts it under his arm.

18  Q    What, if anything, did the Desperados do at that

19  point?

20  A    They continued to have the verbal altercation

21  going back and forth.  The individual that had struck

22  me with the beer bottle then pulled a knife on me as

23  we're standing there.  I still have my baton in my

24  hand.  I struck him in the arm again.  I disarmed him

25  of the knife.  He went running away down the left side.

1    And right about -- a very short time after, we had

2  a uniform police car pull up right in front of the main

3  street there a short distance away from where we are

4  with its lights going.

5  Q    The emergency flashers?

6  A    Yes, sir.

7  Q    Does that cause people to do anything?

8  A    Yeah, it causes everybody to disburse because the

9  police are there.  We take off and go to the right side

10 back down the alleyway where we had come, and then we

11 split up.

12 Q    Do you leave the Cockades' area?

13 A    We do.  We split up.  Everybody ends up in

14 different vehicles.  I'm still with Special Agent

15 Ozbolt.  We get back in our car, and then everybody

16 started calling on the telephone just to regroup.

17 Q    Does there come a time when -- or many of you meet

18 back at the undercover residence?

19 A    Yes.  Myself, all the undercover agents and the

20 CI, myself, Special Agent Anderson, Special Agent

21 Ozbolt and this confidential source, along with Les

22 Werth, Harry Rhyne McCall, and Michael Mariaca, all go

23 back to the undercover residence.

24 Q    This is your house where you were before where we

25 saw the video?

1  A    Yes, sir.

2  Q    Where does Chris Timbers go, if you know?

3  A    We -- after we left the bar, the Cockades, we

4  regrouped and then we ended up going to another bar

5  right down the road, Live Wire, in Hopewell.

6  Christopher Timbers and Lyle Beatty were there for a

7  short time, and then they left and said they were going

8  back to the Manassas, Virginia area.

9  Q    Once you're back at your undercover residence, is

10 there more video taken of what occurs back after this

11 incident?

12 A    Yes, sir, there is.

13     MR. DUFFEY:  Let me show you -- I think I can hand

14 it to you.  For the record, it's been marked 158, 159,

15 and 160.

16 Q    Agent Grabman, much like the first round, was

17 there a tape of the entire meeting that you had once

18 you got back that lasted approximately one hour?

19 A    Yes, sir.  Government's Exhibit 158 is the tape

20 back at the -- the complete tape back at the undercover

21 residence that I've reviewed and initialed.

22     And then 159 and 160 are two clips from the tape

23 that take place.

24 Q    Have you reviewed both 159 and 160 for accuracy?

25 A    I have.

1          THE COURT:  Any objection to 158, 159, or 160?

2          MR. McGARVEY:  No, sir.

3          THE COURT:  They will be received without

4    objection.  You may publish them if you wish.

5          MR. DUFFEY:  Judge, they're both very short.  We

6    may want to hand out the transcripts.  I'm going to

7    play two clips.  They're very short.

8          THE COURT:  At the same time.  Sure.  We can do

9    that.

10         Marshal, go ahead and do that.

11            (The tape is being played at this time.)

12         MR. DUFFEY:  Judge, if I can pause it.

13   Q    Agent Grabman, can you identify the individual

14   standing up next to the, I guess, kitchen table?

15   A    This is Agent Ozbolt.

16   Q    And do you know what he's looking at on the table

17   there?

18   A    He's looking at Les Werth's Ruger pistol that he

19   had during the assault.

20   Q    And he's asking about the Ruger pistol in the

21   video?

22   A    Yes, sir.

23            (The tape is being played at this time.)

24   Q    I take it you have an opportunity to inspect the

25   weapon along with Agent Ozbolt?

1    A      Yes.

2    Q      And it was in fact a Ruger semi-automatic?

3    A      Yes.  Les warned us to be careful because it was

4    loaded.  He said it was *"hot,"* meaning it was ready to

5    be fired.

6    Q      Now playing Clip 160, there's more conversation

7    about what had happened at the Cockades.  And before we

8    start it, can you identify the people that are seated

9    there in the foreground?

10   A      This right here is going to be Special Agent

11   Ozbolt, Les Werth, I'm over here, and Michael Mariaca

12   here.  Harry McCall was seated on the couch in the

13   previous video, and he's gotten up.

14        MR. DUFFEY:  If we can play 160.

15          (The tape is being played at this time.)

16   Q      So these are discussions in the early morning

17   hours after the incident, is that correct?

18   A      Yes.  The first one was when we originally came

19   back to the house.  And that's where you see Mr. McCall

20   sitting in there talking about who was at the van, and

21   the second confrontation where the guns were pulled out

22   in the parking lot.  And then the next one is where

23   we're sitting with Les Werth and he's talking about

24   what was said.

25   Q      Does there come a time when you have a follow-up

1  conversation with Charles Love about what happened that

2  night?

3  A    Yes, sir.  The assault happened on March 14th.  I

4  had a couple of calls.  I ended up calling Charles Love

5  back on March 17, 2009.  I ended up talking to him on

6  the phone, and he tells me about their participation in

7  the event.

8  Q    Did he confirm that they did in fact arrive at

9  this event?

10       MR. McGARVEY:  Judge, I object to the conclusion

11  of their participation.  I think there needs to be a

12  foundation laid.

13       THE COURT:  Objection's overruled.  Go ahead.

14  Q    What did he say?

15  A    He stated that he, Dennis Haldermann, Chew Chew,

16  William Powell, Torch, and Chuck Barlow, who was a

17  member of the Devils Grip, he was the president of the

18  Devils Grip which is the official support club of

19  Pagans, along with another prospect, and a guy by the

20  name of Jimbo, who was the sergeant-of-arms of the

21  Pagans, James Hicks, they had shown up in Torch's truck

22  at the scene at the bar.  And as we were coming out and

23  they saw people running, the Desperados, they jumped

24  out of their vehicle and gave chase.  He said they had

25  bats, and one of them he said was *"carrying."*  I

1  believed he was referring to a firearm.

2  Q    Did he indicate -- did he indicate who jumped out

3  of the vehicle?

4  A    He stated that he got out and stayed by the

5  vehicle, and Dennis Haldermann and Chuck Barlow both

6  took off with bats and went down and chased people and

7  then ended up in some type of confrontation behind the

8  building.

9  Q    And he also indicated this person, James Hicks,

10 also got out of the vehicle?

11 A    Yes.

12 Q    Did there come a time within a week after that

13 that you met back at the undercover residence with

14 other members of the Outlaws?

15 A    Yes.  On March 21st, I was called -- or prior to

16 March 21st I was called by Michael Mariaca, and he said

17 that he was going to be coming in town with some

18 additional Outlaws, and coming back to show his support

19 again.  On March 21st, Michael Mariaca, Johnny Cranor,

20 Mike Smith, Douglas Rodgers who goes by the name of

21 Chewey, which is different than Dennis Haldermann, Chew

22 Chew, he was there, along with Christopher Timbers, and

23 Brett Longendyke from the Manassas chapter.

24 Q    So they came down and these other members came up

25 from North Carolina?

1  A    Yes, sir.

2  Q    And they met at this same house that we saw in the

3  video?

4  A    They met back at the undercover residence.  Yes,

5  sir.

6  Q    What was the purpose, or what did you discuss,

7  during this meeting?

8  A    They said they were coming in town this time to

9  show support.  They were going to go out.  They weren't

10 going out to purposely go out and *"directly engage"* –

11 is the term Michael Mariaca used – the HAs and their

12 support clubs, but they had an agreement that if we did

13 find them we would assault them.

14 Q    Who talked about -- who was saying that?

15 A    Michael Mariaca was saying it.  And everyone was

16 present in the house.

17 Q    And why would, if you know, why would Michael

18 Mariaca be the one to say this?

19 A    He was the chapter boss from -- he was the chapter

20 boss from Rock Hill, and he was with Johnny Cranor, the

21 regional enforcer.

22 Q    And I take it they all arrived and met at your

23 residence?

24 A    Yeah, everybody met up at our residence.

25 Q    Did you in fact go out and visit bars?

1    A     Yes, we went out to several different bars in the

2    area.

3    Q     Did there come a time when you came back to the

4    residence later?

5    A     Yes, sir.

6    Q     What happened once you got back to the residence?

7    A     We came back to the residence.  One of the last

8    bars we had shown up at, the Jolly Roger in the

9    Hopewell area, we had run into Chuck Barlow who is

10   president of the Devils Grip Motorcycle Club, the

11   Pagans' support club.

12   Q     This is the same Barlow that was involved in the

13   incident the week before?

14   A     It was -- or it is.

15   Q     And what, if anything, did Barlow agree to do?

16   A     Well, we came back to the undercover agent

17   residence.  When we got back to the undercover

18   residence, I observed Chuck Barlow providing cocaine to

19   some of the Outlaws that were there to include

20   Christopher Timbers, Michael Mariaca, and Johnny

21   Cranor.

22   Q     Did you witness them using the cocaine?

23   A     I did.

24   Q     And during the course of this evening, did

25   Christopher Timbers discuss with you possession of

1  firearms?

2  A    Yes.  He said he owned a .40 caliber pistol.

3  Q    On into April.  Did you leave Virginia and go to

4  Connecticut for any reason?

5  A    Yes, sir.  On April the 5th, we had to go up to

6  Connecticut for a funeral of an Outlaw that was killed

7  in a motorcycle accident, the president of the

8  Waterbury, Connecticut chapter, and we went up there

9  for the funeral.

10 Q    Was Christopher Timbers at this funeral as well?

11 A    Yes, sir.  We met up with Christopher Timbers and

12 Mark Steven Fiel.

13 Q    At that time, did you witness whether or not

14 Mr. Timbers was in possession of a firearm?

15 A    On the evening of April 5th, we were at the

16 clubhouse all night.  On the following morning on the

17 6th, we were getting ready to leave the Holiday Inn

18 where we had stayed, and Christopher Timbers showed me

19 a Jennings .380 caliber chrome pistol that he had

20 inside his saddle bag.

21 Q    Did you have an opportunity to observe that

22 close-up?

23 A    Yes, sir.

24 Q    You received training in firearms as a Special

25 Agent with ATF, is that correct?

1  A     Yes, sir.

2  Q     Did it appear to you to be of a Jennings .380

3  caliber pistol that would fire live ammunition?

4  A     Yes, sir.  It said it right on the side of the

5  firearm.

6  Q     What did you see Mr. Timbers do with the pistol?

7  A     He put it back in and secured it in the saddle

8  bag, and then we ended up going home.

9  Q     And when you say *"home,"* where did you go?

10 A     We rode together back, all the way back to

11 Virginia, to the point where we were on the Interstate

12 eastbound where it splits off to Warrenton.  We split

13 off to Warrenton.  Christopher Timbers kept going in

14 the Eastern District of Virginia continuing eastbound.

15 Q     Where exactly were you when Mr. Timbers showed you

16 the .380 Jennings?

17 A     In the parking lot of the Holiday Inn in

18 Waterbury, Connecticut.

19 Q     And is it your testimony you actually saw him

20 place it into his saddle bag?

21 A     He had it in the saddle bag.  He pulled it out, he

22 showed me and then put it back.  Special Agent Anderson

23 was next to me.

24 Q     And do you leave to head back to Virginia

25 immediately thereafter?

1  A    Yes.  We were loading our bikes at that time

2  packing to go back.

3  Q    And for those of you geographically disinclined,

4  how many states do you cross to get from Connecticut

5  back into Virginia?

6  A    Numerous states.  All the way from the northeast

7  all the way back into Virginia.

8  Q    And are you with Christopher Timbers the entire

9  way back?

10  A    Yes, sir, I am.

11  Q    Do you stop along the way and spend the night, or

12  anything like that?

13  A    No, sir.  We continue all the way back only

14  stopping for gas.

15  Q    All right.  While you're up -- and let me back you

16  up.  While you're up in Connecticut, are there anymore

17  efforts to seek out rival gangs up in Connecticut?

18  A    Yes.  While we're up there, we're up there still

19  working prospective members of the Outlaws.  Myself and

20  the undercover agent are told at one point late in the

21  evening that we need to go out with the other Outlaws

22  that were present, which is being led by Christopher

23  Casano named Evil, who's an Outlaw from the Brockton,

24  Massachusetts chapter.  And they heard there were Hells

25  Angels out at some of their bars, and we were going out

1  attempting to find them.

2  Q    Did you in fact do that?

3  A    Yes, we did.

4  Q    Did you find any Hells Angels at that time?

5  A    We did not that night.

6  Q    And then I take it, as you've described, you

7  returned now to the Virginia area?

8  A    Yes, sir.

9  Q    Let me move you ahead into the month of May of

10 2009.  Do you have -- at this point, have you set up a

11 clubhouse in the Richmond area?

12 A    Yes, sir.  We had set up a clubhouse off Crater

13 Road in the Petersburg area, and we had -- the very

14 first time we opened it for the Outlaws coming in was

15 May 16, 2009.

16 Q    And when you say *"we opened it for the Outlaws,"* I

17 take it you invited them to the clubhouse?

18 A    Yes, sir.  We invited Mark Steven Fiel, and some

19 of the other people, to come up to the clubhouse.

20 Q    Does Snuff come to the clubhouse?

21 A    He does.

22 Q    And other members of the Outlaws?

23 A    Yes.  Brett Longendyke is with him, and there's

24 some other people there, along with some other people

25 from the local community.

1  Q    And is it just a party that night?

2  A    Yes.  It's an informal get-together.  It wasn't a

3  big planned party.  We had people over.  We have

4  conversations with Mark Steven Fiel while we're there.

5  He tells us that we need to find out where Scotty

6  Barfield, the president or the leader of the Hells

7  Angels, in Richmond lives.  We already knew but we had

8  not told him that he knew.  But he said we need to find

9  out where he lives and let him know.  He says, *It's

10 time to start stepping up and claiming your territory."*

11      He instructs us to find Scotty Barfield, or the

12 other Hells Angels, or members of their support clubs,

13 assault them and take their patches.

14 Q    This is Snuff telling you this?

15 A    Yes, sir.

16 Q    At this time, you're still prospects?

17 A    Yes, sir, we're still a prospective chapter.

18 Q    What is Snuff -- what is his position at this time

19 in the Outlaws?

20 A    At that time, he's the president of the northern

21 Virginia or the Manassas/Shenandoah Valley chapter.

22 Q    Did he mention your relationship with the Pagans

23 Motorcycle Club at that time?

24 A    He talked about it and said that we needed -- with

25 those guys we needed to be careful.  He really -- he

1  said that they were not doing enough to step up the

2  assaults in the Richmond area.  And he actually had a

3  conversation with some of their members and some of

4  their associate club members that evening telling them

5  they were not stepping up, and should too also be

6  stepping up trying to assault the Hells Angels.

