```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF VIRGINIA
                     Richmond Division

UNITED STATES OF AMERICA      }
                              }
v.                            }    Criminal Case No.:
                              }    3:10 CR 170
JACK ROSGA, ET AL             }

                                   December 16, 2010
```

**COMPLETE TRANSCRIPT OF TESTIMONY, MOTIONS, RULINGS OF
THE COURT, AND JURY INSTRUCTIONS AT TRIAL
BEFORE THE HONORABLE HENRY E. HUDSON
UNITED STATES DISTRICT COURT JUDGE**

APPEARANCES:

Dennis Fitzpatrick, Esquire
Peter S. Duffey, Esquire
Theryn G. Gibbons, Esquire
OFFICE OF THE UNITED STATES ATTORNEY
    Counsel on behalf of the United States

Claire G. Cardwell, Esquire
Craig A. Mastantuono, Esquire
    Counsel on behalf of Jack Rosga

Angela D. Whitley, Esquire
    Counsel on behalf of Mark Jason Fiel

Charles D. Lewis, Esquire
    Counsel on behalf of Harry R. McCall

Ali J. Amirshahi, Esquire
    Counsel on behalf of Christopher Timbers

John F. McGarvey, Esquire
    Counsel on behalf of Dennis Haldermann


              KRISTA M. LISCIO, RMR
                OFFICIAL COURT REPORTER
              UNITED STATES DISTRICT COURT

1     (The proceeding commenced at 9:15 a.m.)
2     THE COURT:  Good morning.
3     MR. FITZPATRICK:  Good morning.
4     MS. CARDWELL:  Good morning.
5     MR. AMIRSHAHI:  Good morning.
6     THE COURT:  I appreciate everybody reassembling
7  this morning.  We don't really have a question.  What
8  we have is more in the form of a request by the jury.
9     They were unable to identify some of the video and
10 audio recordings to link them to individuals or
11 incidents.  So I asked the United States - I know they
12 have consulted with defense counsel - to prepare a list
13 of the recordings and the transcripts, and now that is
14 available.
15    The only concern I have about this is that it
16 doesn't have for many of them the date of the
17 recording.  And I hope they'll be able to link it up,
18 but we'll see how they respond to this.
19    This is agreed to, is that correct?
20    MR. DUFFEY:  Judge, can I speak to it?
21    THE COURT:  Yes, sir, Mr. Duffey.
22    MR. DUFFEY:  I think it's all agreed to.
23 Ms. Whitley would like us to remove on Exhibit 173,
24 which is about two-thirds of the way down the first
25 page, it says, *"Snuff discusses Oliff assault."*  She's

1  asking us just to remove *"Oliff assault."*  I guess we
2  can do that.
3       THE COURT:  Refresh my recollection of what that
4  tape was about, Mr. Duffey.
5       MR. DUFFEY:  Judge, it was after the fact.  And I
6  believe Mark Steven Fiel was laughing about the fact
7  that Jeffrey Oliff was beaten and that Jason was
8  involved in it, but then in fact sewed up his arm.  I
9  think the irony was the situation.
10      THE COURT:  Why don't -- let me make a suggestion.
11 Why don't we just strike the work *"assault"* and put
12 Snuff discusses Oliff.  That way they will have some
13 idea of what it's about.  Is that okay?
14      MS. WHITLEY:  That's fine.  It's just with the
15 others, there were descriptives.
16      THE COURT:  All right.  Then just strike the word
17 *"assault,"* Mr. Duffey, and it can go back.
18      MR. DUFFEY:  Judge, as far as the dates, we can go
19 back and check, but I think each disk has the date on
20 it.  But if you want to doublecheck.
21      THE COURT:  Well, my thought is to send this back
22 to them, and if they have another question they'll
23 address it to us.
24      MR. DUFFEY:  Yes, sir.
25      THE COURT:  All right.  So just strike the word

1  *"assault,"* and we'll send it back.
2      We also determined that the verdict form yesterday
3  left out the language *"so say we all"* at the end, which
4  I prefer to have on there.  So Ms. Shultz has prepared
5  a slightly amended form that just adds the formal
6  language *"so say we all."*  I assume there's no
7  objection to that.  Otherwise, it will go back as
8  originally drafted.
9      Okay.  We'll do that.
10      As far as the jury's deliberations, around midday
11  today we'll make a decision as to how late they want to
12  deliberate this evening based upon the weather, and
13  I'll communicate or Ms. Belcher will communicate that
14  to you.
15      And also what time they'll begin their
16  deliberations tomorrow morning I think is going to be
17  dependent upon the weather and their own personal
18  wishes.  And I'll have the Marshal explain to them the
19  various options, and they can just tell us what they
20  want to do and we'll try our best to accommodate them.
21      I assume there's no problem with that?
22      MR. AMIRSHAHI:  No, sir.
23      THE COURT:  Mr. McGarvey, are you doing better
24  today, sir?
25      MR. McGARVEY:  Yes, sir.  I got some antibiotics.

```
 1            THE COURT:  Good.  Glad to hear that.
 2       Anything else this morning?
 3            MR. DUFFEY:  No, sir.
 4            THE COURT:  Okay.  All right, so they'll continue
 5  their deliberations.
 6       Can you get me an amended copy of this,
 7  Mr. Duffey, fairy quickly?
 8            MR. DUFFEY:  Yes, sir.
 9            THE COURT:  As soon as you do, I'll give it to the
10  Marshall and he'll give it to the jury.
11            MR. DUFFEY:  Yes, sir.
12            THE COURT:  Thank you.
13          (The proceeding concluded at 9:18 a.m.)
14                    REPORTER'S CERTIFICATE
15            I, Krista M. Liscio, OCR, RMR, Notary
16  Public in and for the Commonwealth of Virginia at
17  large, and whose commission expires March 31, 2012,
18  Notary Registration Number 149462, do hereby certify
19  that the pages contained herein accurately reflect
20  the notes taken by me, to the best of my ability, in
21  the above-styled action.
22       Given under my hand this 3rd day of October, 2011.
23                      _____
                        Krista M. Liscio, RMR
24                      Official Court Reporter
25
```