7  Q    Did he have this conversation in front of you?

8  A    Yes, he did.

9  Q    And this was with the Pagans?

10 A    That's with Pagans, and Pagans' supporters.  Yes,

11 sir.

12 Q    Any illegal drug use at the parties at your

13 undercover clubhouse?

14 A    Yes.  I witnessed Brett Longendyke purchase

15 approximately $90 worth of cocaine from Chuck Barlow

16 who came over to the clubhouse that day.  They

17 purchased it in the back room of the clubhouse.  I was

18 standing there.  He didn't know Barlow, and asked me to

19 arrange the transaction for him.  I introduced him,

20 they did the deal, he then asked me if I wanted to use

21 some of the cocaine, and I said, *No.*  He offered

22 Barlow to use some that he'd just purchased, and they

23 ended up going back into the bathroom in the back of

24 the clubhouse.

25 Q    Later that month, do you meet up with Mark Steven

1  Fiel again up in the northern Virginia area?

2  A    Yes, sir.  On May 23, 2009, we end up as

3  prospective members having to go set up a table and

4  sell Outlaw support gear at a party that's being hosted

5  in Fairfax, Virginia with a former member of the

6  Pagans.  There's a large gathering of local bikers from

7  the Pagans, bikers from some other clubs, and the local

8  community there.

9        Les Werth, Michael Mariaca, Harry Rhyne McCall

10 come up from North Carolina and end up going out with

11 us, and we go to the party in Fairfax.

12 Q    And is this essentially a Pagans' party or an

13 Outlaws' party?

14 A    It's a Pagans' party.

15 Q    And Mr. McCall is present?

16 A    He is.

17 Q    And is there any illegal drug use going on at this

18 party?

19 A    Yes.  At one point towards the end of the

20 afternoon after we'd been selling all the support gear,

21 by motion, Mark Steven Fiel tells me I need to come

22 into the house with him.  It was nervous for me because

23 in the mid '90s, I had done a case on the northern

24 Virginia and the Manassas Pagans as an associate member

25 of their club, and had locked up about 25 members of

1  both of their chapters on drugs and firearm charges.

2  And these -- some of the people that were still there

3  were people that I had associated with on that case.

4  And so he called me into the house, and I didn't know

5  what was going on.

6  Q    Some of the people were present at this party?

7  A    Actually, the owner of the house, Rusty Hall.

8  Q    So was there any discussion in your presence

9  regarding this other investigation that you were

10 involved in?

11 A    Yes.  I was motioned into a back bedroom in the

12 residence.  I followed Snuff in.  When I entered, there

13 were three members of the Pagans inside there which

14 were -- there was Torch, William Powell, PK, and

15 another member.  They were the leadership of some of

16 the Pagans.  It was myself, Mark Steven Fiel.  Brett

17 Longendyke ended up coming in.

18      PK from the Pagans handed me a small bag of

19 cocaine, and Brett Longendyke handed me another small

20 bag, and they told me to sit down at the desk with my

21 back to them and start cutting up lines for them.

22 Q    Did they carry on a conversation while you were

23 doing that?

24 A    They did.  As I was doing that, they began a

25 discussion and started talking about all the Pagans

1  that had been arrested in the case back in the mid

2  '90s.  I was afraid that I'd been compromised and that

3  they knew who I was.  I couldn't see what was going on

4  behind me.

5       They started talking in particular about Rusty

6  Conley who was a member of the Pagans that had gotten

7  30 years on firearms and narcotics on that.  And that

8  all the Pagans were wearing support patches --

9       THE COURT:  Yes, sir.

10      MR. AMIRSHAHI:  Judge, earlier there was a motion

11  regarding other folks' charges, serving time in prison,

12  and it was made I believe by Ms. Cardwell, and I

13  thought the Court sustained that.

14      THE COURT:  These weren't members of the Outlaws

15  though.

16      MR. AMIRSHAHI:  That's correct.

17      THE COURT:  That motion before dealt with the

18  Outlaws.

19      MR. AMIRSHAHI:  That's correct.  I would just

20  renew that motion as applied to anyone facing these

21  types of charges, similar charges.

22      THE COURT:  Objection is overruled.  It does not

23  involve the Outlaws.  If it does involve the Outlaws,

24  it will be sustained.

25      You may go ahead, Agent Grabman.

1          AGENT GRABMAN:  Thank you, Your Honor.

2    Q    So just to be clear, this is the Pagans' part of

3    case that you investigated years before?

4    A    Yeah, from the Pagans back in the mid to late

5    '90s.

6    Q    Now, were you in fact compromised?

7    A    No, I wasn't.  They continued talking, and then

8    began using the cocaine.

9    Q    So did there come a time after this party that you

10   went back to the undercover clubhouse?

11   A    Yes.  We left that party and we went to -- on the

12   way back to Petersburg, we stopped at another party

13   that was going on at Mark Jason Fiel's brother's,

14   Jeremiah, residence.  I believe it was his residence.

15   He was there.  They stopped at a party there.  We were

16   there for a short time.

17        And then Harry Rhyne McCall, Michael Mariaca, Les

18   Werth, Brett Longendyke, and Jeff Oliff, known as

19   Bodine, who was a probate at the time for the Manassas

20   chapter, those people, along with the undercover

21   agents, we all went back to the Petersburg clubhouse.

22   Q    Is there continued use of illegal drugs once you

23   get back there by the Outlaws?

24   A    Yes.  While we're at the clubhouse that evening,

25   we're up all night, and we observed Harry Rhyne McCall,

1   Michael Mariaca, and Brett Longendyke using cocaine.

2   Q     Taking you into June of 2009.  Was there an

3   Outlaws' clubhouse in Rock Hill, South Carolina?

4   A     Yes, sir.

5   Q     Did you have occasions to visit that in June of

6   2009?

7   A     Yes.  On June 5th, myself and the other undercover

8   agents and the CI, only one of the CIs, there were four

9   of us that went down, we went down to Rock Hill, South

10  Carolina to the chapter there on that Friday evening.

11  We meet with Les Werth and Michael Mariaca.  We're

12  talking with them.

13        While we're there, Les Werth and Michael Mariaca

14  are talking about an assault that Les Werth committed

15  on one of the Hells Angels' prospects across the

16  street.  There's a bar directly across the street from

17  the clubhouse in Rock Hill that was run by the Hells

18  Angels – at one time a prospect from the Hells Angels

19  owned it – and they had an ongoing confrontation going

20  back and forth.

21  Q     This is one of the few or only Outlaws' clubhouse

22  in South Carolina?

23  A     It is the only Outlaws' clubhouse in South

24  Carolina.  South Carolina is traditionally a Hells

25  Angels' state.  The Outlaws ended up opening up a

1  chapter in Rock Hill, South Carolina outside of

2  Charlotte.

3  Q    Was it a point of contention for opening up a

4  clubhouse in South Carolina?

5  A    Yes.  They branched and went into the Hells

6  Angels' claimed territory because it was their state,

7  and so it caused a big problem.

8  Q    This weekend of June 5th, do you go to any of the

9  other clubhouses, the Outlaws' clubhouses?

10 A    Yes.  On June 6th we leave Rock Hill.  The morning

11 of June 6th we leave Rock Hill.  We stop off at a bar

12 called Easy Eddies outside Charlotte.  We go there, Les

13 says, because they want to make sure that there are no

14 Hells Angels that show up at a function that was going

15 on there.  We're there for a short time, and we leave

16 and we go to Hickory, North Carolina to a party there

17 being hosted in honor of William Flamont, whose

18 nickname is Billy Chains.  He's a 30-year Outlaw.  He's

19 a member of that chapter, and it's a birthday party

20 being hosted there for him.

21 Q    And during this weekend, was a man by the name of

22 Brian McDermott present?

23 A    He was.  Brian McDermott was a probate member for

24 the Hickory chapter.  That weekend when we got there,

25 during the evening of June the 6th, he was called in to

1  a room.  All the Outlaws went into a room.  He was

2  called in there.  We heard a lot of commotion, and a

3  short time later he came out and he was awarded his

4  full patch on that date.

5  Q     So Brian McDermott became a full member of the

6  Outlaws on that date?

7  A     Yes, sir.

8  Q     Did something unusual happen later that evening to

9  Mr. McDermott?

10  A     Yes, sir.  Brian McDermott that evening began

11  drinking.  He was celebrating getting his Outlaws'

12  patch.  As the evening went on, he'd gotten

13  intoxicated.  He ended up going and laying down in the

14  one of the bunkrooms, and he laid down in his Outlaw

15  patch.  And you're not allowed to lay in your Outlaw

16  patch laying down with it.  That's considered

17  disrespectful to the Outlaws' patch.  You have to take

18  it off and wrap your arms through it or secure it

19  another way.  You're not allowed to lay in it.

20       Several of the members, including Harry Rhyne

21  McCall, Johnny Cranor, James Rocket, observed this, and

22  were very upset with him, yelled at him and told him to

23  secure the patch the correct way.  He did.

24       They came -- they continued to drink at the bar.

25  Harry Rhyne McCall, Michael Mariaca, Johnny Cranor,

1  Micky, Michael Gunther were all observed using cocaine

2  continually during that evening.

3  Q    Mr. McDermott now had gone back to sleep in proper

4  fashion?

5  A    Yes, he's back in there laying down.  They've let

6  him lay down because they said he had his patch on

7  correctly.

8  Q    He patched in as a full-patched member that night,

9  so he now has full member status?

10  A    Yes, sir.

11  Q    Was he told -- to your knowledge, told anything

12  about what he could expect that night because it was

13  his night?

14  A    He told me during a conversation that night that

15  it was his night.  He couldn't do anything wrong.  He

16  was having fun.

17  Q    Did he in fact do something wrong later that

18  evening?

19  A    Yes.  After a short while, he ends up coming out

20  of it.  It was probably 2:00 or so, at least, in the

21  morning, maybe a little later.  Special Agent Anderson

22  and I are still working the bar as prospective members.

23      Brian -- at one point, one of the Outlaws had gone

24  in and taken his vest from him while he was sleeping

25  even though he had it secured the correct way.  They

1  came out and they were talking about it at the bar.

2  Harry Rhyne McCall, Johnny Cranor, William Gunther,

3  James Rocket were all there.  They're talking about it.

4      And Brian McDermott walks out of the bunkroom

5  through the main part of the clubhouse, and they –– he

6  didn't have his patch on because they had taken it.

7  And they asked him where his patch was.  And he

8  responded, *"It's no big deal.  I've got it covered.*

9  *Don't worry about it."*

10 Q    Was that a proper response to make to the Outlaws?

11 A    It was not.

12 Q    Why?

13 A    Because your patch is your prize possession.  You

14 should always know where it is and be careful of it.

15 Brian McDermott walked in and walked back into the

16 bunkroom.  Harry Rhyne McCall made a statement saying,

17 *"I've heard all I need to hear."*  They had a discussion

18 on whether or not to probate him or kick him out of

19 club.  And they talked back and forth.  And then Johnny

20 Cranor and Harry Rhyne McCall then went back into the

21 bunkroom.

22 Q    What did you see or hear at that point?

23 A    At that point, I heard a bunch of commotion back

24 in the –– coming from the hallway by the bunkroom.  And

25 I could hear an adult male crying and getting beat back

1  there.

2  Q    Did you find out later who that adult male was?

3  A    Yes.  It was Brian McDermott.

4  Q    Do you know whether or not he was beaten?

5  A    Pardon me?

6  Q    Do you know whether or not he was in fact beaten?

7  A    Yes, sir.

8  Q    Do you know who beat him?

9  A    Harry Rhyne McCall and Johnny Cranor.

10 Q    Where did Mr. McDermott go after this punishment?

11 A    He left out the front door of the residence.  As

12 he was trying to leave - he was disillusioned because

13 he'd been beat so bad - he ran into the side of the

14 CI's vehicle outside.  He got back on his bike and then

15 went to another Outlaws' house.

16 Q    Now, was Mr. McCall and Mr. Cranor punished for

17 this?

18 A    Yes, they were later punished by Les Werth.  They

19 were probated, and I know at least Johnny Cranor

20 received a black eye for it.

21 Q    Why were they punished?

22 A    Because they had not taken off -- they had gone

23 overboard in the punishment.  Harry Rhyne McCall at the

24 time was the regional vice president, and Johnny Cranor

25 was the regional enforcer, and they were wearing large

1   -- the Outlaws wear large big massive rings on their

2   fingers.  If you wear them across each finger, it forms

3   like a pair of brass knuckles on your hand.  They had

4   not taken off their rings when they administered the

5   punishment to Brian McDermott.

6   Q    And so they were punished for that?

7   A    Yes.

8   Q    Now, back in the Petersburg area, were you having

9   any problems with rival Hells Angels' gangs or their

10  affiliates?

11  A    Yes.  We were continually having problems with the

12  Hells Angels and one of their support groups called the

13  Merciless Souls.

14  Q    What kind of problems were you having with them?

15  A    We had had a couple of confrontations with them.

16  As I stated, when you're in an undercover role, you

17  never know when you're going to run into these people.

18  We had ran into them at local bars, and even at the

19  local Wal-Mart where we almost got in a confrontation

20  with them.

21  Q    You say "*almost*."  Did you get into any kind of

22  confrontation?

23  A    On one occasion at the Southern Star Bar we did.

24  Q    What happened at the Southern Star?

25  A    It was a verbal then a pushing match.  And at one

1  point, everybody was sort of pushing each other back

2  and forth.  They had come at us.  I thought that I had

3  gotten hit with an elbow, but it turns out later that I

4  had found out one of the Merciless Souls had hit me

5  across the face, and I had gotten a broken nose and it

6  had blacked my eyes.

7  Q    Were you guys as undercover agents seeking out

8  confrontations?

9  A    No.  We were trying to avoid it.

10 Q    And why is that?

11 A    Because we were trying to operate at that point in

12 the case on the Outlaws.  We weren't trying to have a

13 confrontation.  On a couple of occasions -- one

14 occasion, one of the Pagan prospects during that time

15 had gotten trapped in the Southern Star Bar by members

16 of the Merciless Souls.  We also got calls from other

17 members that were there, and they wanted us to come

18 down to help confront and help get them out.  On that

19 occasion, what we did was we had Josh Valot, our case

20 agent, ended up sending uniform officers in and telling

21 them -- and they went there to respond to the fight

22 call, and then we just later lied to the members of the

23 Pagans and their support clubs that were there saying

24 that we came and saw the police there and didn't come

25 in.

1  Q     Did you have any specific confrontation with the

2  HAs in the area?

3  A     Yes.  On June 26, 2009, we were at our clubhouse.

4  It was myself, Special Agent Anderson, Special Agent

5  Ozbolt, one of the confidential sources, and Lyle

6  Beatty, Butchie, from the Manassas chapter.  We were

7  loading a pool table into our clubhouse.  He had picked

8  one up for us and we were bringing it in.  As we were

9  loading it in, members of the Hells Angels and the

10 Merciless Souls pulled up on their motorcycles and in

11 their vehicles directly across the street at a

12 restaurant across the street, and started posturing in

13 the parking lot like they were going to come over to

14 the clubhouse.

15 Q     What do you mean, *"posturing"*?

16 A     They were putting on gloves and standing out there

17 and posturing up like they were trying to get into a

18 confrontation.

19 Q     Are they wearing their colors or their patches as

20 well?

21 A     Yes, they were.

22 Q     Did you in fact go out and confront them?

23 A     We went out onto the front porch and we stood

24 there on the front porch going back and forth with

25 them.  We were able to call Josh Valot, the case agent

1  who was out.  We always -- about 90% of the time when

2  we had planned activities that day - and we knew we

3  were meeting with Lyle Beatty - we would have a cover

4  team of people that would be out in the area.  Josh

5  Valot, our main case agent, was out there.  He was able

6  to notify the Petersburg Police Department, and they

7  were able to get units there dispatched, and they ended

8  up separating both people.

9  Q    Now, this is taking place at your clubhouse?

10 A    Yes, sir.

11 Q    To your knowledge, did the local or the rival

12 Hells Angels, or their affiliates, know where you lived

13 at your residence?

14 A    Yes.  Approximately -- they had been stepping up

15 their aggressive stance.  Approximately a month or so

16 before that, they had come by my undercover residence

17 and put a Hells Angels' support sticker on my mailbox

18 to let me know they knew where I lived.

19 Q    And how do you know this was done by the rival

20 gang?

21 A    Because they also put a invitation to one of their

22 parties inside the mailbox.  And then it came back

23 through other people in town that they knew that --

24 they were suspecting that we were police officers at

25 one point because we wouldn't actually engage them and

1   fight them.

2   Q    Now, did there come a time in early July that you

3   did become full-fledged members of the Outlaws?

4   A    Yes, sir.

5   Q    And how did that come about?

6   A    On July the 5th -- or excuse me, the July 4th

7   weekend, we had a large national party in Hickory,

8   North Carolina that was hosted by our region.  It was

9   the 30th anniversary of the Charlotte massacre of the

10  three members of the Outlaws that had been killed.  It

11  was told to us that the Hells Angels had done it.  And

12  they had a large party, national function,

13  commemorating that.

14  Q    And I take it you and the other members of your

15  team attend?

16  A    Yes, sir.  We had to go there and work as

17  prospects.

18  Q    And did there come a time later in the weekend

19  that there's some type of ceremony for you?

20  A    Yes.  On July 4, 2009, we get called into a room.

21  All the Outlaws are there from across the country.

22  There's probably 300-plus Outlaws there.  While we're

23  there, they end up calling us up on the stage, have a

24  conversation with us asking us, you know, if we really

25  want to be Outlaws.  Milwaukee Jack, Jack Rosga, and

1   Les Werth are up on the stage.  They ask us if we want

2   to be Outlaws, and we go through this dialogue back and

3   forth, and we say, *"Yes."*  They ask if anyone -- Jack

4   Rosga asks if anyone in the audience, of any of the

5   Outlaws there from across the country, has any problem

6   with us becoming members of the Outlaws, and everyone

7   said they agreed with it.

8        And we were told that if we wanted to be Outlaws,

9   to take off our patches.  He said, *"You better get*

10  *those patches off."*  And at that time, we were grabbed

11  by all different members of the Outlaws that were

12  there, and they tried to rip our -- it was an

13  initiation at that point to where they're trying to rip

14  your patch off your body.

15  Q    And so there's wrestling and, I guess, fighting?

16  A    Yeah.  You're basically just holding onto your

17  patch.  You can't swing.  All you can do is try to

18  defend your patch and hold on to it.  It would simulate

19  a similar situation if a rival were trying to take it

20  from you.  And you have to hold on to your patch and

21  not give up your patch, and you have to fight for it.

22  And at some point, someone said, *"Okay, stop."*  And

23  they ended up giving us our soft patch, which is a

24  t-shirt, with the Outlaw patch on it.

25  Q    And does there come a time, I guess later, you get

1  the full patch that you described earlier on Jack's

2  vest?

3  A    Yes.  They give it to us on stage, the actual

4  patches, and then we left the event to go get them sewn

5  on and then came back to the event.

6  Q    So from that point on, you are, at least according

7  to the Outlaws, full members of the Outlaws Motorcycle

8  Club?

9  A    Yes, sir.

10  Q    And do you spend the entire weekend down in North

11  Carolina, or do you come back to the Petersburg area?

12  A    We're down in North Carolina until July 5th, the

13  day after we patch.  The morning of July 5th, Jack

14  Rosga came up to me and told me that he was going to be

15  traveling back to Petersburg with our chapter, and

16  wanted to come back with us to see our clubhouse and

17  spend time with us.

18  Q    Does he in fact do that?

19  A    He does.

20  Q    And you ride back towards the Petersburg

21  clubhouse, is that correct?

22  A    Yes.  We're on motorcycles.  It was sort of a

23  rainy, nasty day.  We're in rain gear.  We're riding

24  back.  As we're going through Durham, we stop at a

25  Western Sizzler Restaurant for lunch.  We go to the

1  Western Sizzler, eat lunch.

2      During conversations, we're talking about the

3  Outlaws and about our chapter, and just the Outlaws in

4  general.  And Jack's talking, and during that

5  conversation he says that he knows it's expensive being

6  an Outlaw.  He talks about he needs to get receipts for

7  the meal because it's paid for out of the national

8  dues.

9      He states during that time that he knows that it's

10  expensive.  That Outlaws have to make their money from

11  time to time.  He knows that some of them are involved

12  in drugs.  He says that he's not involved in drugs

13  himself, but he doesn't mind if other members do it to

14  make money because they have to make money.

15      He said that he knows that he will go to jail one

16  day not for that, but for ordering something being done

17  on behalf of the club against a rival.

18  Q    Let me show you what I've marked as Government's

19  Exhibit 297.

20      THE COURT:  Did you say 297, Mr. Duffey?

21      MR. DUFFEY:  Yes, sir.

22  Q    Can you identify that?

23  A    Yes, sir.  This is the receipt from the Western

24  Sizzler Restaurant dated July 5, 2009, at approximately

25  1:32 p.m.  I know that this was recovered from Jack

1    Rosga's bedroom during the search warrant.  I've

2    reviewed the evidence that was recovered from his house

3    on June the 15th, 2009.

4         THE COURT:  Any objection to 297?

5         MS. CARDWELL:  No, sir.

6         THE COURT:  Be received.

7    Q    Once you're back, do you actually come back to the

8    undercover clubhouse?

9    A    Yes.  We leave.  After eating lunch, we go back

10   and continue riding back to Petersburg, Virginia.  We

11   have a couple more hour ride.  We get to Petersburg.

12   Once we arrive at the clubhouse, everybody sheds their

13   rain gear, and then we show Jack Rosga the clubhouse.

14   Q    You walk around with him and spend several hours

15   with him at that time?

16   A    Yes.  We walk around the clubhouse both inside and

17   outside.  While we're walking outside, we're showing

18   him we had security cameras set up outside.  The

19   Outlaw' clubhouses all have security cameras set up

20   outside the buildings in order to be able to watch

21   what's going on and monitor inside where they can see.

22   He's telling us that we need to upgrade our cameras and

23   our security system.  He talks about the security

24   system that they have in the Milwaukee clubhouse.  That

25   he has his own monitors.  They have a big bank of

1 monitors in the clubhouse in order to see what's going

2 on.

3      As we're walking around outside, at one point we

4 see a hole in the side of building we hadn't seen

5 before.  It was a corrugated sheet metal building, a

6 large building.  Our clubhouse was approximately 6,000

7 square feet, the total with the back bay.  We see the

8 hole.  We have a discussion with Jack.  We're wondering

9 if it possibly could have been a bullet hole from when

10 we just had a confrontation with members of the Hells

11 Angels.

12      One of them after the confrontation back when that

13 incident happened, they had come back later that night,

14 gone to another bar, and then ridden by and displayed

15 firearms.  So we knew that that process was heating up

16 by them in that they are trying to get into a

17 confrontation with us.

18      We talked about whether or not it could be a

19 bullet hole, and sort of left it undecided.  Later on

20 that night before Jack Rosga left, we decided that it

21 wasn't.  We had actually looked at it and decided that

22 it wasn't a bullet hole.

23 Q    Did you discuss with him the problems you were

24 having with the Hells Angels and their associate club

25 in the area?

1  A    We did.  He came inside.  It spanned over a period

2  of approximately four hours he was there.  We had

3  continual conversations with him.  At one point, you

4  know, he brought out some jewelry he sells, Outlaw

5  jewelry.  He gave me a ring and said that he wanted to

6  give it to me as a present for setting up the chapter.

7  That I'd done a good job.

8      Some of the other undercover agents bought some

9  jewelry from him.  He then asked if we had our snitches

10  patches, and we said, *"No."*  And the patch I had showed

11  the jury earlier on his vest, *"Snitches are a Dying*

12  *Breed,"* he had a stack of those, and gave us each one

13  of those as a present.

14  Q    Jack handed those out to you?

15  A    Yes, sir.

16  Q    To each one?

17  A    To each one of us in our chapter.

18  Q    Did you in fact place them on your vest at a later

19  date?

20  A    Yes, sir.  We had them sewn on.

21  Q    Does there come a time when you're seated at the

22  table and then have specific discussions about these

23  Desperados or the Hells Angels?

24  A    Yes.  Jack Rosga started asking us about the

25  strength of the Hells Angels there.  Asked if they had

1    a clubhouse, how many guys that they had.  We started

2    talking to him about the members and the Hells Angels

3    that were there.  Talking to him about the Desperados

4    and the Merciless Souls coming by the clubhouse.

5         We talked about the incident that happened on

6    June 26th where we had the confrontation outside the

7    clubhouse, and later that night we had gone and I had

8    stuck a *"Support Your Local Outlaw"* sticker on the head

9    of the Hells Angels' vehicle outside his house.  We

10   were attempting to try and get them to calm down to

11   where they wouldn't be confronting us and telling

12   people that we were law enforcement.  It ended up

13   working because in a later confrontation with the gray

14   region boss, Mark Lester, he told him that the leader

15   of the Hells Angels from North Carolina had called him

16   and told him about the incident and told him that they

17   would back off.

18   Q    Let me get this straight.  You placed a sticker on

19   a local Hells Angels' car?

20   A    Correct.

21   Q    An Outlaws' sticker?

22   A    An Outlaws' sticker.  And when I told that to

23   Jack, Jack was like, *"No.  No.  No."*  I said -- well, I

24   told him about that they had come to my house first and

25   put it on my mailbox showing that they knew where I

1  lived.

2      And he said, *"Oh, they did?"*  And he looked at us

3  and he said, *"Well, best way to stop that is to put a*

4  *cap in 'em."*  And he made a gun symbol with his hand.

5  Q    And do you understand what he meant when he said,

6  *"Put a cap in 'em"*?

7  A    He meant to shoot members of the Hells Angels.

8  Q    Was this videotaped and audiotaped?

9  A    It was.

10 Q    We're going to play that in just a second.  There

11 was, I take it -- can you describe some of the issues

12 you had with the videotaping going on in your

13 clubhouse?

14 A    Well, we had just established the clubhouse at

15 that point in time.  We had just kicked it off in mid

16 May, and this was July.  The recordings, the audio and

17 video recordings, basically the video especially in the

18 clubhouse, was set up on a 3-fold purpose.  It was

19 meant to, for one, to be a safety issue because it was

20 actually broadcast via wireless out to the cover team

21 and they were able to watch it on a monitor from their

22 vehicle to see what was going on, as well as it was

23 being recorded onto a hard drive.

24      The other thing with the cameras is the cameras

25 were motion-sensitive cameras because when we weren't

1  in the clubhouse, we didn't know if it was going to get

2  broken into or if anything was going to happen, so the

3  cameras actually had motion sensors on them.  They

4  continued to run as long as there's motion.  But if

5  people were sitting still, they would freeze up for a

6  short second, and so it made the video feed, and the

7  evidence gathered from that, choppy.

8      In addition to that, the large expanse of the

9  clubhouse, like I said it was approximately 6,000

10 square feet, it was a very large open area where we had

11 pool tables and a bar, and then we also had an office

12 and a bunkroom and then a back bay area.  But the mics,

13 when you put undercover mics in a place, the mics were

14 put up inside the clubhouse, and they're sound

15 sensitive as well.  So when we're talking, if there's

16 nothing else like we're talking now, you can hear it

17 very plainly and clearly.  If there's music or

18 something else that has a lot of pitch, it tends to

19 pick that up and drowns out the sound of some of the

20 actual voices.

21     We didn't know that at the time of the recording

22 on July 5th, or a couple of the previous recordings,

23 because all the hard drives were all computerized and

24 they were built into a false wall inside the clubhouse

25 so they couldn't be found.  A tech person had to come

1  in, remove the wall, and physically download the

2  recordings.

3  Q    In essence, you didn't have an opportunity to

4  review the tape immediately after?

5  A    No, we did not.  Not until usually a month or two

6  afterwards.

7  Q    Let me show you what I've marked as Government's

8  Exhibits 202, 203, and 204.

9       MR. DUFFEY:  Judge, can I approach the --

10      THE COURT:  We're going to take a short recess

11  before you play those tapes, so once they're in

12  evidence -- any objection to these tapes, counsel?

13      MR. AMIRSHAHI:  No, sir.

14      MS. CARDWELL:  No, sir.

15      THE COURT:  They'll be received in evidence.

16      Before you publish them, we're going to take a 10

17  minute recess.

18      Marshal, let the jury retire for 10 minutes.

19    (The jury is no longer present in the courtroom.)

20      THE COURT:  We'll stand in recess for 10 minutes.

21                    (Recess taken.)

22      THE COURT:  Ready for the jury?

23      MR. DUFFEY:  Yes, sir.

24      MR. AMIRSHAHI:  Yes, sir.

25      THE COURT:  Marshal, bring the jury in.

1      (The jury is present in the courtroom.)

2      THE COURT:  All right.  Go ahead and proceed,

3  Mr. Duffey.

4      MR. DUFFEY:  Thank you, Judge.

5  BY MR. DUFFEY:

6  Q    Agent Grabman, is there more then one camera or

7  camera angle in the clubhouse for the video?

8  A    Yes.  In the main clubhouse room where the bar is

9  there's two different video camera angles.

10  Q    Each of the clips that we're about to see are ones

11  from each of the camera angles?

12  A    Yes, sir.

13  Q    And once you determined that you had problems

14  hearing the audio on these, what steps, if any, did you

15  try to increase the sound of the audio?

16  A    We took one of the tapes to the Virginia State

17  Police to the technical center, and they tried to fade

18  out some of the background music and the noise so you

19  could hear the voices.

20  Q    So that is a third audioclip that was done by the

21  Virginia State Police?

22  A    Yes, sir.

23      MR. DUFFEY:  Let's start with Government's 202 if

24  we can.  If we can leave it paused just for a second.

25  Q    Can you describe the people that you can see in

1  the upper left-hand corner of the video?

2  A    It's hard to see.  Right there in the white shirt

3  is Jack Rosga.  The person sitting to the left of him

4  is either a relative or a close associate who had

5  driven his trucking business truck.  He uses his truck

6  to travel across the country, but he also carries his

7  bike on it at times.  And he had shown up there to pick

8  up his bike.  So he's seated here.

9        That's myself, Agent Ozbolt, and another

10  undercover over here.

11        MR. DUFFEY:  We can go ahead and play it.

12        THE COURT:  I don't have a transcript of 202 with

13  my exhibits here.

14        MR. DUFFEY:  Do you have 204-A?

15        AGENT GRABMAN:  It's 204-A, sir.

16        THE COURT:  Exhibit 204-A.  Yes, sir, I do have

17  204-A.  Very well.  Go ahead.

18        (The tape is being played at this time.)

19  Q    Obviously the audio part is difficult to hear,

20  right?

21  A    Yes, sir.  And in the video you can see it locks

22  up the movement.

23  Q    Let me play now a shorter clip, Government's 203.

24  It's much shorter, but from a different camera angle.

25        (The tape is being played at this time.)

1   Q     Now, you said --

2         JURORS:  We couldn't see anything.

3         THE COURT:  All right.

4         Exhibits 203 and 204 are already in evidence.

5   Exhibits 202, 203, and 204 all came in before the

6   recess, so you can publish them.

7         MR. DUFFEY:  Did they see the first one?

8         THE COURT:  Yes.

9         MR. DUFFEY:  Judge, can we play it again?

10        THE COURT:  You can play it again.

11          (The tape is being played at this time.)

12  Q     Now, you mentioned that you tried to enhance the

13  audio through the Virginia State Police.  And did they

14  return an audio portion that we just saw?

15  A     They did.  It was a clip of audio where we're

16  sitting at the table, and where we're talking about the

17  sticker being put on the vehicle, and then Jack Rosga

18  when he says, *"Put a cap in 'em."*

19  Q     The same part of the audio that we just saw in the

20  video?

21  A     Yes, sir.

22  Q     Just an audio clip?

23  A     Just an audio clip from that.

24        MR. DUFFEY:  Judge, that's 204.  If we can just

25  play that for the jury.

1    THE COURT:  Okay.

2       (The audio is being played at this time.)

3  Q    The reference to the cell phones at the end of

4  that tape, can you explain what was being discussed?

5  A    Yeah.  When we're talking with Jack Rosga and he's

6  telling us, when he says, *"Just put a cap in 'em.  I*

7  *don't like all the back and forth stuff,"* he looks down

8  and he sees his cell phone sitting there in front of

9  him, and his mood and his demeanor immediately change.

10 And he picks up his cell phone and he says, *"I don't*

11 *ever talk around these.  Never."*

12      And I said, *"Well, we always make them take them*

13 *out of the room whenever we have church or talk*

14 *business."*  And then he gets up.  He was visually

15 shaken and upset because he had talked in front of his

16 cell phone during that conversation.

17      MS. CARDWELL:  Objection as to how he's feeling,

18 Your Honor.  He can describe what he saw --

19      THE COURT:  Objection is sustained.  You can

20 rephrase the question.

21      You can't speculate as to what his emotions are.

22 Q    Just describe what he had looked like without

23 making a conclusion.  Can you describe how he appeared

24 to you?

25 A    He appeared to me like he was upset that he had

1 spoken --

2     MS. CARDWELL:  Objection to his emotions, Your

3 Honor.

4     THE COURT:  No, no.  Overruled.  As long as he is

5 describing what he feels rather than the other

6 individual he feels the impressions were, it's

7 admissible.  It's only when it's offered to show

8 exactly what his feelings were, which it's not.

9     MS. CARDWELL:  Being upset is not a feeling, Your

10 Honor?

11     THE COURT:  Pardon me?

12     MS. CARDWELL:  With all due respect, being upset

13 is not a feeling?

14     THE COURT:  Well, there are certain things,

15 Ms. Cardwell, as you well know, which can only be

16 described by giving his impressions of what he saw, and

17 that's exactly what it's offered for - his impression

18 of what he saw.  No more, no less.  The objection is

19 overruled.

20     You may answer.

21     MS. CARDWELL:  Your Honor, for the record, my

22 objection is mind reading and reading his emotions.

23     THE COURT:  Understood.

24     Go ahead.

25 Q   Just describe how you saw Mr. Rosga appear to you.

1  A    His demeanor changed, and he seemed upset that he

2  had talked in front of the cell phone about that issue

3  with the Hells Angels.

4  Q    What did he do with --

5      MS. CARDWELL:  Objection again.  He said what he

6  was upset about.  And I object to brain reading.

7      THE COURT:  Well, I think that is objectionable.

8  He can't describe what he thinks Mr. Rosga is thinking,

9  only what his impressions are of what he said.  But he

10  can't speculate as to what the thought process was of

11  Mr. Rosga.

12      MR. DUFFEY:  Yes, Your Honor.

13  Q    What exactly did he do once he -- you mentioned

14  something about the cell phone.  Did he put his hand on

15  the cell phone?

16  A    Yes.  He looked down.  He saw his cell phone

17  sitting there.  His demeanor changed.  He picked up the

18  cell phone and says, *I don't ever talk around these.*

19  *Never.*"

20      And I said, *"Well, we always make them take them*

21  *out of the room whenever we have church or talk*

22  *business."*  And he physically got up and left the room

23  with his cell phone.

24  Q    That's when you see him stand up and walk out on

25  the video?

1    A    Yes.

2    Q    How much longer did Jack Rosga stay at your

3    clubhouse that day?

4    A    He left a very short time after that.

5    Q    And I take it, left the -- went back to Milwaukee,

6    or wherever it was that he was living?

7    A    We helped him load his motorcycle up inside his

8    truck in the back end, and then they left.  I don't

9    know where they went afterwards.

10    Q    This is one of his moving trucks?

11    A    Yes, sir.  One of his business trucks.

12    Q    The person -- in the transcript, there's someone

13    noted as Chef.  Who is Chef?

14    A    He's one of our confidential sources.

15    Q    So he's one of the guys working with you?

16    A    Yes, sir.

17    Q    All right.  Let's move later in the month of July.

18    Do you go back to the Rock Hill clubhouse?

19    A    Yes, on July 25, 2009, I'm instructed to go -- Les

20    Werth tells me that I need to go to the Rock Hill

21    clubhouse for a bosses' meeting, or a regional bosses'

22    meeting.

23    Q    Now, you are at this point a full-patched member

24    of the Outlaws?

25    A    Yes, sir.

1   Q     All right.  And so you attend as what, as

2   president of the Petersburg chapter?

3   A     Yes, sir.  All the presidents or bosses from each

4   chapter attend the regional bosses' meeting.

5   Q     And I take it a meeting takes place there at the

6   Rock Hill clubhouse?

7   A     It does.

8   Q     Les Werth is still the regional boss at that time?

9   A     Yes, he is at that time.

10  Q     Does he run the meeting?

11  A     Yes, he does.

12  Q     What is the purpose of the regional bosses'

13  meeting?

14  A     He says in this particular meeting he's bringing

15  back the information that he had obtained from the

16  national bosses' meeting.  Each one of the regional

17  bosses that -- like Les Werth, oversees one of the

18  color-coded regions.

19  Q     Those are the 10 regions from the very first map

20  that we saw earlier that you're referring to?

21  A     Yes, sir.  Each one of those bosses at certain

22  times during the year, on like a three-month basis

23  approximately, attend national bosses' meetings where

24  they discuss issues with the Outlaws, and then they

25  bring it back.  They bring back handwritten notes.  Les

1  Werth brought back handwritten notes and had regional

2  bosses' meetings where all the chapter bosses then met

3  and we discussed the issues and discussed what would be

4  taken back to our chapters.

5  Q    And taking back to your chapters then after these

6  meetings, I take it you were at least -- had you been

7  bona fide Outlaws, you would have gone back to your

8  chapter and discussed what was discussed at your

9  meeting?

10  A    Yes, at our regular church meetings.

11  Q    Is that generally what you found the way

12  information was passed on through the Outlaws'

13  organization?

14  A    Yes, sir.

15  Q    Now, during the course of this meeting, I take it

16  that Jack Rosga is still the national president at that

17  time?

18  A    At that time he was still the national president.

19  He was throughout the whole case.

20  Q    And what was discussed at this Rock Hill meeting

21  on July 25th?

22  A    At this meeting, we discussed guard duty.  They

23  had a big issue with women on guard duty.  And women

24  have been hanging out by some of the prospective

25  members and the probates while they were doing guard

1  duty, and the patched members, and said that there were

2  no women allowed anywhere near guard duty because of

3  the danger of rival clubs coming by and people weren't

4  paying attention.

5      It was also discussed about don't talk club

6  business on cell phones.  It was also discussed about

7  taxes.  We had a discussion about a couple of Outlaws

8  named Leroy and Hoggs and Ramone from -- they were from

9  the Fort Wayne chapter in Indiana.  They had committed

10 an assault on members of the Hells Angels at South

11 Bend, Indiana at the swap meet and they had just taken

12 plea deals, Les said, and they didn't know if they were

13 cooperating with law enforcement.  There was a concern

14 at the national level of the club about this.

15 Q    So this was discussed at your regional bosses'

16 meeting by Les Werth who had just gotten back from the

17 national bosses' meeting?

18 A    Yes.  He was reading off the notes and commenting.

19 Q    And he also brought up the issue of cell phones at

20 this meeting?

21 A    Correct.  He said not to talk any club business on

22 cell phones.

23 Q    Did he indicate to you that this was something

24 that had been discussed at the national meeting?

25 A    He did.

1  Q    Harold Herndon.  Who is Harold Herndon, and what

2  position did he hold at the time of this meeting?

3  A    At that time, he was the regional vice president

4  of the copper region.

5  Q    And was there a discussion about Harold Herndon at

6  this meeting?

7  A    Yes.  It had been brought up to Les that there was

8  concerns that Harold Herndon had cooperated with law

9  enforcement at one point in time.  A Pagan by the name

10  of Rusty Conley had been providing information to the

11  Outlaws saying that he, Harold Herndon, had provided

12  information and cooperated with the police, and there

13  was concern amongst the Outlaws about it.

14  Q    What, if anything, was done because of that

15  accusation?

16  A    Les stated that he needed to go through all of

17  Harold Herndon's paperwork again.  Harold Herndon

18  became very irritated and said he's not going to do it.

19  Les had been through it before when he was released

20  from prison.  If he wanted to do it again, do it

21  himself.

22  Q    Were any actions taken then regarding

23  Mr. Herndon's status as an Outlaw or as an officer?

24  A    Not at that point in time.

25  Q    Did you receive any kind of document at this

1    meeting that was handed out?

2    A    Yes.  During the course of the meeting, Mark

3    Spradling, Lytnin', who was the regional officer and

4    was the treasurer for the region, produced a document

5    that was an outline of how a motorcycle club should be

6    run.  Don't know the author of the document that he

7    presented.  It wasn't authored by the Outlaws, but he

8    presented it and said that we should use this as an

9    outline of how we should operate as Outlaws.

10   Q    He handed out documents to people present at the

11   meeting?

12   A    Well, he first handed it to Les Werth who reviewed

13   the document and stated he agreed with it, and then

14   handed it out to other people at the meeting.

15   Q    So there's more then one copy?

16   A    Yes.  Each chapter boss got a copy.

17   Q    Let me show you Government's Exhibit 150.

18        THE COURT:  Exhibit 150?

19        MR. DUFFEY:  Yes, sir.

20        THE COURT:  Any objection to 150?

21        MR. McGARVEY:  No, sir.

22        THE COURT:  Be received without objection.

23        MR. DUFFEY:  Can we turn the page?

24   Q    Do you recognize what's on the screen?

25   A    Yes.  That's the actual document that I received

1  from Les Werth and Mark Spradling.  It came already --

2  it was photocopied and already had areas asterisked and

3  underlined throughout the document.

4  Q    So you actually received a copy and preserved that

5  in your capacity as an undercover agent?

6  A    Yes.  I took it back and placed the document that

7  they gave me into ATF evidence.

8  Q    All right.  Without going through the whole thing,

9  it's a multipage document, isn't that correct?

10  A    Yes, sir.

11  Q    The underlining and the marking, you did not do

12  that?

13  A    No.  That's exactly the way it came to me during

14  the course of the meeting.

15       MR. DUFFEY:  Judge, I'd move in Government's

16  Exhibit 150.

17       THE COURT:  I think it's already in without

18  objection.

19  Q    Now, moving on into August of '09, did you have

20  another meeting in Charlotte, another regional bosses'

21  meeting in Charlotte?

22  A    Yes.  On August 28, 2009, we had gone to

23  Charlotte, North Carolina.  We were attending a

24  function for George Hancock, known as Uncle George.  He

25  had a heart attack, and they were having a fundraiser

1  at Easy Eddies.  It's like a biker bar in the area.

2      While we were there, I was approached by Les Werth

3  and told I needed to go back with him and all the other

4  regional bosses to the clubhouse because we needed to

5  have a meeting.

6  Q    And I take it you did that?

7  A    I did.

8  Q    Was David -- a man named David Lowry present at

9  this meeting?

10  A    He was.  He was at the other event, and was

11  instructed to come back to the clubhouse with us.

12  Q    And who is David Lowry?

13  A    An individual that had just been released from

14  prison and gotten off parole that was coming back into

15  the club.  He had just gotten off what they call

16  *"paper"* off his patrol time.  He was coming back as an

17  active member of the Outlaws from Charlotte.

18  Q    Let me show you Government's Exhibit 15.  Is that

19  David Lowry?

20  A    Yes, it is.

21      MR. DUFFEY:  Judge, I've move to introduce 15.

22      THE COURT:  Any objection to 15?

23      MS. CARDWELL:  No, sir.

24      THE COURT:  Be received without objection.

25  Q    So he is now coming back into the Outlaws as a

1  full member?

2  A    Yes.  He was very good friends with Mark Steven

3  Fiel.  And he had been politicking about getting back

4  into the Outlaws and actually taking over the region.

5  There was a bunch of dissent going on because he was in

6  a powerplay to overthrow Les Werth.

7  Q    Was there a discussion between David Lowry and Les

8  Werth at this particular meeting?

9  A    There was.  When we first went back to the

10  clubhouse and we had a meeting with members of the

11  Black Pistons, they talked about reforming the Black

12  Pistons, how they're going to be structured, how

13  they're going to be run, and a portion of their money

14  had to come back into the Outlaws, a certain fee.

15  Q    Is this a support club that you described earlier

16  in your testimony?

17  A    It is.

18  Q    So the Black Pistons was discussed.  What else was

19  discussed between David Lowry and Les Werth?

20  A    Then we moved into an Outlaws only room where just

21  the bosses were in there.  The Black Pistons had left.

22  Les Werth and David Lowry then got into a heated

23  discussion.  Les Werth accused David Lowry of trying to

24  overthrow him.  There was a conversation about how

25  Lowry had been out of the picture for a long time and

1  he didn't know the current events that were going on,

2  what was happening with the club that we were having

3  problems with.

4  Q    And was there a discussion, specific discussion,

5  on who in fact you were having problems with?

6  A    Yes.  David Lowry asked Les Werth who we were

7  currently at war with.  And Les Werth said, *"Well,*

8  *we're not quite at war yet with the Warlocks and the*

9  *Pagans.  Things are tense.  But we're currently at war*

10 *with the Hells Angels."*

11 Q    And did David Lowry make any comment about that?

12 A    There was a continuing conversation about it.

13 Lowry was involved.  Mark Steven Fiel was involved.

14 Les said that we needed to assault members of the Hells

15 Angels.  He stated, *"If you don't, you could lose your*

16 *1%er diamond."*  He said, *"If you get the opportunity,*

17 *you can do it.  Without getting caught, do it.  But*

18 *even if you don't, you don't have a choice, you have to*

19 *assault these people."*  He said, *"Even if you do, you*

20 *will probably only go to jail for a little bit of*

21 *time."*

22      And Mark Steven Fiel said, *"Well, those of us that*

23 *have been in jail before or prison before could go to*

24 *jail for the rest of our lives for doing that."*

25      And Les responded words to the effect of, Well,

1  you're a 1%er, that's what you've got to do.

2  Q    Has Les discussed the 1%er patch?

3  A    He did.  He stated if you didn't do this, you

4  would have your 1%er diamond pulled.

5  Q    Now, shortly thereafter did you find yourself back

6  in Connecticut again?

7  A    Yes.  The first -- starting on September 9th, we

8  had a planned trip up to the northeast to Brockton,

9  Massachusetts and Connecticut, and on into Maine.  On

10  the 9th, an individual by the name of Robert Chisuano,

11  Ox, an Outlaw from Florida, arrived at our clubhouse.

12      MR. DUFFEY:  Let me show you Number 9.

13      THE COURT:  Any objection to Number 9?

14      MR. AMIRSHAHI:  No, sir.

15      THE COURT:  Be received without objection.

16  Q    Who is that?

17  A    Robert Chisuano.  Ox.

18  Q    And he arrived, and does he ride with you up to

19  Connecticut?

20  A    He does.  We leave on September the 10th.  We ride

21  up to Waterbury, Connecticut.  We're going to have a

22  stopover there before we go to the Brockton,

23  Massachusetts clubhouse.

24  Q    And where is Ox from?

25  A    Florida.  He's a Florida Outlaw from the west

1  coast of Florida, the west side of the state.

2  Q    And what is the purpose of going to Connecticut?

3  A    Well, we're actually on the way up to Brockton,

4  Massachusetts and we're going to stop over in

5  Waterbury, Connecticut for the night.  A short distance

6  outside of Waterbury, we stop for gas and I get a call

7  from Special Agent Valot, our cover team member that's

8  following us, and he states that two members of the

9  Outlaws up in the Newhaven, Connecticut area had just

10 been assaulted by members of Hells Angels and beat and

11 had their patches taken.  They were two Florida

12 Outlaws.  And he told us to be careful because tensions

13 were very high.

14 Q    What were their names?

15 A    Denny and Clay.

16 Q    And did you in fact confirm that Denny and Clay

17 had been assaulted by Hells Angels?

18 A    Yes.  When we arrived at the Waterbury clubhouse,

19 shortly after arriving, you know, I didn't tell

20 Chisuano about the telephone call I'd had at the gas

21 station.  I was able to let the other undercover agents

22 know.

23      But once we arrived in Waterbury, I was told by

24 Ox -- the tensions were high when we got there.  People

25 were milling around.  I was told shortly after arriving

1  to leave my phone on a table, and we walked around to

2  the backside of the building, Chisuano and I, and at

3  that point he told me about the assault.

4  Q    And it's fair to say that it was the topic of

5  conversation in the Connecticut clubhouse?

6  A    Yes.  Everybody was talking about it.  During the

7  conversation with Chisuano, he told me to have myself

8  and the other members of my chapter prepared.  That

9  they were going to go out hunting later that night and

10 take revenge.  He said that they would be taking

11 vehicles and going out looking for members of the Hells

12 Angels.

13 Q    Did you in fact go out that night?

14 A    We did not that night.

15 Q    Where did you go the next day?

16 A    The next day, we got up and we rode to Brockton,

17 Massachusetts.  While we were there at Waterbury, Denny

18 and Clay got released from the hospital and they

19 actually showed up.  And you could visibly see that

20 they had been beaten.  Their face was cut and bruised.

21 They had -- Denny had defense wounds on his hands where

22 he'd attempted to fight them off.  They recounted and

23 told us the story.

24      The next day on September the 11th, we then rode

25 with them up to Brockton, Massachusetts to the party

1  that was going on there, and we stayed there for the

2  11th and the 12th.

3  Q    So Denny and Clay rode with you up to Brockton,

4  Massachusetts?

5  A    They did.

6  Q    And what was the party that you we're going to go

7  to in Brockton?

8  A    It was an annual party they had up there called

9  the lobster fest.  It was a regional event where

10 Outlaws from across the country, and specifically their

11 region, would come to it.

12 Q    And how long do you stay in Brockton?

13 A    We stayed there —— we got there on Friday night

14 the 11th.  We stayed —— the next day was the official

15 party on the 12th.  We were there, and then we left on

16 the 13th to go up to Maine.

17 Q    While you're at Brockton, is there any discussion

18 about the attack on Denny and Clay?

19 A    While we're there, it was *the* discussion.

20 Everybody was talking about it.  Everybody was talking

21 about that they needed to take revenge.  That there's

22 no more free travel pass.  That, you know, we needed to

23 get things right.

24 Q    While you're at that party, was there also any

25 illegal drug use?

1   A      There was.  I observed individuals using cocaine,

2   as well as marijuana, and was told that there was

3   cocaine available to me in the upstairs room of the

4   clubhouse.

5   Q      Now, you mentioned then going up to Maine.  Is

6   there a chapter or clubhouse up in Maine?

7   A      There is.  There's a chapter up there around

8   Portland, Maine.

9   Q      Let me show you a couple of pictures very quickly.

10  Number 17.  Do you know who that is?

11  A      Thomas Benvie.  Nickname is Taz.  He's the

12  president of the Maine chapter.

13         MR. DUFFEY:  Move to introduce 17, Judge.

14         THE COURT:  Any objection?

15         MS. CARDWELL:  No, sir.

16         THE COURT:  Exhibit 17 is received without

17  objection.

18  Q      And Number 18.

19  A      And Thomas Mayne.  Nickname is Tomcat.

20         MR. DUFFEY:  Move to introduce 18.

21         THE COURT:  Any objection to 18?

22         MR. AMIRSHAHI:  No, sir.

23         THE COURT:  Be received.

24  Q      Is he also a member of the Maine chapter?

25  A      He was a member of the Maine chapter, and he was

1  the treasurer for the red region of the Outlaws.

2  Q    And also 19.

3  A    That's Michael Pedini.  Nickname of Madman.  He

4  was an enforcer.  He was a member of the Maine chapter.

5  Q    Were all three of these individuals at the Maine

6  clubhouse when you arrived on that day?

7  A    They were.

8         THE COURT:  Any objection to 19?

9         MS. CARDWELL:  No, sir.

10        THE COURT:  Be received.

11 Q    Did discussions continue while you were up in

12 Maine about what happened to these members, Denny and

13 Clay?

14 A    They did.  They continued to talk about what

15 should be done.  That retribution needed to take place.

16 And people were talking about how they could do it and

17 what should be done.

18        In addition, while I was there I was talking with

19 Thomas Benvie, Taz, the president of the chapter.  He

20 told me Michael Pedini, Madman, had just picked up

21 three ounces of cocaine as he left the Brockton,

22 Massachusetts party, and had taken it back up to him to

23 Maine.

24 Q    Did you in fact talk to Michael Pedini about

25 cocaine?

1  A    I did.  I had a conversation with him outside the

2  clubhouse.  Asked him if I could purchase a little bit

3  because Taz told me he had just sold Joe Allman,

4  another guy up there, a half ounce of cocaine.  I asked

5  him if I could purchase a little bit.  He took me into

6  the basement of the clubhouse.

7  Q    This is Mr. Pedini?

8  A    This is Mr. Pedini.  And he pulled a clear plastic

9  baggie containing a hard white rock-like substance out

10  of his pocket, which was cocaine, and he peeled off a

11  small amount, a gram or so, and I purchased it from

12  him.

13  Q    How long did you stay up in the Maine area?

14  A    We left shortly after that.  We went out for

15  dinner and then left and came back to Virginia.

16  Q    This is you and your law enforcement colleagues?

17  A    Yes, sir.

18  Q    Now, as we move into the month of -- towards the

19  end of the month of September, is there more meetings

20  in the copper region discussing the problems with the

21  Hells Angels?

22  A    Yes.  I ended up getting a call on September 29,

23  2009, from Les Werth.  Les said that he had just come

24  back from Fayetteville and said he had notes that we

25  needed to go over during the conversation.  And I said,

1   *"Oh, okay. The meeting you told me you were going to?"*

2       And he said, *"Yes."* And he wanted to know if I

3   can get together the coming Saturday, which was in like

4   a couple of days, if I could meet him in Charlotte to

5   discuss the notes.

6   Q   And this telephone call that you got from Les, was

7   that recorded?

8   A   It was.

9   Q   And let me show you Government's 174. Have you

10  reviewed that recording?

11  A   Yes, sir, I have.

12  Q   While they're handing that out, you mentioned that

13  Les mentions Fayetteville. Do you know what he was

14  referring to?

15  A   Fayetteville, Arkansas.

16      THE COURT:  Any objection to 174?

17      It will be received without objection.

18  Q   So this is a phone call from Les Werth, is that

19  correct?

20  A   Yes, sir.  The copper region boss.

21      MR. DUFFEY:  If you can play that.

22      (The tape is being played at this time.)

23  Q   Did you know what he was referring to when he kept

24  talking about his notes?

25  A   Yes.  He was talking about the notes he takes when

1  he goes to what they called the *"big table meeting,"*

2  which is chaired by Jack Rosga.  And all the regional

3  bosses are there.

4  Q    And did you in fact go down Saturday to the

5  meeting to discuss these notes?

6  A    Yes, sir.  I went on October 3, 2009.

7  Q    And where exactly did you go?

8  A    To the Charlotte clubhouse.

9  Q    And I take it there was a meeting held?

10 A    There was.

11 Q    And Les led the meeting?

12 A    He did.

13 Q    Did you also have an opportunity to record that?

14 A    I did.

15 Q    Let me show you 168 and 169.

16      MR. DUFFEY:  Judge, this is two fairly short

17 clips.  I'd like to hand out both transcripts, if I

18 could.

19      THE COURT:  All right.

20      Are there any objections to 168 and 169?

21      MS. CARDWELL:  No, sir.

22      THE COURT:  They will be received.  You may

23 publish those portions to the jury, along with the

24 corresponding portion of the transcript.  All right.

25 Go ahead.

1          (The tape is being played at this time.)

2     Q    Now, there's a second part of this where some

3     other individuals are discussed.  Do you recall what

4     the second part of the clip is?

5     A    Yeah.  We're talking about back in July 25, 2009,

6     we had a discussion at the bosses' meeting where they

7     were talking about Leroy and Hoggs had entered plea

8     deals with the government concerning the assault of

9     Hells Angels in South Bend, Indiana, and they didn't

10    know if they were cooperating.  The second part of the

11    clip is a conversation about Leroy and Hoggs, and that

12    they had not evidently cooperated with the government,

13    and we were now going to get taxed as a nation for

14    helping pay for attorneys fees because they had done

15    this assault on behalf of the club.

16         MR. DUFFEY:  Judge, if we could publish 169.

17         THE COURT:  Go right ahead.

18           (The tape is being played at this time.)

19    Q    They mention a dollar figure of what was being

20    charged not only per man, but a total amount for the

21    copper region?

22    A    Yes.  It was $42 per man for every Outlaw in the

23    country.  And for our region, based on the number of

24    members we had, it was $1,076 for our region.  And our

25    region paid for that out of our regional treasury.

1  Q    Did you find during your investigation any

2  confirmation of that dollar figure being paid out by

3  the copper region Outlaws?

4  A    Yes.  During the search warrant executed on Mark

5  Spradling's residence, the regional treasurer, on

6  June 15, 2009, he kept a spreadsheet, and it showed the

7  money actually going out to the national hierarchy of

8  the Outlaws.

9  Q    That specific dollar figure?

10 A    Yes, sir.  $1,076.

11 Q    For the record.  You said June 15, 2009?

12 A    Excuse me.  June 15, 2010.  I apologize.

13 Q    That was the day of the takedown?

14 A    Of this investigation.  Yes, sir.

15 Q    Now as we move on into early October, is there

16 more discussion about what happened to Denny and Clay,

17 the two Florida Outlaws that were beaten up?

18 A    Yes, sir.  Following that meeting on the 3rd of

19 October, we leave there and we go to an election.  At

20 that point, David Lowry is elected as the regional boss

21 and Les is no longer the regional boss.

22      There's continued talk with Lowry about Denny and

23 Clay and what would happen.  There was talk at that

24 meeting that they had gotten probated and actually

25 fined $1,000 each.

1  Q    Wait a minute.  Denny and Clay were reprimanded?

2  A    Yes, because they evidently -- they didn't fight

3  hard enough to keep their patches.

4  Q    What happened to them?

5  A    They were probated and fined $1,000 each.

6  Q    Did they remain in the Outlaws' organization?

7  A    Denny did.  Clay left.

8  Q    Now, did you receive a telephone call shortly

9  thereafter from an individual up in Maine?

10 A    I did.  On the following day, on October 4th, I

11 received a call from Thomas Benvie, Taz, the president

12 of the Maine chapter.

13      MR. DUFFEY:  Can we put up 15, again.  It's

14 already in evidence.  I'm sorry.  That's David Lowry.

15 That's already in evidence.

16      It's 17.

17      THE COURT:  I think that's in as well.  Yes, sir,

18 17 is in.

19 Q    Who is this individual?

20 A    That's Thomas Benvie, Taz, the president of the

21 Maine chapter.

22 Q    And you received a telephone call from him?

23 A    Yes.  We had become associates during the case and

24 we spoke quite often on the phone.  He called me the

25 day after the bosses' meeting.  He called me on

1  10/4/2009.

2  Q    And what was -- generally, we have some more audio

3  clips, but generally what was the discussion about?

4  A    We were talking about Denny and Clay, about the

5  assault that had happened.  Talking about what had

6  happened to them.

7       He was also talking about saying that Madman,

8  Michael Pedini, had gone down to Arkansas to the Blues

9  barbecue party down there.  And he said while he was

10 down there, while Michael Pedini was down there,

11 Milwaukee Jack, Jack Rosga, was all over Madman about

12 taking revenge for the Denny and Clay assault.

13 Q    Let me show you 170, 171, and 172.

14      THE COURT:  That's 171 and 172?

15      MR. DUFFEY:  Exhibits 170, 171, and 172.

16      THE COURT:  All right.

17      MR. DUFFEY:  It's a lengthy phone call.  It's

18 actually three clips of the same phone call.

19      THE COURT:  All right.

20      Is there any objection to 170, 171, and 172?

21      MR. AMIRSHAHI:  No, sir.

22      THE COURT:  They'll be received without objection.

23      Go right ahead.

24      MR. DUFFEY:  If I could wait for them to get the

25 transcript.

1        THE COURT:  All right.

2   Q    While they're handing them out, Agent Grabman, the

3   first transcript for 170 I think is 170-A?

4   A    Yes, sir.

5   Q    And the second one is 171-A?

6   A    Yes, sir.

7   Q    And 172-A?

8   A    Yes, sir.

9        MR. DUFFEY:  We're going to go in that order so

10  the jury can follow along.

11        (The tape is being played at this time.)

12  Q    Later as part of this same -- this is all part of

13  the same phone call, is that correct?

14  A    Yes, sir.  Different clips of the same lengthy

15  phone call.

16  Q    So the second clip is where there is a reference

17  to this person?

18  A    Yes, sir.  He's talking about Madman going down to

19  Arkansas.

20        (The tape is being played at this time.)

21        MR. DUFFEY:  And then shortly thereafter, 172.

22        (The tape is being played at this time.)

23  Q    The reference to that night that you were making,

24  what were you referring to?

25  A    I was referring to September 10, 2009, when we

1  arrived at Waterbury and found out that Denny and Clay

2  had been assaulted.  Talking about that they had talked

3  about going out that night to, you know, look for HAs.

4  Q     Now, this phone call we just heard took place on

5  October 4th, is that correct?

6  A     Yes.

7  Q     Of 2009?

8  A     Of 2009.

9  Q     Was there an incident within several days after

10 that that you came to learn about?

11 A     Yes.  On October 8th, four days later, a member of

12 the Hells Angels was shot outside the Canaan, Maine

13 clubhouse.

14 Q     So this is a shooting up in Maine four days later?

15 A     Yes, sir.

16 Q     And did you come to find out the name of the

17 person that was shot?

18 A     Gary Watson.

19 Q     And was he in fact a Hells Angels' member?

20 A     Yes.  He was a member of the Canaan, Maine

21 chapter.

22 Q     As you move on through the month of October, Les

23 Werth is no longer the regional boss?

24 A     No.  David Lowry now is the regional boss.

25 Q     Do you have more events at your undercover

1  clubhouse there in Petersburg?

2  A    Yes, we have another event there on October 17,

3  2009.  It is going to be a party, or sort of our

4  opening party for our chapter getting our full patch.

5  Although it happened in July, it sort of got postponed

6  and combined with the Manassas, Mark Steven Fiel,

7  Snuff's, chapter celebrating their anniversary date as

8  well.

9  Q    So I take it there are members from the Manassas

10 chapter present?

11 A    Yes, sir.

12 Q    And who is that?

13 A    Mark Steven Fiel was up.

14 Q    That's Snuff, correct?

15 A    Yes, that's Snuff.

16 Q    And who else from the Manassas chapter?

17 A    On that date, you had Mark Steven Fiel, Snuff, you

18 had Brett Longendyke was there, you had Outlaws from

19 North Carolina, as well as South Carolina.

20 Q    Is Christopher Timbers present?

21 A    Yes, he was.

22 Q    Was there illegal drug use at this party?

23 A    There was.

24 Q    And can you summarize what that was?

25 A    Yes.  During the course of the evening, we had

1  been running -- as well as with the Outlaws, we had

2  been continuing to purchase drugs and firearms from

3  members of the Pagans and their associate club.  I had

4  called and tried to squeeze in a purchase of cocaine

5  from Chuck Barlow at the time.  I was standing back in

6  the hallway, and as I'm ordering up the cocaine, we run

7  around and do it real quick and come back.

8  Q     Let me interrupt you real quick.  Is this the same

9  Barlow you've been referring to on the other drug deals

10 that were coming to your residence before?

11 A     Yeah, the same drug deals and the same person that

12 was involved with the Cockades' assault.

13 Q     What club is he affiliated with?

14 A     The Devil's Grip Motorcycle Club.  He later became

15 a member of the Pagans.

16 Q     When he was with the Devil's Grip, was that an

17 associate club of the Pagans?

18 A     It was.  It was a support club for them.

19 Q     I interrupted you.  Mr. Barlow is not present at

20 this party was he though, is that correct?

21 A     Not at that time.  I called him in order to

22 arrange a quick purchase, to purchase an 8-Ball of

23 cocaine.  As I'm doing that in the hallway, Mark Steven

24 Fiel came in and overheard my conversation.  He told me

25 that he wanted me to also pick him up an 8-Ball of

1  cocaine at the same time.

2  Q     Why were you calling him to purchase cocaine?

3  A     I was calling to purchase an 8-Ball to put into

4  ATF evidence.

5  Q     In order to ultimately prosecute Mr. Barlow?

6  A     Correct.  To further our case that we'd been

7  buying from him.

8  Q     And was it a problem that Snuff overheard your

9  conversation?

10  A     Yea.  We weren't intending on, you know,

11  purchasing any drugs at that point for him.  We were

12  just going to run out, make our quick buy and then come

13  back to the clubhouse.  Barlow was going to come over

14  later, but Snuff knew we were actually going and doing

15  it, so he told me he would like me to purchase an

16  8-Ball of cocaine for him as well.  He told me to take

17  his chapter money.  He'd given us chapter money from

18  the Manassas chapter to help fund the party.  He said

19  to take the purchase of the cocaine out of their

20  chapter money.

21       And we went out, myself and Agent Ozbolt, and

22  purchased two 8-Balls of cocaine from Chuck Barlow.  We

23  met with a cover team person, passed off one to them,

24  and then brought the other one back and gave it to Mark

25  Steven Fiel.

1    Q    Why didn't you just tell Snuff that you couldn't

2    get the cocaine?  Why did you have to bring it back to

3    him?

4    A    Well, because Chuck Barlow would be coming back

5    later that night over to the party.  He'd been invited

6    to the party.  And if we would have told him that, we

7    would have been caught in a lie with him and he would

8    be able to find out.  We would have had to explain

9    where the other 8-Ball of cocaine was that we put into

10   ATF evidence.

11   Q    Did you have further conversations with Snuff at

12   that time about problems with the HAs?

13   A    Yes.  We had -- at that time earlier that evening,

14   we had had a very short bosses' meeting.  David Lowry

15   had had it.  Les Werth had shown up.  It was sort of a

16   pass-off meeting between him and Lowry.  They discussed

17   some issues in the region that were going on, one of

18   which again was the issue with Harold Herndon possibly

19   cooperating with the government.

20   Q    Was that resolved at this meeting?

21   A    It was resolved to the point that there was so

22   much speculation with it that he was removed

23   temporarily as the vice president of the copper region,

24   and Mark Steven Fiel, Snuff, was appointed the copper

25   region vice president.

1  Q     All because they thought he might have ties to law

2  enforcement?

3  A     Yes, sir.

4  Q     I think I interrupted you.  Did Snuff talk to you

5  specifically about problems in your area with rival

6  gangs?

7  A     Yes.  He said he -- he said basically that things

8  needed to be -- we needed to be more aggressive with

9  the Hells Angels.  He'd been telling us to go out and

10 assault them, and we hadn't.  We had told him stories,

11 you know, we had tried to find them, and things, but he

12 was really forcing us to try and find them and assault

13 them.

14        And he said, *"You need to find Scotty Barfield and*

15 *buck him up really, really bad."*  He said, *"Don't kill*

16 *him, but buck him up and take his patch.  You need to*

17 *get your territory established."*

18 Q     And again, Scotty Barfield is who?

19 A     The leader of the Hells Angels in Petersburg.

20 Q     Every year is there something called a pumpkin

21 party?

22 A     Yes.

23 Q     What is a pumpkin party?

24 A     Following that evening on the 17th, everybody

25 stayed at the clubhouse.  We made plans.  We talked

1  about it there that we would go to the -- at the end of

2  October, there's a pumpkin party, and we would go

3  there.  Prior to leaving on the 17th, we witnessed

4  individuals at the clubhouse using the cocaine.

5  Christopher Timbers was observed using the cocaine, as

6  well as Snuff.  That was part of the conversation.  We

7  made plans to go to the pumpkin party, October 31st,

8  down in Georgia.  And we talked about how we'd meet up

9  down there.

10 Q    Did you observe Mr. Timbers using cocaine?

11 A    I did.

12 Q    And how about Snuff?

13 A    Yes, sir.

14 Q    And what other members did you observe using

15 cocaine, if any?

16 A    That evening, Michael Mariaca had used some.  Omar

17 Almeyda had used some as well.  There was several

18 Outlaws in the bunkroom that had used cocaine in

19 addition to them.

20 Q    And this all took place in the undercover

21 clubhouse?

22 A    Yes, it did.

23 Q    Now, you said you made plans to go to the pumpkin

24 party.  Where was the pumpkin party held?

25 A    Unadilla, Georgia.  Southern Georgia.

1  Q     And was this considered a national run?

2  A     It was.  It was our fall national run that we had

3  to attend.

4  Q     And you're required to attend that?

5  A     Yes.  It's one of the national events.  You had to

6  make two of the three a year.

7  Q     Was Jack Rosga present at this event?

8  A     He was.

9  Q     And did you have conversations with him?

10  A     I did.

11  Q     What did you talk about with Jack Rosga at this

12  event?

13  A     We talked about how Little David was doing as

14  boss.  We talked about the issue with the Pagans and

15  the Hells Angels there.  I told him several of the

16  Pagans had approached us about possibly wanting to

17  patch over to actually become Outlaws.  He said that

18  was happening in other places in the country, and he

19  had not yet decided if he was going to allow that or

20  not.  He was concerned about law enforcement

21  infiltration into the Pagans because a lot of them had

22  just been arrested recently in a case.

23  Q     What's the flip side of that?  Why then would he

24  want the Pagans in your organization?

25  A     He stated that if they did come in, there would be

1    such a large number to come in that it would actually

2    decimate and ruin the Pagans.

3    Q    Did you meet at that time a man by the name of

4    John Banthem?

5    A    Yes.  John Banthem was the new prospective

6    president of the prospective chapter out the new

7    Outlaws chapter in Montana.  I was introduced to him by

8    Milwaukee Jack, Jack Rosga.  John Banthem had been a

9    member of the Bandidos Motorcycle Club, and Jack had

10   introduced me to him and put us together and said that

11   he wanted me to work with him on becoming an Outlaw

12   because we came in under similar circumstances with

13   1%er clubs.

14   Q    Now, during the course of this pumpkin party, did

15   you witness members possessing and carrying firearms?

16   A    Yes, I did.

17   Q    What did you witness?

18   A    There were numerous people walking around openly

19   displaying firearms at the event.  There were armed

20   guards at the front gate.  There was also a lot of open

21   drug use at the venue.

22   Q    Can you describe the drug use that you saw?

23   A    The drug use was a lot of marijuana use.  There

24   were individuals with cocaine.  I was offered cocaine.

25        MR. McGARVEY:  Judge, can I interpose an

1  objection?  Who are we talking about, the drug use?

2      THE COURT:  You may -- objection is overruled.

3  You can follow-up on that on cross-examination.

4      Go right ahead.

5      MR. McGARVEY:  Okay, sir.  Thank you.

6  Q    Well, the drug use that you witnessed, was it by

7  Outlaw members?

8  A    It was by Outlaw members.  There was probably 300

9  to 400 Outlaw members there, and I observed them using

10 marijuana out in the open.  I was offered cocaine by a

11 member of the Outlaws, James Rocket.

12 Q    Was Jack Rosga present during this open drug use?

13 A    Yes.  He was walking around.

14 Q    Did you have any conversation regarding this war

15 that was allegedly taking place with the Hells Angels?

16 A    I did.  I had a conversation while I was there

17 with Michael Mariaca, who was the copper region

18 enforcer at this time.  And I had a conversation with

19 him asking him if things would change now that David

20 Lowry took over as the regional boss with Jack's order

21 that we would be at war with the Angels.  And he said,

22 no, things would not change.  That Lowry would support

23 that order and it wouldn't have any problems.

24 Q    So at least Michael Mariaca confirmed for you that

25 there was still a war and it was still on?

1  A     Yes.

2  Q     On November 14th, just a few weeks later, did you

3  have another bosses' meeting?

4  A     Yes, we had another bosses' meeting.  This took

5  place in Charlotte, North Carolina.  It took place at

6  the Night Hawks' clubhouse, which is across the street

7  from the Outlaws' clubhouse.  It was David Lowry's

8  first big bosses' meeting where he had everybody there

9  where he wanted to go over his vision for the Outlaws

10 in the copper region.

11 Q     I take it you were present as a chapter boss?

12 A     I was.

13 Q     Were all the other bosses of the chapter present?

14 A     All the other chapter bosses were present with the

15 exception of Mark Steven Fiel.  He was not present.  He

16 had sent Lyle Beatty, Butchie, in his absence.

17 Q     Can you just briefly summarize what was discussed

18 at this meeting?

19 A     There were numerous issues on his vision.  One of

20 the things that he talked about was that with support

21 clubs, there would be no support clubs allowed to exist

22 in any of the Outlaw areas if they didn't put on an

23 Outlaw support patch.  If they refused to, they would

24 be shut down.  He said the only exception would be in

25 areas like in Petersburg where we had just moved into

1  and there were already established clubs that may

2  already be supporting the Pagans, or they had been

3  established, we wouldn't go in and shut them down

4  immediately.

5        There was also a discussion about needing to

6  increase the hang-around time for people wanting to

7  come into the club.  They needed to increase the

8  hang-around time to at least a year of people wanting

9  to come into the club, and a six month probate time

10  because he said law enforcement is not patient enough

11  and they would never put the time in needed to actually

12  physically infiltrate it to be able to gather the

13  information.  They would quit before that year and a

14  half time period.

15  Q    So the talk of extending the time was solely based

16  on avoiding law enforcement infiltration?

17  A    Yes, sir.

18  Q    Shortly thereafter, did you receive another

19  telephone call from this Thomas Benvie up in Maine?

20  A    I did.  On November 18, 2009, Thomas Benvie again

21  called me.  We had another discussion, and one of the

22  topics during that discussion was there was a lot of

23  tension up in Maine after the HA, the Hells Angels,

24  Gary Watson, had been shot outside the clubhouse

25  because there was an Outlaw from Florida, Robert

1    Chisuano, that was trying to take the credit for the

2    shooting.  And there were Outlaws up there, Thomas

3    Benvie told me, that he had two of his guys that had

4    committed the shooting that were upset that someone

5    else was trying to take credit for it.

6    Q    Did you know which two people he was talking

7    about?

8    A    Yes.  Michael Pedini and Thomas Mayne.

9    Q    Now at the time, you weren't present for the

10   shooting?

11   A    I was not.

12   Q    So how did you know -- did you know whether or not

13   Pedini and Mayne were responsible for the shooting?

14   A    I just heard talk around, people talking about it.

15   And Michael Pedini had actually contacted me after the

16   shooting to try and come down to our clubhouse and hide

17   out in Petersburg.

18   Q    And so this telephone call with Thomas Benvie, is

19   he irritated for any reason?

20   A    He's upset because Robert Chisuano, Ox, was trying

21   to take the credit for the shooting when his two guys

22   should be getting the credit.

23   Q    And did you record this conversation?

24   A    I did.

25   Q    Let me show you Government's 178.

1          THE COURT:  Any objection to 178?

2          MR. McGARVEY:  No, sir.

3          MR. AMIRSHAHI:  No, sir.

4          THE COURT:  Be received.

5     Q    You've had an opportunity to review the clip of

6     that telephone call?

7     A    I have, sir.

8     Q    And the person speaking is Thomas Benvie?

9     A    Yes.  Taz, the president of the Maine chapter.

10    Q    And he's speaking to you?

11    A    Yes, sir.

12         MR. DUFFEY:  If we can publish that.

13             (The tape is being played at this time.)

14    Q    Now he's referring to *a claim to fame.*  Can you

15    explain for the jury what *a claim to fame* would be in

16    this scenario?

17    A    Well, what they're referring to, *the claim to

18    fame,* would be the Outlaw member that would have shot

19    a member of the Hells Angels would be in an elevated

20    status with the Outlaws.  They would be able to wear

21    the SS bolts, which are -- mean that they have

22    committed an extreme act of violence on behalf of the

23    club, and they're elevated in their position and what

24    people think of them in the club.  So he's talking

25    about *the claim to fame* that Robert Chisuano, Ox, the

1  member from Florida was trying to claim.

2       And he stated that Hillbilly, Leslie Baas, who is

3  the regional boss of Florida, he came up there and was

4  trying to get it straight so that the appropriate

5  people got the credit for doing the shooting of the

6  Hells Angel.

7  Q    Did you ever discuss with Ox whether or not he

8  still claimed to commit the shootings?

9  A    He came down to our clubhouse on the way back down

10  in late September.  He came into our clubhouse, and

11  when he stopped by he was telling us about the

12  shooting.  He alluded that he may have been a part of

13  some type of assault up there.  And also talked about

14  extortion that he and another member of the club,

15  Monster, committed while he was up there.

16  Q    He never told you directly though that he

17  committed the shooting in Canaan, Maine?

18  A    No, sir, he did not.

19  Q    Did you attend another event around the time of

20  New Year's as we get into 2010?

21  A    Yes.  The copper region held a New Year's Eve

22  party in Jacksonville, North Carolina.  That was being

23  hosted there because there are individuals out of

24  Jacksonville, North Carolina that were getting ready to

25  establish a chapter there in that part in North

1  Carolina.

2  Q     And that was in Jacksonville?

3  A     Yes, sir.

4  Q     Was there more illegal drug use at this Outlaws'

5  event?

6  A     Yes, there was.  There was cocaine use.  There was

7  marijuana use.  We actually got a sample of heroin from

8  one of the Outlaw females, the associates *"property of"*

9  people.  We witnessed people standing around using it.

10 Q     These are Outlaw members that you saw using?

11 A     Yes, sir.

12 Q     Members from any specific chapters that you took

13 note of?

14 A     Saw Gregory Leonard and Steven Burchette smoking

15 marijuana.  I also was offered cocaine.

16 Q     Was there any violence at this particular party?

17 A     At one point in the evening around -- in the late

18 evening hours, early morning hours of New Year's Eve,

19 Brett Longendyke from the Manassas chapter and

20 Christopher Timbers were involved in an assault of a

21 Outlaw hang-around by the name Keith Windsor, where he

22 had disrespected Mr. Timbers.  And he was assaulted,

23 and his firearm and his sweatshirt were taken from him.

24 Q     This is an assault by Mr. Longendyke?

25 A     Yes.  Mr. Longendyke threw the punch.  And

1  Mr. Timbers and Mr. Longendyke took his Outlaws'

2  sweatshirt from him and took his firearm.  Mr. Timbers

3  kept the sweatshirt, and Mr. Longendyke kept the

4  firearm until the next day when he said he returned it.

5  Q     Back to?

6  A     Back to Keith Windsor.

7  Q     Was Defendant McCall present at this party?

8  A     He was.  He had come back into the club after a

9  leave of absence.  He had some personal issues after

10 the assault of Brian McDermott.

11       And Harry Rhyne McCall was now there working as a

12 probate behind the bar.  He was armed with the same

13 firearm we saw him with -- or appeared to be the same

14 firearm that he had at the Cockades bar during the

15 assault.

16 Q     And is he now working back as a probate?

17 A     He was working back as a probate.  He had to do, I

18 believe it was, a 60-day probate time as punishment.

19 Q     Did you have a bosses' meeting the following day?

20 A     We did.

21 Q     And what -- can you summarize what was discussed

22 at this bosses' meeting?

23 A     There were different things discussed at the

24 meeting.  One of the things that was discussed was that

25 there is a TV show that is called The Sons of Anarchy.

1  It's a TV show that people watch.  David Lowry stated

2  that -- he came back from the national bosses' meeting,

3  and said that as part of this TV show they sell

4  merchandise.  They sell t-shirts that have sort of the

5  Sam Crow's dancing with The Sons of Anarchy Motorcycle

6  Club, Redwood Original.  It's just their nickname that

7  they use.

8       And they actually have like a 3-piece patch, and

9  they sell them over the Internet and different places.

10 And it's just a TV show.  Well, it had come back that

11 the Outlaws were upset because it was a 3-piece patch

12 and it was making them look bad in their areas.  And it

13 came back we were now to assault anybody wearing one of

14 those t-shirts and take their t-shirts.

15 Q    They did not want anyone wearing fictitious

16 motorcycle club insignia?

17 A    Yeah.  It's a TV show.  We were told, "*Sam Crow is*

18 *a no go.*"

19 Q    Now, was there a discussion about the NCOM meeting

20 there?

21 A    There was.  There was a National Coalition of

22 Clubs Meeting scheduled for May of 2010.  It said that

23 it had come down from the national bosses' meeting that

24 they wanted to have a strong presence there because

25 they had been having issues with the Warlocks in

1  Florida, and they wanted to have a strong presence

2  there.  The Outlaws and the Warlocks had had a history

3  of violence for years going back into the '90s, and

4  they wanted to have a strong presence there.  They said

5  that they wanted to have the thugs from each region to

6  go to this meeting.

7  Q    Did you record any portion of this meeting?

8  A    I did.

9  Q    The NCOM, so this is a national level coalition of

10 clubs meeting?

11 A    Yes.  Clubs from all over the country come.  It

12 was a meeting that was going to be held in Orlando,

13 Florida.  And clubs from all over the country come to

14 it.  It's supposed to be a peaceful meeting where you

15 talk and go to seminars.

16      MR. DUFFEY:  Let me show you 179.

17      THE COURT:  Speaking of Orlando, Agent Grabman,

18 that was in May of 2010, is that correct?

19      AGENT GRABMAN:  That's when it was scheduled for.

20 Mother's Day weekend, May of 2010, is what it was

21 scheduled for.

22      THE COURT:  What are you referring to?

23      MR. DUFFEY:  Exhibit 179.

24      THE COURT:  Is there any objection to 179?

25      MS. CARDWELL:  No.

1      THE COURT:  Be received without objection.

2      MR. DUFFEY:  If we can publish 179.

3          (The tape is being played at this time.)

4   Q    They mention Alibi in the tape.  Who is Alibi

5   again?

6   A    Mr. Timbers.

7   Q    The defendant?

8   A    Yes, sir.

9   Q    Now, can you briefly discuss -- I know you talked

10  about when you became a full-patched member.  Did you

11  actually attend shortly after this meeting the patching

12  in of Omar Almeyda?

13  A    I did.  That was on January the 16th of 2010.

14  Q    Let me show you Government's Exhibit 26, and ask

15  you to identify who that is.

16     THE COURT:  Who is this individual?

17     MR. DUFFEY:  Omar Almeyda.

18     THE COURT:  Any objection to 26?

19     MS. CARDWELL:  No, sir.

20     THE COURT:  Be received without objection.

21  A    Yes, that's Omar Almeyda.  He's a member of the

22  Charlotte chapter.  He's the individual that we'd been

23  buying cocaine from during the course of the

24  investigation.

25  Q    So on January 16th, what happens with Mr. Almeyda?

1   A     We're at the Lexington clubhouse for a function, a

2   party.  While we're there, he's called into a room.

3   He's asked a bunch of questions:  Does he really want

4   to be an Outlaw?  Can he do what it takes if given the

5   opportunity to?  Is he willing to go to prison for

6   being an Outlaw?

7         And then they do the initiation ceremony where he

8   ends up wrestling with different Outlaws trying to hold

9   on to his vest.

10  Q     Did you record what you heard during the

11  initiation ceremony?

12  A     I did.

13  Q     Let me show you 181.

14        THE COURT:  Any objection to 181?

15        MS. CARDWELL:  No, sir.

16        THE COURT:  All right.  Proceed.

17        (The tape is being played at this time.)

18  Q     Can you describe what is happening during all the

19  yelling that we just heard?

20  A     That's where they're fighting and he's trying to

21  defend and not let his vest be taken.  He ends up doing

22  it, you know, long enough and they say, *"Okay, you can

23  now have your Outlaw vest."*

24        Omar was -- is not much of a physical fighter, and

25  they made comments later that he better know how to use

1  a gun because he won't be able to fight physically.

2  Q    And what clubhouse did this take place in?

3  A    The Lexington, North Carolina clubhouse.

4  Q    Now, let me show you a couple pictures and ask you

5  to describe 575.  Do you recognize that object?

6  A    Yes.  That's one of the gambling machines.

7  Q    And where was that located during the course of

8  your investigation?

9  A    They had several of these at the Lexington

10  clubhouse in North Carolina.

11      THE COURT:  What was the exhibit number,

12  Mr. Duffey?

13      MR. DUFFEY:  That's 575.

14      THE COURT:  Any objection to 575?

15      MS. CARDWELL:  No, sir.

16      MR. AMIRSHAHI:  No, sir.

17      THE COURT:  It will be received.  You can publish

18  it if you wish.

19  Q    Did you ever use that machine during the course of

20  your investigation?

21  A    I did play on it one time.

22  Q    And can you describe how it was set up in the

23  Lexington clubhouse?

24  A    The Lexington clubhouse had two of these illegal

25  gambling machines in it.  And what they did was they

1  had the motherboard on the computer that ran, and it

2  looked like a regular game, and yet the motherboard had

3  actually been converted.  So if you hit a remote

4  switch, it would change the screen over to an illegal

5  gambling machine where you put your money in and you

6  would get payouts.  But it had the remote switch, so if

7  the police ever came, they could hit the button and it

8  would change the screen and you couldn't tell that it

9  was an illegal machine.  They had two of them there,

10 and they kept the remotes in the cash drawer.

11 Q    Let me show you 576 and ask you to identify that.

12 A    That's one of the machines that was taken the day

13 of the search warrants on June 15, 2010.

14     THE COURT:  Any objection to 576?

15     MS. CARDWELL:  No, sir.

16     MR. AMIRSHAHI:  No, sir.

17     THE COURT:  It will be received.

18 Q    And 577?

19 A    Yes, that's the cash drawer at the clubhouse in

20 Lexington, Harry Rhyne McCall's chapter, where the

21 remotes are inside the cash drawer.

22     THE COURT:  Any objection to 577?

23     MR. AMIRSHAHI:  No, sir.

24     THE COURT:  Be received.

25 Q    You mentioned Mr. McCall.  Was he a member of the

1  Lexington chapter?

2  A    Yes, sir.

3  Q    All right.  During this time, was that the only

4  chapter he was a member of throughout your

5  investigation?

6  A    Yes, sir, it was.

7  Q    You described the remotes that we just saw in the

8  cash drawer.  What exactly were they used for?

9  A    If I can have the last photograph.

10  Q    That's 577.

11  A    Here in the drawer, you can see on this side right

12  in here, there were two remotes in there.  And if you

13  hit the button on the remote, it would change the

14  screen from illegal to legal like video game to an

15  illegal gambling machine.  So you could remotely change

16  them if you had to real fast if the police, or anybody,

17  came into the clubhouse you didn't want to see it.

18  Q    You say *"gambling machine."*  What kind of games

19  would you play?

20  A    Video poker.

21  Q    And the times that you played it or witnessed

22  other people playing it, did they actually place money

23  into the machine?

24  A    Yes.  You would place money into the drawer.  I'm

25  not very good, so I didn't make any money.  I lost.

1    But there were people that played and actually won

2    money.  I saw numerous individuals playing.

3    Q    And on those occasions that they pay money, how is

4    the money paid out?

5    A    It was paid out by the Lexington chapter of the

6    Outlaws.  Harry Rhyne McCall's chapter.

7    Q    Out of that cash drawer that we saw?

8    A    Yes, sir.

9    Q    During the course, and later in the investigation,

10   did you review documents seized from the Lexington

11   clubhouse?

12   A    I did.  They were seized on June 15, 2010, during

13   the search warrant.

14   Q    Let me show you what's been marked for

15   identification as Government's Exhibit 599,

16   collectively.  And I'd ask you to look at those

17   documents and describe them for the jury, if you could.

18        THE COURT:  Where were they seized from,

19   Mr. Duffey?

20        MR. DUFFEY:  The Lexington clubhouse on June 15th

21   of this year.

22        THE COURT:  All right.

23   A    This is numerous different receipts showing the

24   cash going in and out.  And talking about different

25   amounts of money that were owed, some of which talks

1  about the months and money that are owed still to the

2  machine.  There's amounts like $321, $300 --

3      THE COURT:  Any objection to 599?

4      MS. CARDWELL:  No, sir.

5      THE COURT:  Be received without objection.

6  Q    Does any of the documentation refer to the money

7  being associated with dues from the chapter?

8  A    Yes.  One of the receipts said, *"The machine owes,*

9  *6/8/10, going to pay on dues with payout from machine,*

10 *$400."*

11 Q    Did you ever have any conversations with members

12 of the Lexington chapter regarding the same issue, that

13 is, the gambling proceeds would go to pay for dues?

14 A    Yes, sir.  We had conversations that day while we

15 were there talking about seeing if we were able to

16 actually get one of the machines.  During the

17 conversations, they were saying that they made during

18 this short period of time, $24,000.

19 Q    Who is saying this?

20 A    Vern Townsend.  I had a conversation with him, as

21 well as Harold Herndon.

22 Q    Are they both members of the Lexington chapter?

23 A    They are both members of Harry Rhyne McCall's

24 chapter in Lexington, yes, sir.

25     MR. LEWIS:  Judge, I'm going to object.  This is

1    the third time the witness has classified the Lexington

2    chapter belonging to Harry Rhyne McCall.  I think at

3    this time Mr. McCall was just a probate.

4        MR. DUFFEY:  We'll stipulate he doesn't own the

5    chapter.

6        THE COURT:  All right.  Fine.

7        Why don't you use a different terminology.

8        AGENT GRABMAN:  I'm sorry, Your Honor.

9        THE COURT:  That's fine.  Just be more careful.

10       Next question.  Objection sustained.

11   Q    Harry Rhyne McCall is a member of the Lexington

12   chapter?

13   A    Yes.  He is a member of that chapter.  I

14   apologize.

15   Q    As a member of that chapter, as in all chapters,

16   would he been expected to pay dues as a member of that

17   chapter?

18   A    Yes, sir.

19   Q    In your discussions with Mr. Herndon and

20   Mr. Townsend, they were both members of the Lexington

21   chapter?

22   A    Yes, sir.  Mr. Townsend was the president of that

23   chapter.

24   Q    And did they discuss with you whether or not

25   anyone in their chapter had to pay dues because of this

1  gambling operation?

2  A    Yes.  Harold Herndon, who was the copper region

3  vice president at that time, stated that their chapter

4  had not paid dues in a long time because they paid for

5  their dues to the region with monies from the illegal

6  gambling proceeds.  And part of that money then gets

7  sent up to the national, is how it works in the

8  Outlaws.

9  Q    And this came from the president of the Lexington

10 chapter?

11 A    It actually came from the copper region vice

12 president, Harold Herndon, who was a member of the

13 Lexington chapter.

14 Q    You've mentioned that you discussed with them

15 getting machines for your chapter?

16 A    Yes.  We had discussions saying that that could

17 really help us out with our bills, and had arranged

18 with members from the Lexington chapter to have the --

19 a couple of machines.  There was a individual by the

20 name of Donald Stepp who was supplying the machines,

21 and had machines out in numerous different places, and

22 asked to see if they could arrange if we could get a

23 machine, a couple of machines from him, to be able to

24 use in our clubhouse in Virginia.

25 Q    And who did you ask to arrange that?

1   A     It was arranged by Gregory Leonard, Coach; Steven

2   Burchette.  We had conversations with Norton; James

3   Townsend, Vern; as well as Harold Herndon.

4   Q     And were all those members of the Outlaws?

5   A     Yes, they are all members of the Outlaws'

6   Lexington, North Carolina chapter.

7   Q     Let me show you, if I could quickly, Number 24.

8   A     That's Steve Burchette.  Norton.

9         MR. DUFFEY:  Judge, move to introduce 24.

10        THE COURT:  Any objection to 24?

11        MS. CARDWELL:  No, sir.

12        THE COURT:  Received.

13  Q     And 25?

14  A     Vern Townsend -- or James Townsend.  Excuse me.

15  He goes by the name of Vern.  He was the president of

16  the chapter.

17  Q     In your discussions when you start talking about

18  whether or not you can get machines for your chapter,

19  did they express either -- Mr. Townsend or Mr. Herndon

20  express any reluctance in helping you do that?

21  A     No.  They were very willing to help arrange for us

22  to get the machines in Virginia.

23  Q     Did you question whether or not it was worth it or

24  whether or not it would be helpful to your chapter to

25  do something like that?

1   A    We talked about the money that could be made and

2   how it could help pay our chapter dues and our chapter

3   bills.

4   Q    Did they seem optimistic at all that they could

5   help you do that?

6   A    They said they didn't think it would be a problem.

7   Q    And did you in fact work this out with them to

8   have machines brought up to Virginia?

9   A    Yes.  Approximately three weeks later on

10  February 6, 2010, they arranged for Donald Stepp, the

11  guy that was sort of the organizer of all the machines

12  that had been supplied to them, they arranged for him

13  to come to our clubhouse and deliver the machines in

14  Virginia.

15  Q    Now this guy, Mr. Stepp, is he a member of the

16  Outlaws?

17  A    No.  He's an associate of the Lexington chapter.

18  Q    And did he in fact bring poker machines up into

19  Virginia?

20  A    He did.  He brought two of the illegal machines

21  up.

22  Q    When he did that, were there Outlaws present at

23  the time assisting you in doing this?

24  A    Yes.  We were having a party that evening on

25  February the 6th.  Harry Rhyne McCall was there.

1  Jamie Townsend, Vern was there.  Roger Kevin Watts from

2  Lexington was there.  We had a whole lot of Outlaws

3  that came in at that time.  Christopher Casano from

4  Brockton, Massachusetts was there.  We had a large

5  party.

6  Q    Let me ask it this way.  Did they just give you

7  the name or phone number for this Mr. Stepp, or did

8  members of the Lexington chapter assist you in getting

9  the machines actually brought up?

10 A    Yeah, members of the Lexington chapter made all

11 the arrangements for the illegal gambling machines to

12 be brought up from North Carolina to Virginia.  We

13 never talked or spoke to Mr. Stepp on that day until

14 February 6th.

15 Q    So which particular members helped you do that?

16 A    The main people that were involved in it were

17 Jamie Townsend and Harold Herndon.

18 Q    Now, on the day the machines actually arrived was

19 the day you were having a party?

20 A    Yes, on February 6th right at the very beginning

21 of the party.

22 Q    Was Mr. McCall present on this day?

23 A    He was.

24 Q    And did you have any discussions with him

25 regarding these gambling machines?

1  A     I did.

2  Q     And what was that?

3  A     He was working as a probate behind our bar.  We

4  were at the corner of the bar.  He saw the machines

5  coming in.  He came over and pointed to them and talked

6  to me about the machines, talking to me about how they

7  were in their clubhouse.  He also -- Roger Kevin Watts

8  was there showing how the machines actually worked.  He

9  actually did a couple of examples of how they would

10 work.  And I had conversations with Vern Townsend as

11 well.

12 Q     Was there any agreement with this Mr. Stepp

13 regarding any share that he would get of the proceeds?

14 A     He stated -- they had arranged -- Harold Herndon

15 had arranged with Donald Stepp that we would get the

16 same cut that the Lexington chapter was getting on

17 their illegal machines.  We would take 60% of the

18 profits, and Donald Stepp would get 40% of the profits.

19 Q     And they indicated to you that was the deal that

20 they had?

21 A     Yes, sir.

22 Q     And so I take it you accepted that offer and the

23 machines were brought up?

24 A     Yes, they did.  They said, you know, the only

25 conditions they said is we had to make sure that we

1  were able to handle the payouts on the machines until

2  Donald Stepp came up and would collect the money out of

3  the machines so when people won we would have to be

4  able to pay it out.

5          THE COURT:  Mr. Duffey, how much longer do you

6  think, just for my planning purposes, you will be with

7  Agent Grabman?  We're kind of reaching a point of

8  information saturation.

9          MR. DUFFEY:  I understand.  Judge, I think another

10 half hour or 45 minutes.

11         THE COURT:  Half hour or 45 minutes?  All right.

12 Well, five minute warning.  We're going to recess at

13 5:45.

14 Q     Agent Grabman, let me ask you about an event

15 called the Easyrider Expo in Charlotte.  Are you

16 familiar with that event?

17 A     I am familiar with that event.

18 Q     And what is the Easyrider Expo?

19 A     The Easyrider Expo is an event hosted in

20 Charlotte.  It travels -- the Easyrider Rodeo travels

21 across the country doing different venues.  On

22 January 23, 2010, it was scheduled to be in Charlotte,

23 North Carolina.  At that event, different clubs from

24 all over, and the public, the general public, come to

25 look at motorcycle type events inside the building.

1  Q     And were you scheduled or planning on attending it

2  on that day?

3  A     Originally we were not.  Originally we were told

4  we needed to go to a function out with Mark Steven Fiel

5  in the area where he lived.  We were concerned about

6  that because I was afraid I'd run into people I knew,

7  so we had gotten information from a task force officer

8  down in South Carolina that there had been some

9  discussions about the Angels possibly coming to the

10 event --

11 Q     The Hells Angels coming to Charlotte?

12 A     Yes.  They had had some source information that it

13 had been discussed.

14 Q     And was that information passed on to the Outlaws?

15 A     Yes.  I asked Brian Cooley, a task force officer

16 from South Carolina, to inform the Outlaws of that, and

17 just let them know that they possibly could be coming.

18 The purpose of that was for one, to make notification

19 to the Outlaws so there wouldn't be issues, as well as

20 maybe it would make the Outlaws think they needed a

21 little bit stronger presence and David Lowry would pull

22 us from having to come to Snuff's place and actually go

23 to Charlotte.

24 Q     Did he pull you from Snuff's place and actually

25 bring you down to Charlotte?

1  A     Yes.  He actually -- I was told by David Lowry

2  that he made a call to Jack Rosga.  He ended up getting

3  it from several different sources that the Angels were

4  probably going to show up that day.  It was an Outlaw

5  controlled event historically, and he made a call to

6  Jack Rosga asking for permission to call all the

7  regional bosses in the country and bring people in from

8  all over to converge on it to keep the Angels out.

9  Q    And did he in fact place the call out and bring in

10 Outlaws from around the country?

11 A    He stated he did.  He stated that Jack told him to

12 do whatever he needed to do.  And we had Outlaws show

13 up from -- they flew in, they drove in, they rode in

14 from Florida to Maine, to Indiana to Georgia.  From all

15 over.

16 Q    Can you estimate the number of Outlaws that showed

17 up at this Easyrider event?

18 A     Approximately, 100.

19 Q    And did you attend this Easyrider event?

20 A     I did.

21 Q    What exactly -- is it at a public venue in

22 Charlotte?

23 A    It is.  It's at an Expo Center.  It was in the

24 basement of the Convention Center of the building.

25 There was another thing going on at the same time.

1  There was actually a bridal shower going on in another

2  part of the building.

3          And when we went there, we were set up on

4  different posts and they blocked the entrances to the

5  buildings so no Hells Angels, if they showed up, could

6  arrive.  And the general public had to pass us to go

7  into the facility.

8  Q    You said you blocked it.  How did you do that?

9  A    They amass large amounts of Outlaws outside the

10 general facility.

11 Q    Wearing your Outlaws' colors?

12 A    Yes, sir.

13 Q    Standing out in front of the front doors?

14 A    Yes, sir.

15 Q    And did any Hells Angels show up at this event?

16 A    They did not.

17        MR. DUFFEY:  Judge, I think that's -- I can go on

18 into another subject.

19        THE COURT:  That's fine.  I think that's about as

20 much as we can accomplish in a day.

21        Ladies and gentlemen, at this point we are going

22 to recess until tomorrow morning at 9:00.  Same

23 admonition as before.  Do not discuss the case with

24 anyone.  Avoid any conversations with family and

25 friends at home.  Avoid any kind of media coverage of

1  this case, or comparable cases.

2       We'll see you back here tomorrow morning at 9:00.

3  You're excused until then.

4       Everyone in the courtroom, please remain seated

5  until the Marshal tells you you can leave.

6    (The jury is no longer present in the courtroom.)

7       THE COURT:  Mr. Duffey, you think you will finish

8  tomorrow in about a half an hour or so?

9       MR. DUFFEY:  I'll do my best, Judge.

10      THE COURT:  Okay.

11      MR. DUFFEY:  I think a half hour.

12      THE COURT:  All right.  I strongly encourage you

13 to do that.

14      MR. DUFFEY:  I understand.

15      THE COURT:  We'll stand in recess now until.

16 9:00 tomorrow morning.  Remain in the courtroom until

17 the jurors have had a chance to leave the courthouse.

18 The Marshal will tell you when you can leave.

19           (The proceeding concluded at 5:47 p.m.)
                 REPORTER'S CERTIFICATE
20           I, Krista M. Liscio, OCR, RMR, Notary
   Public in and for the Commonwealth of Virginia at
21 large, and whose commission expires March 31, 2012,
   Notary Registration Number 149462, do hereby certify
22 that the pages contained herein accurately reflect
   the notes taken by me, to the best of my ability, in
23 the above-styled action.
           Given under my hand this 3rd day of October, 2011.
24           _____
                 Krista M. Liscio, RMR
25               Official Court Reporter